# EXHIBIT A

 EAT PREDATORS <eatpredators@gmail.com>

## Court docs

**Kate Taylor** <ktaylor@businessinsider.com>  Sat, Mar 9, 2024 at 11:39 AM
To: <eatpredators@gmail.com>

It's not the most organized, but here are the docs:

 Cleveland Police Files-20240309T191847Z-001.zip

 Def. Jared Bell (CR-21-659324)-20240309T191852Z-001.zip

--
**Kate Taylor**
Senior Correspondent, Features
she/her

**BUSINESS INSIDER**

**Cell:** (646) 768-4740 **/ Signal:** (646) 768-4740
One Liberty Plaza, 8th FL, New York, NY 10006

Cleveland Police Files-20240309T191847Z-001.zip