# EXHIBIT B



EAT PREDATORS <eatpredators@gmail.com>

## How to do freedom of information requests!

**Kate Taylor** <ktaylor@businessinsider.com>   Tue, Mar 26, 2024 at 12:42 PM
To: <eatpredators@gmail.com>

Hey! For Drake's case, I would reach out to the Clerk of Courts for Cuyahoga County — email is coccfr@cuyahogacounty.us. Here's their website: https://cuyahogacounty.gov/coc/services/public-records

And for formatting the request, basically, you can:

- Introduce yourself and say you're a journalist/how you publish the information you gather
- Say what records you would like to request — in this case, all of the available records for the case CR-21-659324-A, THE STATE OF OHIO vs. JARED BELL, including but not limited to Cleveland police files, police reports and records, and other documents related to the case.
- Say that you want these shared via email, if possible

And that's pretty much it! This is a pretty good rundown on how to make freedom of information requests more generally: https://nationalpress.org/topic/foia-records-request-police-prison-mark-walker/

--
**Kate Taylor**
Senior Correspondent, Features
she/her

**BUSINESS INSIDER**

**Cell:** (646) 768-4740 **/ Signal:** (646) 768-4740
One Liberty Plaza, 8th FL, New York, NY 10006