# EXHIBIT C

| CH-130 | **Civil Harassment Restraining Order After Hearing** |
|---|---|

*Person in ① must complete items ①, ②, and ③ only.*

### ① Protected Person

a. Your Full Name: Alexa Helen Nikolas

Your Lawyer *(if you have one for this case)*
Name: _____  State Bar No.: _____
Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or email.)*

Address: 1736 Griffith Park Blvd Unit #1/8
City: Los Angeles   State: CA   Zip: 90026
Telephone: 818-486-9778   Fax: _____
Email Address: alexanikolas11@gmail.com

**Clerk stamps date here when form is filed.**

**FILED**
Superior Court of California
County of Los Angeles
APR 12 2023
David W. Slayton, Executive Officer/Clerk of Court
By: S. Watson, Deputy

*Fill in court name and street address:*
Superior Court of California, County of
LOS ANGELES SUPERIOR COURT
111 NORTH HILL STREET
LOS ANGELES, CA 90012

*Court fills in case number when form is filed.*
**Case Number:** 23STRO01674

### ② Restrained Person

*(Give all the information you know. Information with a star (*) is required to add this order to the California police database. If age is unknown, give an estimate.)*

| *Full Name: Mannee Hailey-McMurray | *Age: 37 | Date of Birth: 5/17/1985 |
|---|---|---|
| *Race: MixeBlack/White   Height: 5'6"   Weight: 150   Hair Color: Black   Eye Color: Brown |
| *Gender: ☒ M   ☐ F   ☐ Nonbinary   Home Address: _____ |
| City: _____   State: _____   Zip: _____ |
| Relationship to Protected Person: _____ |

### ③ ☒ Additional Protected Persons

In addition to the person named in ①, the following family or household members of that person are protected by the orders indicated below:

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Michael Chiprut Gray | M | 29 | ☒ Yes ☐ No | Husband |
| Nova Tima Vespertine | F | 2 | ☒ Yes ☐ No | Daughter |
| _____ | | | ☐ Yes ☐ No | _____ |
| _____ | | | ☐ Yes ☐ No | _____ |

☐ Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—Additional Protected Persons" as a title. You may use form MC-025, Attachment.

### ④ Expiration Date

This Order, except for any award of lawyer's fees, expires at

Time: _____  ☐ a.m.  ☐ p.m.  ☒ midnight on *(date)*: APRIL 12, 2025

If no expiration date is written here, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2023, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Civil Harassment Restraining Order After Hearing (CLETS-CHO)**
(Civil Harassment Prevention)

CH-130, Page 1 of 6


Case Number: _____

## 5  Hearing

a. There was a hearing on *(date):* **4/12/23** at *(time):* **8:30 A** in Dept.: **25** Room: _____
   *(Name of judicial officer):* **DONNINI** _____ made the orders at the hearing.

b. These people were at the hearing:
   (1) ☒ The person in ①.    (3) ☒ The lawyer for the person in ① *(name):* **RUDY PACHECO, ESQ**
   (2) ☒ The person in ②.    (4) ☐ The lawyer for the person in ② *(name):* _____
   ☐ Additional persons present are listed at the end of this Order on Attachment 5.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____.

**To the Person in ②:**

**The court has granted the orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

## 6  ☒ Personal Conduct Orders

a. You must **not** do the following things to the person named in ①
   ☒ and to the other protected persons listed in ③:

   (1) ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

   (2) ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.

   (3) ☒ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.

   (4) ☒ Other *(specify):*
        ☐ Other personal conduct orders are attached at the end of this Order on Attachment 6a(4).
        **No posting on any social media of persons in 1 or 3.**

b. Peaceful written contact through a lawyer or process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

## 7  ☒ Stay-Away Orders

a. You **must** stay at least **100** yards away from *(check all that apply):*
   (1) ☒ The person in ①.              (7) ☐ The place of child care of the children of
   (2) ☒ Each person in ③.                     the person in ①.
   (3) ☒ The home of the person in ①.  (8) ☒ The vehicle of the person in ①.
   (4) ☒ The job or workplace of the person  (9) ☐ Other *(specify):*
       in ①.                                  _____
   (5) ☐ The school of the person in ①.       _____
   (6) ☐ The school of the children of the    _____
       person in ①.                           _____

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**This is a Court Order.**

Case Number: _____

## ⑧ No Firearms (Guns), Firearm Parts, or Ammunition

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited items listed below in b.

b. **Prohibited items are:**

(1) Firearms (guns);

(2) Firearm parts, meaning receivers and frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531); and

(3) Ammunition.

c. If you have not already done so, you must:
- Within 24 hours of being served with this Order, sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts in your custody or control or that you possess or own.
- File a receipt with the court within 48 hours of receiving this Order that proves that your firearms (guns) and firearm parts have been turned in, sold, or stored. (You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for the receipt.)

d. ☐ The court has received information that you own or possess a firearm (gun), firearm parts, or ammunition.

e. ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Code of Civil Procedure section 527.9(f). Under California law, the person in ② is not required to relinquish this firearm *(specify make, model, and serial number of firearm(s)):* _____

_____

The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the person in ② may be subject to federal prosecution for possessing or controlling a firearm.

## ⑨ ☐ Lawyer's Fees and Costs

The person in ___ must pay to the person in ___ the following amounts for

☐ lawyer's fees    ☐ costs:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

☐ Additional items and amounts are attached at the end of this Order on Attachment 9.

## ⑩ ☐ Possession and Protection of Animals

a. ☐ The person in ① is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

b. ☐ The person in ② must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**This is a Court Order.**

Case 1:25-cv-05005   Document 1-3   Filed 09/05/25   Page 5 of 7 PageID #: 51

Case Number: _____

**⑪ ☐ Other Orders** *(specify):*

_____
_____
_____

☐ Additional orders are attached at the end of this Order on Attachment 11.

**To the Person in ①:**

**⑫ Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the person in ① or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

<u>Name of Law Enforcement Agency</u>         <u>Address *(City, State, Zip)*</u>

_____        _____
_____        _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

**⑬ Service of Order on Restrained Person**

a. ☒ The person in ② personally attended the hearing. No other proof of service is needed.

b. ☐ The person in ② did not attend the hearing.

(1) ☐ Proof of service of form CH-110, *Temporary Restraining Order,* was presented to the court. The judge's orders in this form are the same as in form CH-110 except for the expiration date. The person in ② must be served with this Order. Service may be by mail.

(2) ☐ The judge's orders in this form are different from the temporary restraining orders in form CH-110. Someone—but not anyone in ① or ③—must personally serve a copy of this Order on the person in ②.

**⑭ ☐ No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐ The person in ① is entitled to a fee waiver.

**⑮** Number of pages attached to this Order, if any: _____

Date: __4/12/23__

*(signature)*
**JOE DONNINI**
**TEMPORARY JUDGE**

_____
*Judicial Officer*

**This is a Court Order.**

Rev. January 1, 2023     **Civil Harassment Restraining Order After Hearing (CLETS-CHO)** (Civil Harassment Prevention)     CH-130, Page 4 of 6 

| Case Number: |
|---|
|  |

## Conflicting Orders—Priorities for Enforcement

If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority (see Pen. Code, § 136.2 and Fam. Code, §§ 6383(h)(2), 6405(b)):

1. *Emergency Protective Order (EPO):* If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay-away order) that are more restrictive than in the other restraining/protective orders must be enforced. Provisions of another order that do not conflict with the EPO must be enforced.
2. *No-Contact Order:* If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item 6a(2) is an example of a no-contact order.
3. *Criminal Protective Order (CPO):* If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Fam. Code, §§ 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Pen. Code, § 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.
4. *Civil Restraining Orders:* If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.

*(Clerk will fill out this part.)*
—Clerk's Certificate—

I certify that this *Civil Harassment Restraining Order After Hearing* is a true and correct copy of the original on file in the court.

Date: **APR 1 2 2023**     Clerk, by _____, Deputy

S. Watson

**This is a Court Order.**

Case Number:

## Warning and Notice to the Restrained Person in ②:

### You Cannot Have Firearms (Guns), Firearm Parts, or Ammunition

Unless item 8e is checked, you cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get any prohibited items listed in item 8b on page 3 while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

### Start Date and End Date of Orders

This Order *starts* on the date next to the judge's signature on page 4 and *ends* on the expiration date in item ④ on page 1.

### Arrest Required If Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed it, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

### Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

- The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
- The restrained person was at the restraining order hearing or was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the order and then enforce it.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

**This is a Court Order.**

