# EXHIBIT D

# CH-730 — Order Renewing Civil Harassment Restraining Order

**RECEIVED MAR 03 2025 STANLEY MOSK COURTHOUSE**

Electronically FILED
Superior Court of California
County of Los Angeles
05/07/2025 2:32 PM
David W. Slayton
Executive Officer/Clerk of Court,
By D. Oliva, Deputy Clerk

**Clerk stamps date here when form is filed.**

**Fill in court name and street address:**
Superior Court of California, County of
Los Angeles Superior Court
Central District, Family Law
111 N. Hill Street, Room 426
Los Angeles, CA 90012

**Fill in case number:**
Case Number: 23STRO01674

## 1 Protected Person

a. Your Full Name: Alexa Nikolas
Your Lawyer (if you have one for this case):
Name: Andrew Brettler   State Bar No.: 262928
Firm Name: Berk Brettler LLP

b. Your Address: 9119 Sunset Blvd
City: West Hollywood   State: CA   Zip: 90069
Telephone: 310-278-2111   Fax:
E-Mail Address: abrettler@berkbrettler.com

## 2 Restrained Person

Full Name: Mannee Hailey-McMurray
Address (if known):
City:   State:   Zip:

## 3 Hearing

There was a hearing on (date): 05/07/2025 at (time): 08:30 ☒ a.m. ☐ p.m. Dept.: 25   Room: 317
(Name of judicial officer): Latrice A. G. Byrdsong made the orders at the hearing.

These people were at the hearing:
a. ☒ The protected person
b. ☒ The restrained person
c. ☒ The lawyer for the protected person (name): Andrew Brad Brettler; Jake A. Camara
d. ☐ The lawyer for the restrained person (name):
☐ Additional persons present are listed on Attachment 3.

## 4 Renewal and Expiration

The request to renew the attached *Civil Harassment Restraining Order After Hearing*, originally issued on (date) April 12, 2023, is: amended and renewed this date May 7, 2025. The renewal request is

a. ☒ **GRANTED**. The attached order is renewed and will now expire on:

Time: 11:59   ☐ a.m. ☒ p.m. or ☐ midnight   on (date): 5/7/2027

If no expiration date is written here, the order expires three years from the date of the hearing in item ③.

b. ☐ **DENIED**. The attached order expires as stated in item ④ of the order.

Date: 05/07/2025

*Latrice A. G. Byrdsong*
Latrice A. G. Byrdsong
JUDGE
Judicial Officer

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
New January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 527.6(d)
Approved by DOJ

**Order Renewing Civil Harassment Restraining Order (CLETS)**
(Civil Harassment Prevention)

CH-730, Page 1 of 1

For your protection and privacy, please press the Clear This Form button after you have printed the form.
[Print this form] [Save this form] [Clear this form]