# EXHIBIT E

# CH-100

## Request for Civil Harassment Restraining Orders

Read *Can a Civil Harassment Restraining Order Help Me? (form CH-100-INFO)* before completing this form. Also fill out *Confidential CLETS Information (form CLETS-001)* with as much information as you know.

*Clerk stamps date here when form is filed.*

Electronically FILED by
Superior Court of California,
County of Los Angeles
4/10/2024 10:39 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By B. Lopez, Deputy Clerk

Assigned for all purposes to:
Melanie Ochoa,
(Department ST13)

**(1) Person Seeking Protection**

a. Your Full Name:
   Mannee Shift Hailey-McMurray                    Age: 38

   Your Lawyer *(if you have one for this case)*
   Name: pro se                    State Bar No.: n/a
   Firm Name: n/a

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

   Address: 2080 Empire Ave #1186
   City: Burbank            State: CA   Zip: 91504
   Telephone: 415-598-8380    Fax:
   E-Mail Address: BigShiftConsult@gmail.com

*Fill in court name and street address:*

**Superior Court of California, County of**

Los Angeles
111 N. Hill St
Los Angeles 90012

*Court fills in case number when form is filed.*

**Case Number:**
24STRO02486

**(2) Person From Whom Protection Is Sought**

Full Name: Alexa Helen Nikolas                    Age: 32
Address *(if known)*: 1736 Griffith Park Blvd 1/8
City: Los Angeles            State: CA   Zip: 90026

**(3) Additional Protected Persons**

a. Are you asking for protection for any other family or household members?  ☐ Yes  ☑ No  *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|-----------|-----|-----|-----------------|------------------------------|
|           |     |     | ☐ Yes ☐ No      |                              |
|           |     |     | ☐ Yes ☐ No      |                              |
|           |     |     | ☐ Yes ☐ No      |                              |
|           |     |     | ☐ Yes ☐ No      |                              |

☐ Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.

b. Why do these people need protection? *(Explain below):*

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.

_____
_____
_____
_____

## This is not a Court Order.

Judicial Council of California, *www.courts.ca.gov*
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

**CH-100,** Page 1 of 6



Case Number:

**(4) Relationship of Parties**

How do you know the person in **(2)**? *(Explain below):*

☐   *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

Worked as her publicist and with her company (Eat Predators) Sep-Nov 2022.

**(5) Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☑ The person in **(2)** lives in this county.
b. ☑ I was harassed by the person in **(2)** in this county.
c. ☐ Other *(specify):* _____

**(6) Other Court Cases**

a. Have you or any of the persons named in **(3)** been involved in another court case with the person in **(2)**?

   ☑ Yes   ☐ No   *(If yes, check each kind of case and indicate where and when each was filed.)*

| | Kind of Case | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☑ | Civil Harassment | Los Angeles, CA | 2023 | 23STRO01674 |
| (2) ☐ | Domestic Violence | | | |
| (3) ☐ | Divorce, Nullity, Legal Separation | | | |
| (4) ☐ | Paternity, Parentage, Child Custody | | | |
| (5) ☐ | Elder or Dependent Adult Abuse | | | |
| (6) ☐ | Eviction | | | |
| (7) ☐ | Guardianship | | | |
| (8) ☐ | Workplace Violence | | | |
| (9) ☐ | Small Claims | | | |
| (10) ☐ | Criminal | | | |
| (11) ☑ | Other *(specify):* 2nd District Court of Appeals | Los Angeles, CA | 2023 | B330941 |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in **(3)** and the person in **(2)**? ☐ No ☑ Yes *(If yes, attach a copy if you have one.)*

**(7) Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in **(2)** harassed you.

   (1) When did it happen? *(provide date or estimated date):* Multiple dates including 12/20-27/2023 and 3/24/2024

   (2) Who else was there?

   ~~Several friends, associates, and colleagues.~~ It's online on social media, including Twitter, Instagram, and YouTube. Potentially millions of people saw it. In December 2023, her harassment and stalking impacted my reputation at work and caused me to lose a job I'd had for 10 years. (Exhibit 6)

**This is not a Court Order.**

Case Number: _____

**(7)** a. **(3)** How did the person in ② harass you? *(Explain below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

People are alerting me that Respondent continuously makes egregious posts to social media, falsely stating I "violated" her restraining order, claiming to "have the receipts," and threatening police reports when I have done nothing wrong. Weekly or daily witnesses alert me to her posts of me, describing her posts as "non-stop" on March 23, 2024. She's escalated since December 2023, posting about me daily over the holidays, causing me to lose a job. She's escalating faster, posting to the public, referring to me as a "demon," and posting my name, facsimiles of my face, my phone number, and her one-sided restraining order petition with the false claim I violated it. I've complied with the order at all times since it was granted. See Attachment 7a(3)

**(4)** Did the person in ② use or threaten to use a gun or any other weapon?

☑ Yes  ☐ No  *(If yes, explain below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet  of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

Respondent incites and encourages random strangers to threaten my safety with use of guns, knives, mace, and even a DIY taser. They also publicly plot making false police reports claiming I am violent and dangerous in effort to enlist police to harm me. See Attachment 7a(4)

**(5)** Were you harmed or injured because of the harassment?

☑ Yes  ☐ No  *(If yes, explain below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

Increasing endangerment by her intentionally inciting posts. She coerces many people to harass/stalk/shun me causing me to lose cherished and hard-earned jobs, relationships, opportunities, reputation, and income. Daily, I am barraged with forwarded posts she's made of me to social media by 3rd parties concerned for my safety. She creates artificial emergencies requiring my immediate attention to document Respondent's conduct. See Attachment 7a(4)

**(6)** Did the police come?  ☐ Yes  ☑ No

If yes, did they give you or the person in ② an Emergency Protective Order?  ☐ Yes  ☐ No

If yes, the order protects *(check all that apply):*

☐ Me  ☐ The person in ②  ☐ The persons in ③.

*(Attach a copy of the order if you have one.)*

b. Has the person in ② harassed you at other times?

☑ Yes  ☐ No  *(If yes, describe prior incidents and provide dates of harassment below):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

There have been several previous incidents of stalking and harassment from Respondent and her supporters who she assigns to stalk and harass on her behalf. She has recently become increasingly criticized by her own agents due to her repeated requests that they stalk and harass me and other people on her behalf, even allegedly training them to create or otherwise come to possess "alias accounts" to avoid risk. (See Attachment 7b---Previous Harassment)

**This is not a Court Order.**

Case Number:

---

## Check the orders you want. ▶

**⑧ ☑ Personal Conduct Orders**

I ask the court to order the person in ② **not** to do any of the following things to me or to any person to be protected listed in ③:

a. ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☑ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☑ Other *(specify):*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.*

Post any text or visual reference to me (including references to me in effigy) on public forums.
Make defamatory claims on the internet or anywhere otherwise.
Directly or indirectly incite harassment and stalking from her fans toward me.

*The person in ② will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.*

**⑨ ☑ Stay-Away Orders**

a. I ask the court to order the person in ② to stay at least __300__ yards away from *(check all that apply):*

(1) ☑ Me.                                       (8) ☑ My vehicle.
(2) ☐ The other persons listed in ③.            (9) ☑ Other *(specify):*
(3) ☑ My home.                                      Any physical public venues where I am performing
(4) ☑ My job or workplace.                          or where my work is being currently presented or
(5) ☑ My school.                                    displayed.
(6) ☐ My children's school.
(7) ☐ My children's place of child care.

b. If the court orders the person in ② to stay away from all the places listed above, will he or she still be able to get to his or her home, school, or job?    ☑ Yes  ☐ No   *(If no, explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.*

**⑩ Guns or Other Firearms and Ammunition**

Does the person in ② own or possess any guns or other firearms?    ☐ Yes  ☐ No  ☑ I don't know

*If the judge grants a protective order, the person in ② will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in ② will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.*

**This is not a Court Order.**

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

Case Number:

---

**⑪** ☑ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order,* for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him/her?

☐ Yes ☑ No　*(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

She obtained a restraining order against me using similar false claims she made to this court on April 12, 2023 therefore I cannot and have not contacted her. See Stanley Mosk Courthouse 23STRO01674

---

**⑫** ☐ **Request to Give Less Than Five Days' Notice of Hearing**

*You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains* What Is "Proof of Personal Service"? *Form CH-200,* Proof of Personal Service, *may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

---

**⑬** ☑ **No Fee for Filing or Service**

a. ☑ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☑ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☑ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001,* Application for Waiver of Court Fees and Costs *.)*

---

**⑭** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my ☐ lawyer's fees ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

---

**This is not a Court Order.**

---

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**



| Case Number: |
|---|
|  |

**(15)** ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.
*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

_____

_____

_____

b. ☐ That the person in **(2)** must stay at least_____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**(16)** ☑ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

~~Restrained Party may not task, delegate, or engage in abusive vexatious litigation against Protected Party.~~

_____

**(17)** Number of pages attached to this form, if any: _____ 58

Date: _____

_____          ▶ _____
*Lawyer's name (if any)*                                    *Lawyer's signature*

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 4/4/2024

_____          ▶ _____
Mannee Shift Hailey-McMurray
*Type or print your name*                                   *Sign your name*

**This is not a Court Order.**

To keep other people from seeing what you entered on your form, please press the Clear This Form

**MC-025**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Haiiley-McMurray v Nikolas --- Attachment 7a(3)—Describe Harassment | |

**ATTACHMENT** *(Number):* 7a(3)

*(This Attachment may be used with any Judicial Council form.)*

Respondent Nikolas is a public figure who has amassed a dedicated online following. She has 290k+ Instagram followers (Exhibit 1), 80k+ YouTube subscribers (Exhibit 2) and frequently appears in the press (Exhibit 3 & 4) and on television and streaming networks.

Nikolas and I were previously connected through her "Eat Predators" organization -- whose stated mission is to support survivors of abuse. This was then and continues to be an important cause to me. However, when I voiced criticism on business matters and what I felt were breaches of ethics -- she retaliated against me by filing for a restraining order by egregiously misrepresenting me as a "STALKER" when in reality I was a concerned citizen and advocate for true survivors of abuse exercising my Constitutional rights to caution others with my growing concerns about the group.

Respondent's LA County restraining order request was granted -- a decision by the court I am appealing -- in April 2023 and I've gladly had NO CONTACT with her since.

She, on the other hand, uses her public platform and status to harass and direct further harassment against me by her fanatical supporters. In Dec 2023, after having no contact with her in months -- she published a false claim I breached a restraining order (Exhibit 5&5B) – when I absolutely did not -- leading my employment to be TERMINATED (Exhibit 6).

This was a very distressing time. As I have no knowledge of Nikolas having a restraining order against anyone else, I suspected her tweets were about me. This suspicion was confirmed shortly after.

On Jan. 4, 2024, Respondent Nikolas published a YouTube video series (Exhibit 7), doxxing me to thousands of viewers and spreading falsehoods that have further negatively impacted my mental health and feeling of personal safety. This harassment has prompted a relapse in my agoraphobia and C-PTSD symptoms, impacting my ability to focus, sleep, and eat.

Respondent's public video series continues to have a defamatory impact on future employment opportunities as well as misrepresent me as a danger to the community and Respondent when I am not a danger to anyone.

Let me be clear:

I HAVE NEVER "STALKED" OR POSED ANY SAFETY RISK TO ALEXA NIKOLAS, ANY MEMBER OF HER FAMILY OR ANY MEMBER OF THE COMMUNITY.

The court previously granting a restraining order is a decision I'm appealing with multiple, valid arguments that I was not given the opportunity to fairly defend myself. While I was happy to allow the appeal process to play out with no contact with Nikolas -- her ongoing, escalating PRESENT DAY harassment compels me to request protection as a court order and my NON-celebrity status make me powerless to defend myself from widely public attacks and she demonstrates no intention of stopping.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 3

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

For your protection and privacy, please press
the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Haiiley-McMurray v Nikolas --- Attachment 7a(3)—Describe Harassment | |

**ATTACHMENT** (Number): __7a(3)__

*(This Attachment may be used with any Judicial Council form.)*

Nikolas frequently posts to social media and public broadcasts with false claims theorizing conspiracies about me. In HOURS of streaming on YouTube, she incites her followers to stalk and harass me and to destroy my peace and future opportunities. She regularly broadcasts evidence of herself stalking and harassing me.

While I have never spoken to or associated with Vaccaro, I have gathered by the numerous messages I've received from friends alerting me to this situation that Nikolas has been brewing and publicly posting a BASELESS and borderline unhinged conspiracy theory that I am somehow "in cahoots" with Vaccaro because of his possible (unconfirmed) connection to television producer Dan Schneider. (Exhibit 12, Exhibit 14) While I've previously reported on Schnieder on my show "Good Morning Mayberry" in 2021 (Exhibit 17), I had never heard of Vacarro prior to being alerted to Respondent Nikolas's unsubstantiated public speculation.

Another fabricated conspiracy Nikolas widely spread in multiple social media posts is that I'm somehow coordinating with Tri-Star [Sports & Entertainment] traces back to a parking lot.

At a prior public "Eat Predators" event protesting Tri-Star, I parked my vehicle in a paid lot of a building the company leases and therefore was allowed access to their private indoor restroom as Nikolas's public protest continued outside.

Nikolas and her associate Melanie Veronica Mandarano have spread this completely unfounded conspiracy of a nefarious connection between myself/TriStar/Schneider/Vaccaro for over a year. My only connection is from research and discussions on my podcast "Good Morning Mayberry" in 2021 and 2022. (Exhibit 17, Exhibit 18 and Exhibit 19) and my work in addressing harm done by predatory producers and talent managers.

I am truly sorry for the distress this is clearly causing Nikolas but I do not have control over who follows me and while she's free to theorize in private -- her public tweets and videos to hundreds of thousands of people continue to incite needless alarm from her followers. Her posts also continue to present me as a danger to her and others -- when I am not.

On April 1, 2024, Nikolas again doxxed me by sharing a link to her prior YouTube videos of false claims and conspiracy theories specifically about me to her 290k+ Instagram followers with the label "Eat Predators Stalker" (see Exhibit 15). Upon reviewing the recent comments (Exhibit 16), I can see members of the public in increasing numbers believing Alexa's compelling false narrative that I'm an ongoing safety threat to her and her family.

Nikolas's republication of the video series generated yet another influx of messages (Exhibit 20) related to her routine harassment of me. Contrary to her LENGTHY public statements in these video streams that she is living under a safety threat and fearful for the safety of her young daughter, Nikolas continues routinely share private family moments seemingly without concern as well as announce her exact location days in advance with her frequent public protests -- promoted to her HUNDREDS of thousands of followers and the media.

I am not now nor have I ever been a safety threat to Alexa but as I try to move forward with my life – I AM REPEATEDLY SUBJECTED TO HER UNPROVOKED ATTACKS AND ONLINE HARASSMENT.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __2__ of __3__

*(Add pages as required)*

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Haiiley-McMurray v Nikolas --- Attachment 7a(3)—Describe Harassment | |

**ATTACHMENT** *(Number):* 7a(3)

*(This Attachment may be used with any Judicial Council form.)*

Fortunately, as she continues these attacks -- more people have shown me support and publicly voice agreement with my initial concerns about Nikolas's mental wellbeing, personal ethics (or lack thereof), deceptive business practices and concern for the safety of her child(ren).

Their support I greatly appreciate and yet, their voices as private concerned citizens are no match to the celebrity status of Nikolas nor the large public platform she weaponizes at will against me.

I am a person of good character with no criminal record who takes pride in my work and seeks to better my local community. The continued harassment against me by Nikolas has significantly limited my employment opportunities as well as negatively impacted mental health and feelings of personal safety as her wide-reaching conduct inspires her supporters to direct threats and attacks my way.

What Alexa Nikolas has done is egregiously mischaracterize my attendance at PUBLIC PROTESTS she advertises to THOUSANDS of people where I exercised my CONSTITUTIONAL RIGHTS (same as she) as "stalking" and cast another egregious falsehood that I am a danger to her child. I would absolutely never wish harm on any child nor would I on Nikolas or any member of her family. And this is something Nikolas surely knows herself as she has entrusted me with the care of her young daughter, Nova, on multiple occasions.

I have and continue to remain in compliance with all legal obligations. I have had NO CONTACT with Alexa Nikolas for over a year now. I've also not posted any comment about her online. Yet I continue to be an open target for her to harass her and her loyal fans to harass -- and it needs to stop.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 3 of 3

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]
**ATTACHMENT
to Judicial Council Form**
www.courtinfo.ca.gov

For your protection and privacy, please press
the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7a(4)—Use of Weapons | |

**ATTACHMENT** *(Number):* 7a(4)

*(This Attachment may be used with any Judicial Council form.)*

Respondent Alexa Nikolas and her associates and Internet followers have explicitly discussed using weapons and weapons by proxy to harm me. They have no regard for consequences of holding these recent discussions in public forums.

On Dec. 20, 2023, I was alerted by friends that Respondent Alexa Nikolas tweeted her "stalker" violated a restraining order less than a year in. (Exhibit 5) Suspicion that this was a false claim about me was confirmed, on January 4, 2024, when she doxxed me by name and with my image in a video on her YouTube channel. (Exhibit 7) Over the following days, she continued to post tweets and a YouTube video series to present her false claims and conspiracy theories to the public. She routinely reposts promotions of her publications across all her social media platforms to maximize exposure of my name, face, and her false claims and false light of me.

On March 24, 2024, she published another false claim on X/Twitter (Exhibit 11) that her stalker had "officially" violated a restraining order. These incriminating public posts of respondent Nikolas are undeniably false. This tweet generated a string of threats of physical harm against me (Exhibit 5) from internet users who influenced by Nikolas's celebrity status and take her at her FALSE word.

There has been no such breach of any order. I have not contacted, been near, or "posted of" Respondent or other parties listed on the order.

There has been no arrest warrant issued in my name nor have I even been contacted by police or the court regarding Respondent's false claim. There is nothing "official" about Respondent's narrative.

And yet, Respondent and her associates routinely induce anxiety from her Internet followers, and — despite knowing her followers consist of a large percentage of people identifying as "survivors [of trauma]" who are impressionable — attempts to coerce them into make her alarming false narratives the primary focus of what is meant to be a "community" -- not a dictatorship.

Nikolas also weaponizes my limited free speech as I appeal the court order against me with repeated, ongoing and incessant attempts to provoke me through social media and exploitationary multimedia hit-pieces. I don't know if it is her attempt at trying to bait me into breaching the restraining order, to direct waves of harassment my way on a loop or both -- but I have and will continue to respect the court's ruling.

Nonetheless, Respondent Nikolas's public false statements mobilize a response from her loyal Internet followers – including many who openly call for physical harm (Exhibit 5) against me by use of guns, knives, mace, and even a DIY taser. Some encourage, and even beg, Respondent Nikolas to enlist public resources and demand my immediate incarceration by police. Some say they want me jailed for life with no due process. Others offered a vigilante-style approach to enforce the restraining order themselves in place of due process. This is truly terrifying to discover.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 2

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7a(4)—Use of Weapons | |

**ATTACHMENT** *(Number):* 7a(4)

*(This Attachment may be used with any Judicial Council form.)*

The INTERNET HAS BECOME A WEAPON of attack Respondent Nikolas uses to incite harassment and further defame me with false claims that I'm a criminal threat when in truth I am no danger to Nikolas, any member of her family, any of her followers or the community at large.

Living as an open target for Respondent, I have become anxious and fearful for my safety as I have no way of knowing who in the public may have seen her loud false statements against me on social media or her video series dedicated to doxxing me to an accumulated audience of millions -- any of whom may want to take up arms in her defense.

Respondent uses her celebrity-status, large public platform and fanatical followers in repeated attempts to hurt me, damage my professional and social reputation and live in a chronic state of anxiety as I persist in hopes of salvaging my name from her lies.

Nikolas's continuous recitations of conspiracy theories about me, paired with her extremely increased public visibility and her "official" false claims that I've broken the law increase the likelihood that someone will try to step in and join her "judge-jury-and-executioner" brigade against me.

Many motives could drive physical violence upon me and at anytime as I have no ability to predict when Nikolas will choose to further continue abusing an unbalanced power dynamic against me as I am not a celebrity nor do I have the ability to defend myself from the publicly cast dark fantasy she's publishing.

The many erratic public false claims by Alexa Nikolas have incited her online supporters to threaten vigilante offerings and comments encouraging her to "get the strap [gun emoji]" (See Exhibit 5b) and other references of weapons to attack me. She has actively engaged with some of these posts -- rewarding these vicious mentalities.
Additionally, she's made public overtures announcing that she's making repeated police reports against me which is simply not true.

IF law enforcement believes her lies, that as well puts my safety at risk.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 2 of 2

*(Add pages as required)*

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press
the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7a(5)—Harm or Injury | |

**ATTACHMENT** *(Number)*: 7a(5)

*(This Attachment may be used with any Judicial Council form.)*

Respondent Alexa Nikolas's continued harassment has significantly harmed my mental health and personal finances.

I have suffered increased anxiety, bouts of depression and a relapse of my agoraphobia as I've become increasingly fearful to leave my home. My C-PTSD symptoms — which were well managed prior to Respondent's recent campaign against me — are also exasperated by Respondent's conduct. I have been blessed by many concerned witnesses who've seen Respondent's unprovoked attacks on me that support me as best they can and I am mindfully focusing on managing my health with my community of support, but it is impossible to devote my attention to my own work, life, and community when Respondent will not stop seeking my attention by widely broadcasting an increasingly dark fantasy she is having about me.

I was TERMINATED by an employer (Exhibit 6) in December 2023 due to her posts (Exhibit 5) and continue to face challenges securing future employment as she recirculates claims and garners increased public interest related to an HBO Max x ID series "Quiet On Set" that features respondent Nikolas.

The January 2024 YouTube video series (Exhibit 7) published by Nikolas and republished on April 1, 2024 (Exhibit 15) that doxxed me presented a carefully distorted view of our former relationship and has caused sizable harm to my reputation as well as to my personal finances. I've lost income (Exhibit 6), colleagues, friends, career advancements and faith in society.

Her ability to misrepresent me as a "stalker" when I was merely a citizen exercising my Constitutional rights at public protests coupled with repeated false statements that I've violated a restraining order (Exhibit 5) and significantly damages my work and social opportunities.

Unlike Respondent, I have no ability to defend myself from her false claims. I, instead, have to suffer repeated harm to my reputation and mental health as she continues her smear campaign at will with no reason to believe she will stop her behavior — especially with the restraining order obligating me by threat of extreme punishment to not "post of [Respondent] to social media."

As an open target of Nikolas, my mental health and personal finances will continue to be injured as she has falsely presents me as a threatening criminal when I am not. Her narrative of me is antithetical to who I really am.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press
the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

ATTACHMENT *(Number)*: __7b__

*(This Attachment may be used with any Judicial Council form.)*

TIMELINE OF EVENTS:

September 2022:
Hailey-McMurray meets Amanda Peters on Instagram and they begin a friendship.

Sept 12 - Oct 15, 2022:
Hailey-McMurray learns of the "Eat Predators" advocacy group for alleged survivors of abuse via Peters -- a founding organizer alongside Nikolas, Kay Brown, Caeli Higgins, Nomi Abadi and disgraced senator Joe Dunn. Early members also included Nila Salinas, Jeff Anderson, Shannon "Shay" Ruth, Melissa and Jerome Schuman.

Nikolas acts in opposition of the group with an idea to host a public "Book Club" -- which was promoted on the groups Instagram profile. This was done against warnings of Caeli Higgins and Kay Browns (trauma survivor advocates and professionals who work with publicity) who advised against such a public forum as the audience includes many people with behavioral health conditions and Alexa Nikolas had no training to host a group for "survivors of trauma" that was advertised to thousands. Forging ahead, the book club met a few times a month.

Nikolas repeats the book club approximately 3-4 times monthly. Despite co-founders' expressed disagreement, Nikolas invites all members of the book club to a Discord that was created and advertised to paid members. Nikolas chooses a book called "How To Be Eaten," described as "[...] classic fairy tale characters [...] in [...] present-day New York City[...] meet in a basement support group to process their traumas." Ultimately, the coordinator of the meeting, "Will," is found to be a predator seeking data to weaponize against the attendees.

In book club meetings, Hailey-McMurray observes Nikolas and other influential members of the group successfully orchestrating conformity of thought in vulnerable members by repeating ideals from a position of moral superiority and inciting bullying and coercion within the group to force members to echo her will. Nikolas brings up Caeli Higgins more and more frequently, claiming Higgins is "unhinged," then "abusive," then "harassing" Nikolas. Nikolas also articulates legitimate grievances Higgins had claimed about Nikolas's conduct yet refuses to acknowledge any possibility of reconciling with Higgins.

Hailey-McMurray began work as a publicist for Nikolas for about a month -- including advising and negotiating edits for an interview Nikolas had previously recorded with Christy Carlson Romano on the podcast "Vulnerable with Christy Romano." (Exhibit 24 A, 24B and 24C) The episode was soon thereafter removed from public listing by Romano's production company as they sought to distance themselves from Nikolas due to her public conduct and commercialized harassment of their mutual colleagues Lindsey Shaw, Devon Werkheiser, and Daniel Curtis Lee.

Hailey-McMurray also negotiated edits on Nikolas' appearances on Sloan Hooks' podcast "Let's Get Into It" and managed communications representing publicity for Nikolas' involvement in a documentary series by Mary Robertson and Emma Schwartz called "Quiet on Set: The Dark Side of Kids TV." (By claiming Hailey-McMurray is a "volunteer" for Eat Predators and that Eat Predators is a "non-profit organization" when it is and was an LLC., Nikolas lied to the public and the court to evade the invoice Hailey-McMurray sent her in December 2022 for his work in October-November 2022.)

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1__ of __11__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** *(Number):* 7b

*(This Attachment may be used with any Judicial Council form.)*

Furthermore, Hailey-McMurray visits LA in preparation of a move from Sonoma County. Nikolas is aware and encouraging of Hailey-McMurray's move to LA which Nikolas knew he'd planned for years. Nikolas offered to support Hailey-McMurray to seek potential residences, gave tips on LA living, and repeatedly offered for Hailey-McMurray to stay with her, Michael Gray, and Nova Vespertine in their one-bedroom apartment.

Nikolas and Michael Gray brought Hailey-McMurray to several Eat Predators events including protests at Erewhon in Silver Lake, Orange County School of Arts (OCSA) and a Rick Caruso campaign event where Diplo was performing.

During a Erewhon protest (Exhibits 8-10) Nikolas injures Hailey-McMurray's ears with a megaphone and both Nikolas and Michael Gray became distracted -- forcing others to assume supervision of their daughter Nova. Afterward and against Hailey-McMurray's explicit and repeated recommendation against it... Nikolas and Gray invite everyone within earshot to their home.

After the Erewhon protest, Nikolas and Michael Gray identify Jairo Tomico as a "stalker" of Nikolas.

When Hailey-McMurray seeks clarity, Nikolas and Michael Gray describe a scenario in which they are exaggerating about Tomico being a nuisance and are simply uncomfortable with Tomico because he is a "right wing" journalist despite Nikolas previously encouraging him to attend protests. She flipped and begin smearing Tomico when several Eat Predators members left in protest of Nikolas' positive association with Tomico.

En route by car to the OSCA protest, former Senator Joe Dunn advises Nikolas, Gray, and Hailey-McMurray on a phone call that young child Nova Vespertine is "the most important protester there" because the protest was at a school for youth and a child engenders "good press." When the child is agitated and crying at the event, Hailey-McMurray speaks on her behalf. In lieu of attending to their daughter, Nikolas and Michael Gray forcibly request (colloquially "voluntell") Hailey-McMurray to care for Vespertine in the car across the street.

Hailey-McMurray compiles and is quickly surrounded by police while alone in Nikolas and Michael Gray's car with their crying toddler. Nikolas and Michael Gray are visible to Hailey-McMurray who cannot not yell to them because of a vocal injury that suppresses his vocal volume and who hesitates to honk the horn and risk further upsetting Nikolas' and Michael Gray's already anxious toddler. Nikolas notices the police surrounding Hailey-McMurray and Vespertine moments after police issue a parking citation because Michael Gray had parked their car partially in a red zone.

Between Oct. 15, 2022 - Nov. 6, 2022:
Nikolas requests Hailey-McMurray consult her about an upcoming meeting with a talent agent at United Talent Agency (UTA). Nikolas tells Hailey-McMurray she is nervous about the meeting because Nikolas had been unable to find representation and struggled to maintain employment for over 10 years.

After the meeting, Nikolas tells Hailey-McMurray that the agent was prejudiced in Nikolas' favor prior to the meeting and the meeting mostly consisted of negotiating Nikolas' onboarding as talent

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 2 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have

**MC-025**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** *(Number)*: 7b

*(This Attachment may be used with any Judicial Council form.)*

Nikolas leads Hailey-McMurray to believe that she signed on as a UTA client in the meeting. During this period of events involving Hailey-McMurray's consultation regarding UTA, Hailey-McMurray discovered that Nikolas was previously well aware that UTA is represented by lawyer Bryan Freedman.

Freedman, regularly targeted by Nikolas' harassment early in her emergence as an "advocate" for "survivors," was previously assigned to be harassed by Eat Predators "members" with vigilante calls based on emotional propaganda she strategically created using themed media campaigns. Nikolas and others (including Caeli Higgins and Kay Brown) gathered outside the Freedman and Taitelman offices in Aug. 2022 to "raise awareness" around Bryan Freedman -- who represented many famous clients—including actor Gabrielle Union, an outspoken rape survivor. But Nikolas insists Freedman representing Union is deeply problematic as he was accused of sexual assault. Allegations stem from an encounter during his time as a UC Berkeley student in 1985. Additionally, Freedman represents artists accused of sexual assault, like Diplo and Canadian artist Michael Milosh—Nikolas' ex-husband and the man she publicly accused of "abuse" via LA Magazine's Abigail Siatkowski on October 25, 2022 https://lamag.com/theindustry/eat-predators-wants-to-chew-up-and-spit-out-industry-sexual-abuse.

MORE MEMBERS become aware of Nikolas's conflict of interest and EXPRESS CONCERNS on ethics.

On and around October 31:
Hailey-McMurray accepts an invitation of Nikolas and Michael Gray to Trick-or-Treat with Nova Vespertine in Santa Monica. Hailey-McMurray later accepts an invite to their home afterwards.

On or around November 2 - November 8, 2022:
Hailey-McMurray accepts Nikolas' invitation to stay at her home during his visit to LA. Nikolas and Michael Gray invite Hailey-McMurray to return for Thanksgiving and stay until he has his own place. Hailey-McMurray observes alarming conduct and ideals from Nikolas, Michael Gray, and their associates.

November 8, 2022:
Hailey-McMurray expresses concern about Nikolas and Michael Gray's conduct and disclosed plans for "Eat Predator." Nikolas and Gray become dismissive and paranoid directly with Hailey-McMurray. An item of Hailey-McMurray's concern regards Michael Gray's and Nikolas' intention to secretly incorporate the stolen group Eat Predators as a for-profit business entity -- NOT a nonprofit. Hailey-McMurray was concerned about Nikolas and Gray's plans but they agreed to discuss it more over the coming days.

Hailey-McMurray leaves Los Angeles to work a job for approx. two weeks with intent to return to LA after the job ends. A couple of hours after leaving Los Angeles, Hailey-McMurray realizes he forgot a valuable personal item at Nikolas' home. Hailey-McMurray contacts Nikolas and they mutually agree he can retrieve it upon his return to her home.

On or around November 18, 2022:
Peters and Salinas contact Hailey-McMurray to warn him Nikolas may harass and stalk him due to his concerns about Nikolas' conduct. Nikolas and Gray suddenly block Hailey-McMurray on social media.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 3 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** *(Number):* 7b

*(This Attachment may be used with any Judicial Council form.)*

Nikolas forces Sascha (a moderator of Nikolas's social networks and close friend of Annecy Kinney) to ban Hailey-McMurray from the group's Discord server and instructs Annecy Kinney and others to surveil Hailey-McMurray. (Also known as "Innuendo," Sascha's real name may be Emily. This person is known to intentionally use pseudonyms to evade being identified. This person also frequently claims to have conditions like Disassociative Identity Disorder when questioned about their own conduct.)

On or about November 20, 2022:
Nikolas begins harassing Hailey-McMurray and inciting shunning and harassment by their mutual community and Nikolas' fanatics. Heartbroken and stunned, Hailey-McMurray makes vulnerable posts expressing confusion, grief, and embarassment about being shunned.  For years, Hailey-McMurray had frequently posted online and publicly spoken on complex social dynamics, cult-like behavior, and parasociology (the study of commercialized attention, fame, fanatical conditions, and social and psycological impacts of pop culture.)

Caeli Higgins and Kay Brown, former colleagues of Nikolas, contact Hailey-McMurray to introduce themselves and tell him they had founded Eat Predators and been driven out by Nikolas. Hailey-McMurray is convinced by evidence that Higgins and Brown are telling the truth. The three eventually record an episode discussing the matter on Hailey-McMurray's show "Good Morning Mayberry."

Nikolas' harassment of Hailey-McMurray impacts all "members" of Eat Predators. The group is vulnerable and engages with each other frequently on the Discord server and other communications platforms. Nikolas has undue influence over the "members," specifically the younger members who were imprinted with her image and likeness through the characters she depicted in children's television.

All original founders of Eat Predators besides Respondent Nikolas expressly oppose the notion of her unilateral implementation of her haphazard plan to incorporate the operation as a for-profit, just as they had opposed Nikolas's unilateral implementation of her haphazard plan to create chaotic commercial offerings and initiate unsupported interactions with the general public. Specifically, Kay Brown and Caeli Higgins, who have worked professionally with people who have experienced trauma, were clear and comprehensive in their efforts to clarify their opposition to Nikolas about her spontaneous plans to use their collective brand and platform to host aimless, volatile programming (including professionally unregulated community spaces) targeting "survivors [of trauma]" as the primary market.

Around this time, Nikolas begins employing a social control method of referring to herself as "survivors" (PLURAL) in circumstances when she felt personally offended. Peters and Salinas resign from Eat Predators.

January 19, 2023:
Hailey-McMurray's episode featuring Nikolas' former colleagues, Caeli Higgins and Kay Brown, is released. https://goodmorningmayberry.com/the-real-true-origin-story-of-eat-predators

Hailey-McMurray attends a public #freebritney protest outside of Tristar Sports and Entertainment (Tristar) that was promoted to his and Nikolas' mutual community. Nikolas is at the public protest also.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 4 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press
the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** *(Number)*: 7b

*(This Attachment may be used with any Judicial Council form.)*

The security guard at the building Tristar is located in repeatedly asks Nikolas to stay off the private property during her public protest. Nikolas repeatedly violates the property line and teases and harasses the security guard and building staff. The security guard calls LAPD on Nikolas. LAPD requests Nikolas begin complying with her legal obligation to stop trespassing Tristar's office and Tristar's property management staff.

January 23, 2023:
Hailey-McMurray is awakened by texts sent at 1:23am from Maurice Hubbard (colloquially "Lapi") saying:

• "I think Alexa has lost her goddamn mind"
• "She's panic posting about a stalker!?"
• "like right now" to which Hailey-McMurray requests, at 2:44 AM, Hubbard send him "Screenshots?"

At 2:24 AM Hailey-McMurray texts Hubbard with "She's already lost her damn mind. Question is whether she's paid controlled demolition of #freebritney and people like me or really doing this for free."

After reviewing Nikolas' alarming post on Twitter, Hailey-McMurray texts Hubbard at 3:03 AM saying: "She'll really say anything" and at 3:05 AM added "I wish I had more content to release about her. She's such a whacky bitch. If she really thinks I can't spin her. She's priming to release a clip of me crying about being afraid she'd get a stalker from inviting creepy Nickelodeon fans to the streets and then inviting her street people from the internet back to her home. She must be sitting around thinking ppl will just believe anything she says."

Nikolas begins making public threats to "release an open letter" or "book" in response to Brown and Higgins publicizing their experience with Nikolas on Hailey-McMurray. Nikolas then posted every day for several days with defamatory, false narratives about Higgins, Brown, Salinas, and Hailey-McMurray. Nikolas respectively referred to ask "CC," "KA," "NI," and "WILL" --- harkening the effigy of the predatory antagonist in the book Nikolas featured for her book club attendees.

January 23, 2023 through March 30, 2023:
Hubbard voluntarily monitors the public conduct of Nikolas' and her publicly known agents for the purpose of alerting Hailey-McMurray to any harassment Hubbard discovers is made against Hailey-McMurray by Nikolas and her publicly known agents.

Ongoing since February 2023:
Multiple anonymous social media profiles and a website appear releasing bizarre information about Respondent Nikolas. Some anonymous accounts also appear targeting Hailey-McMurray, doxxing him, members of his family, and making false claims about him in association with his public and private information.

On or about February 16, 2023:
Hubbard expresses a desire to travel to Los Angeles for the purpose of performing outside of Red Light Management during the same time Nikolas had published that she planned to be outside Red Light Management for a public protest. Hubbard arrived in Los Angeles on February 22, 2023 and rented a room shared with Hailey-McMurray for approximately 1 month.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 5 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE:<br>Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | CASE NUMBER: |

**ATTACHMENT** *(Number):* 7b

*(This Attachment may be used with any Judicial Council form.)*

February 25, 2023:
Hailey-McMurray experiences increased harassment from Nikolas and the general public incited by Nikolas. Hailey-McMurray exercises his constitutional rights when accompanying Hubbard to a public protest Nikolas advertised on her social media to thousands at Red Light Management.

For reference --- Hubbard also was a target for harassment by Nikolas, Michael Gray and their agents. This is separate and in addition to their harassment of Hailey-McMurray.

On or about March 7, 2023, Hubbard and Hailey-McMurray publicly announce they are preparing to perform and demonstrate in a peaceful, lawful counterprotest concert near TMZ on March 23, 2023.

March 15, 2023:
Separate with no involvement by Hailey-McMurray, Hubard filed for a restraining order against Alexa Nikolas for civil harssment. This was dismissed on technicality because Hubbard was unable to serve Nikolas and Michael Gray and was already considering abandoning Hailey-McMurray as a witness.

As a free agent, Hubbard also filed a small claims defamation lawsuit against Nikolas and restraining orders against Nikolas and Michael Gray.

March 23, 2023:
Hailey-McMurray and Hubbard exercise their constitutional right to protest at Alexa Nikolas's publicly advertised protest near TMZ headquarters. Melanie Veronica Mandarano and Sloan Hooks walk 100+ yards to interrupt Hubbard's public speech about Joe Dunn and Jeff Anderson's involvement in Eat Predators and Respondent Nikolas's public and legal affairs to corner Hailey-McMurray on a dead-end street, serve him with a restraining order petition for Nikolas, and position themselves with their group so Hailey-McMurray could not leave without passing nearer to them. (Hailey-McMurray previously knew Mandarano online from shared interests, met her in person while visiting Nikolas, and reached out her to when Nikolas started harassing and stalking him. Hailey-McMurray had coincidentally referenced Hooks's YouTube content on his show "Good Morning Mayberry" in 2021 prior to Nikolas and Hooks meeting and beginning their collaboration.)

At a distance, Michael Gray almost immediately calls police and falsely claims that Hubbard was the party issued a restraining order and that the order was served the previous day.

Meanwhile, Hailey-McMurray and Hubbard strategize about how to leave without getting within 100 yards of Nikolas and Gray or trespassing on private property. Hailey-McMurray asks Hubbard to inquire with police who arrived while the two were deliberating about a safe way to leave without being in violation of the court order that was served a few minutes before. When Hubbard approached the police (who were near Nikolas), Gray's lie caused suspicion of Hubbard and police immediately put him in handcuffs which was jarring as he had done nothing wrong and had never been handcuffed or detained before. After a few minutes clearing up the confusion caused by Gray's false report, police released Hubbard, served Hailey-McMurray again with the same papers, and assisted Hailey-McMurray and Hubbard in leaving safely and freely.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 11

*(Add pages as required)*

**ATTACHMENT**
**to Judicial Council Form**

*www.courtinfo.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| | |
|---|---|
| SHORT TITLE: Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | CASE NUMBER: |

**ATTACHMENT** (Number): 7b

*(This Attachment may be used with any Judicial Council form.)*

**April 3, 2023:**
Nikolas incorporates "Eat Predators" as a Stock Corporation (Exhibit 23) -- a for-profit business structure with core purpose to generate financial returns for shareholders, typically achieved by selling products or services and profits are used for various purposes like reinvestment, paying employees, or distributing dividends to shareholders (owners who hold stock). This is directly in contradiction of Nikolas's ongoing public presentation since Aug. 2022 that she envisioned "Eat Predators" as a nonprofit -- a belief her followers took to heart and continue to address the group as a nonprofit publicly.

**April 7, 2023:**
Nikolas recruits "book club" members Jaden Young and Shelby Hill-Phillips to submit sworn written testimony in support of her restraining order request. Their statements included a false assertion that Eat Predators is a "nonprofit" organization – when it is not – misrepresenting the financial structure to make Hailey-McMurray appear deceptive and prejudiced against a charitable organization – that is in fact a profitable, fanatical business that monetizes trauma without license to do so. (Exhibit 20 and Exhibit 23)
Young and Hill-Phillips misrepresent Hailey-McMurray's kindness as a ploy/bait and distort his true intentions when in fact his well-meaning actions aimed to uplift, befriend and cherish each of them professionally and socially.

Young mischaracterized Hailey-McMurray's behavior and omitted facts about his time as a guest on Petitioner's show. It was Young who requested to appear on the episode to discuss how dangerous it is for "celebrities" and others with large platforms to use social power to spread false narratives about people with less social capital and public reach.

The 90-minute uncut interview of Young talking in his own voice was recorded with his expressed consent and gratitude – this is even proclaimed towards Hailey-McMurray within the Oct. 1, 2022 episode: https://goodmorningmayberry.com/insistent-resistance-w-jaden-young-from-eat-predators-book-club

**April 10, 2023:**
Another recruit of Nikolas from the "book club" and long-time moderator of Nikolas's branded social platforms, Annecy Kinney, also submitted written testimony supporting Nikolas's restraining order request. Kinney falsely claimed Hailey-McMurray's kindness was a ploy to bait Kinney and that Hailey-McMurray lied about his true intentions when he was sincerely intending to offer friendship and support

Kinney's testimony cruelly misrepresented Hailey-McMurray's private information and vulnerable communications to portray him in a false, negative light. Kinney claimed to be merely "familiar with Eat Predators" when Kinney is and has been a core member of Nikolas's circle and hijacked assets from others to unjustly exemplify Nikolas's "influencer" brand platforms.

Annecy Kinney went on to publicly denounce respondent Nikolas on YouTube. (Exhibit 22A and 22B)

Pacheco used a claim of concern for Nikolas to justify engaging in regular intimidation and bullying against Hailey-McMurray on Nikolas' behalf.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 7 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** *(Number):* 7b

*(This Attachment may be used with any Judicial Council form.)*

On or Before April 12, 2023:
Attorney Rudy Pacheco electronically submitted evidence to the court that Hailey-McMurray had NO KNOWLEDGE of prior to the hearing. This included Jaden Young's false witness statement (Exhibit 23D) about the incorporation and financial structure of Nikolas's "Eat Predators" for-profit business and other perjury-like statements to malign Hailey-McMurray. — Penal Code § 118 PC – California Penalty of "Perjury"

April 12, 2023:
Hailey-McMurray was incapable of fairly defending himself as he was denied any service of, notification of, or a continuance to review the new evidence filed against him.

Additionally, Hailey-McMurray was ill-equipped to defend himself as Hubbard (who had checked in as a Hailey-McMurray witness) unduly abandoned his appearance in the court hearing before he testified.

Following the hearing, Alexa Nikolas, her husband Michael Gray and mother Alexandra Nikolas immediately launch their social media smear campaign against Hailey-McMurray -- who is now by court order unable to exercise free speech to defend himself. This effective blitz of Nikolas silences and successfully distorts the narrative and further portrays Nikolas as an innocent victim and ethical champion.

Hailey-McMurray significantly limits posts online of personal and professional affairs, due to depression from the hearing and increased harassment and stalking. Hailey-McMurray also unintentionally pauses production of Good Morning Mayberry and stops releasing new episodes. Production hiatus is currently ongoing.

On or Around May 2023:
Hailey-McMurray was informed by someone close to the matter that Autumn Whitaker and Respondent Alexa Nikolas had or were planning to reconnect and conspire to escalate defamation and harassment against Hailey-McMurray for the purpose of destroying his future social and professional opportunities.

Hailey-McMurray learns Nikolas was investigated by the FBI as a possible suspect. According to articles and blogs, there was reason to suspect Nikolas was responsible for leaking nude sexual photos of her at-the-time teenage friend, Vanessa Hudgens, in retaliation for Hudgens' triggering Nikolas's jealousy by having the audacity to gain success alongside Nikolas who had become obscure.

On or About December 16, 2023:
Hailey-McMurray receives his first published credit on IMDb.com (Internet Movie Database) professionally recognizing his work on a film. Hailey-McMurray posts behind-the-scenes photographs and hashtags – per request of the producer – to promote the film on social media. This is his first public post identifying an achievement and publicizing that he currently lives and works in Los Angeles.

December 20, 2023:
Nikolas posts to her X/Twitter profile handle "@alexanikolas__" a post (Exhibit 5 & 5B) with 15K reach that read: "My stalker (who I have a restraining order against) is back harassing me again. Have the receipts. Have to make a police report tomorrow. Sending love to those that are survivors of stalking."

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 8 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** *(Number):* 7b

*(This Attachment may be used with any Judicial Council form.)*

**December 23, 2023**
Alexa Nikolas's defamatory statement to thousands of followers that Petitioner "officially" commited a crime (a lie) by breaching a court order (another lie) causes IMMEDIATE defamatory harm to his finances.

His employment -- a professional home care provider -- of 10 years at "Rover" is terminated within days.

Hailey-McMurray sees he'd received an email  (Exhibit 6) from his employment provider saying "My name is REDACTED and I work on the REDACTED Success Team here at Rover. I'm reaching out today as some concerns were recently raised regarding your public record. As Rover is a curated marketplace, our team is performing a holistic review of your account to further determine…."

Hailey-McMurray is tagged by Instagram profile "shiftskarma" in a post of a screenshot of his Rover profile picture (which was only available on his Rover that appeared exclusively on Rover's marketplace for the purpose of identifying himself as a high-ranking service provider), indicating the operator of this account is involved in or aware of the attack against Hailey-McMurray's job.

Hailey-McMurray suffers immediate loss of income, loss of future financial opportunities and psychological damages because of Nikolas's incessant incitement of the public to deprive him of gainful opportunities.

**Since December 2023:**
Nikolas continues to relentlessly damage Hailey-McMurray's reputation by continuing her false narrative about a "stalker" who violates court orders -- which is absolutely UNTRUE. Hailey-McMurray receives messages nearly daily that alert him of the harm Nikolas's dramatic and untruthful version of events is having on his social and professional reputation.

**December 24, 2023 through January 2024:**
On YouTube, respondent Nikolas dedicates dozens of hours broadcasting to thousands of viewers with targeted episodes intended to badger and ridicule various people.

After a cryptic "Guess Who" style-marketing campaign on her social profiles, Nikolas launches a series of videos on Dec. 26, 2024. This series dedicates dozens of hours streaming to thousands of views on YouTube while relentlessly badgering and ridiculing a roster of names with unique videos featuring her targets, including:

Hailey-McMurray (who Nikolas referred to by both Mannee Hailey-McMurray as well as his common professionally-used name "Shift"), Kay Brown (who Nikolas insinuates in the stream title to be deceptive), Caeli Higgins (who Nikolas labels in the stream title to be a thief), Nila Salinas (who Nikolas insinuates in the stream title to be connected to "[her] Stalker") and Autumn Whitaker (who Nikolas labels in the title as "Dangerous") (Exhibit 14), and members and moderators from within her company's current membership with whom Nikolas had recently mismanaged complaints and conflicts.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 9 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** (Number): 7b

*(This Attachment may be used with any Judicial Council form.)*

Within this particular series of streams, Nikolas also further published false claims insinuating a nefarious connection between Hailey-McMurray disgraced television producer Dan Schneider and a man named John Vaccarro (Exhibit 14). Petitioner has NO RELATIONSHIP to these individuals and is certainly not conspiring with them or anyone to cause any harm to Nikolas, her family, the community they've captivated, or anyone.

Despite Nikolas's repeated efforts to garner public sympathy on YouTube by unmasking Petitioner Hailey-McMurray as a safety threat (which is untrue), she continues routinely sharing her private family moments to countless complete strangers on the Internet (Exhibit 17).

More disconcerting, Nikolas's aggressive smear campaigns, stalking, harassment, and incitement of stalking and harassment against Hailey-McMurray often reflect disheartening inversions of reality, a practice often called as  DARVO wherein abusive people "Deny [their victim's] claim, Attack [their victim's] credibility, and Reverse the Victim and Offender roles" for the purpose of diverting attention from the truth of harm they've caused.
https://gender.stanford.edu/news/youve-been-darvoed-and-you-dont-even-know-it

She also continues her public protests at events like the Grammy Awards by advertising them days in advance and in the media -- promoting these public events with no security to THOUSANDS of people (at minimum) she's never met but entrusts them with her precisely planned location at specified times.

And yet she continues to incite fear with a targeted harassment campaign against Petitioner Hailey-McMurray -- someone she's had NO CONTACT with in OVER A YEAR -- by repeatedly publishing her an outrageous lie that he's breached a restraining order multiple times. The "endangered" state she presents to the internet and media is nothing more than a fictitious fantasy with no basis in any fact.

Her branded YouTube streams also target a long roster of public figures in pop culture, including:
Christy Romano (Nikolas claims "Doesn't Give a F*&k" as Nikolas purports to be "Exposing PRETTY LITTLE LIARS" in the stream title) and entertainers such as Diplo, Justin Long, Diddy, Corey Feldman, Jared Leto, Russell Brand, Brandon Quinn and Backstreet Boy Nick Carter -- who faces unsubstantiated claims by long-time originating "Eat Predators" members Shannon 'Shay' Ruth, Melissa Schuman and Jerome Schuman.

Other targets of Nikolas's YouTube live streams are names/faces she feels are complicit towards television producer Brian Peck -- who's a convicted child sex offender. She also attaches herself to any trending name in the news for maximum exposure. Her planned streams consist of often peronal attacks designed to cause and alarm from her fanatical audience and damage her target's reputations.

The context of Nikolas's YouTube and other social media platforms makes for an environment ripe with opportunities to continually harass Hailey-McMurray. And as such -- petitioner's mental health, reputation, professional opportunities, personal finances and feelings of personal safety are subject to continued harm.

Kinney and "Innuendo" aka "Sascha" aka "Emily" begin claiming to have left their roles as Nikolas's online moderators wherein they amplified her defamation and abuse of patrons and "survivors" in the general public.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 10 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press
the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Hailey-McMurray v Nikolas - Attachment 7b—Previous Harassment | |

**ATTACHMENT** *(Number)*: 7b

*(This Attachment may be used with any Judicial Council form.)*

**February 2024 through Present**
**As Alexa Nikolas's celebrity status and platform continues to grow in connection to a "Quiet On Set" HBO/ID documentary series in which petitioner assisted in negotiating her appearance (Exhibit 24A) and multiple major media appearances (Exhibit 4) coupled with a dispute amongst "Eat Predators" members over a Discord server and fundraiser as well as Nikolas widely doxxing a core member, many members are becoming more publicly vocal about concerns over the organizations day-to-day operations. (Exhibit 25)**

**Members have also approached Hailey-McMurray with these concerns and other information.**

**Hailey-McMurray was directed by someone who approached him online to an article published Aug. 8, 2018 that stated Nikolas claimed in an interview to have been underage and under the influence of LSD when first introduced to her ex-husband Mike Milosh's music. She claimed multiple times she was under the influence of LSD as a minor and in the early days of listening to his music claimed that she would "marry this man."**

**Notably, Nikolas's many subsequent claims of grooming and sexual assault by Milosh surfaced only after she stopped receiving financial support from him that exceeded the court-ordered settlement following their divorce.**

**By Nikolas's own admission prior to lodging public accusations against Milosh, she targeted him for marriage prior to having ever met him -- which is a narrative in direct opposition to her later accusations of abuse. Those focused on a narrative that Milosh targeted HER (not the other way around) for a romantic relationship while increasing predation against her for years until separation. — https://www.verse-mag.com/love-letters/2018/8/8/alexa-nikolas**

**This Verse Magazine article illuminated many confusing elements of Respondent Nikolas' decades-long pattern of coercion and extortion, and led Hailey-McMurray to other articles and reports on other allegations against Respondent Nikolas'. Hailey-McMurray has attempted to report Nikolas' unlawful conduct to authorities multiple times, but has been given mixed information and ultimately turned away by the LAPD and FBI.**

**Hailey-McMurray champions on to clear his name, restore his reputation, be a beacon of healing, and salvage justice for himself and any other harmed parties he can support.**

**Many former members and moderators of Eat Predators Inc. have had similar experiences of being threatened, stalked, and harassed by Nikolas when they have sought to hold her accountable for any harm she caused in her past and in her current role parading herself as a qualified "advocate" for vulnerable people. Former consumers of Respondent's content continue emerging on public forums online and contact Hailey-McMurray directly to thank him for his efforts to protect them from Nikolas's coercion. Her celebrity status overshadows their voices of truth on the vindictive, habitual tactic of spreading false, conspiratorial narratives about multiple individuals including Petitioner.**

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 11 of 11

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

For your protection and privacy, please press the Clear This Form button after you have

To keep other people from seeing what you entered on your form, please press the Clear This Form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Attachment 8c—Other Personal Conduct Orders | |

**ATTACHMENT** *(Number):* 8c

*(This Attachment may be used with any Judicial Council form.)*

--- Respondent Alexa Nikolas will not publish defamatory, threatening, or inciting content on any social media (Instagram, YouTube, X/Twitter) or any other public platform directed at or regarding Hailey-McMurray, including references to him in effigy, image, and likeness.

--- Respondent will by 24 hours following the granting of this order post a retraction statement on her social media platforms, including Instagram, Twitter, and YouTube accounts rescinding her false claim I "officially" (or in any way otherwise) violated a restraining order and explicitly note that her prior public posts were reckless, irresponsible and false.

--- Respondent will immediately remove all false light posts about Hailey-McMurray, including references to him in effigy, image, and likeness.

--- Respondent will not spread defamatory conspiracy theories about Hailey-McMurray.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 1 of 1

*(Add pages as required)*

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*

For your protection and privacy, please press
the Clear This Form button after you have

# EXHIBIT 1

[Respondent, celebrity and influential public figure Alexa Helen Nikolas's verified Instagram profile with 290K+ followers]



# EXHIBIT 2

[Respondent Nikolas's verified YouTube profile with 80K+ subscribers]



# EXHIBIT 3

[Respondent Nikolas as the focus of a Aug. 2022 *Rolling Stone* feature article::
https://www.rollingstone.com/music/music-news/alexa-nikolas-protest-nickelodeon-abuse-dan-schneider-warner-music-sony-1234582620]

                                                                 SUBSCI

**DEMANDING ACTION**

## 'Protect Survivors, Not Predators': Why a Former Nickelodeon Star Is Protesting the Network and Music Industry Institutions

"I didn't feel protected at Nickelodeon as a child," said *Zoey 101* star Alexa Nikolas as she led a protest against the network

BY ETHAN MILLMAN

AUGUST 26, 2022



# EXHIBIT 4

[Respondent Nikolas featured in Aug. 2022 *Hollywood Article* article on Dan Schneider – a disgraced producer she has FALSELY publicly, repeatedly claimed is in cahoots with Petitioner: https://www.hollywoodreporter.com/tv/tv-news/alexa-nikolas-dan-schneider-apology-zoey-101-nickelodeon-1235857345]



LIVE FEED

HOME > TV > **TV NEWS**

## 'Zoey 101' Alum Alexa Nikolas Responds to Dan Schneider's Apology and Says "It's Pretty Scary Looking Back"

The former Nickelodeon actress spoke with The Hollywood Reporter about her experience working for Schneider when she was 13 on the kids' series.

BY TATIANA TENREYRO MARCH 23, 2024 7:45AM





# EXHIBIT 5 & 5B

[Respondent Nikolas published false claims as a celebrity and influential public figure from her verified social media -- inciting alarmed discussion to take arms against Hailey-McMurray.]






# EXHIBIT 6

[Communications between Petitioner Hailey-McMurray initiating termination of his employment – just three days after Nikolas's X/Twitter posts with a false claim of a breached restraining order.]

**Lauren** (Rover US)

Dec 23, 2023, 8:34AM PST

Hi Mannee,

My name is Lauren, and I work on the Sitter and Owner Success Team here at Rover.

I'm reaching out today as some concerns were recently raised regarding your public record. As Rover is a curated marketplace, our team is performing a holistic review of your account to further determine your eligibility to be a sitter in our community, which includes running an updated background check.

**Shift Orion** ◄━━━━━━━━━                                    Sun, Dec 24, 2023 at 11:01 AM
To: Rover Support <support@rover.com>

Hi Lauren,
I'm sorry. What's this about? My "public record?" I'm at a cat sit right now. Can you tell me what's going on and why this was triggered? I've always been in good standing with great reviews with Rover.

I just tried to call customer support and was insulted and dismissed by the agent who answered the phone. I was confused and upset but he was incredibly rude and refused to let me speak to anyone else. Can you please help me understand what's happening?

Best,
Mannee
[Quoted text hidden]

# EXHIBIT 7

[Respondent Nikolas doxxing Petitioner Hailey-McMurray by name to thousands in a 1 hour, 22 min. long YouTube stream: https://www.youtube.com/live/2BwaW4jcBSs?si=eeu4KRoIRIjyeJf6]



# EXHIBIT 8

[Photo of Petitioner posted to Respondent Nikolas's public Instagram account)



# EXHIBIT 9

[Photo of Petitioner with Nikolas - posted to her Instagram account]



# EXHIBIT 10

[Video of Hailey-McMurray with Nikolas's child - posted to her Instagram account]



# EXHIBIT 10 B

[Video of Hailey-McMurray with Nikolas's child – PINNED to the top 3 posts on her profile.]



# EXHIBIT 11

[March 24, 2024 post by Nikolas to her X/Twitter profile with a false claim Nikolas "officially" violated a restraining order.]



# EXHIBIT 12

[March 24, 2024 post by Nikolas to her X/Twitter profile with conspiratorial false claim Hailey-McMurray is a personally connected to John Vaccaro.]



# EXHIBIT 13

[March 24, 2024 post by Nikolas to her Instagram story with continued conspiratorial false claim Hailey-McMurray is connected to John Vaccaro.]



# EXHIBIT 14

[Nikolas's hours-long streams that were aired for thousands of viewers in Jan. 2024. She spread to a false, conspiratorial claim that petitioner is nefariously connected to                   Dan Schneider and John Vaccaro.
          Hailey-McMurray is NOT in communication with either Schneider or Vaccaro.]



# EXHIBIT 15

[April 1, 2024 Instagram story post of respondent Nikolas again spreading fear with false claims by republishing the 1/4/24 YouTube stream with the label "Eat Predators Stalker"]



# EXHIBIT 16

[Some recent comments on the 1/4/24 video that followed Nikolas resharing the video on Instagram on 4/1/24. Viewers are persuaded by the very distorted account of events.]



# EXHIBIT 17

[Petitioner's Podcast episodes on Nickelodeon's Dan Schneider. Respondent IS NOT mentioned because Hailey-McMurray nor his guest knew of Nikolas till after publishing.
Petitioner has NEVER privately communicated with Schneider as Petition has conspired at length publicly.]

1. https://goodmorningmayberry.com/pt-1-sister-mary-hottakes-unmasks-90s-kids-favorite-shows-probably-being-made-by-a-pedophile
2. https://goodmorningmayberry.com/s2e11-pt-2-sister-mary-hottakes-unmasks-90s-kids-favorite-shows-probably-being-made-by-a-pedophile



All Episodes
   S2E10 - Pt 1 Sister Mary HotTakes Unmasks 90s Kids Favorite Shows Probably Being Made By A Pedophile

**S2E10 - Pt 1 Sister Mary HotTakes Unmasks 90s Kids Favorite Shows Probably Being Made By A Pedophile**

Mar 7, 2021

Get ready to be donkey-kicked down a rabbit hole of analyzing kids' television made by loud sexual predators.

Sister Mary HotTakes, aka Blake, brings us on a logically erratic trek through an absolute nostalgia sewer system to autopsy the impacts of the career 90's producer Dan Schneider built with his predatory working relationship with Amanda Bynes, Arianna Grande, Keenan Thompson, and other child actors under his lenses.

Blake connects the conspiracy facts of Jimmy Savile with what we know about the overtly creepy foot fetish empire of Nickelodeon.

Beware. Triggers, bold allegations, and unbelievably upsetting actually confirmed facts ahead.

Content alerts:

Sexual assault & rape, child abuse, mind control, mental illness, general Jimmy fucking Savile (gross), probably a bunch of other shit but this is the worst of it.

Breakdowns on Dan Schneider & Nickelodeon's horrible campaign to infuse kids' content with grooming and sexual expression from Sloan:

Inside DAN SCHNEIDER'S and AMANDA BYNES' BIZARRE RELATIONSHIP - 29 min

Dan Schneider Made Ariana Grande DO WHAT?! - 26 min



All Episodes
   S2E11 - Pt 2 Sister Mary HotTakes Unmasks 90s Kids Favorite Shows Probably Being Made By A Pedophile

**S2E11 - Pt 2 Sister Mary HotTakes Unmasks 90s Kids Favorite Shows Probably Being Made By A Pedophile**

Mar 14, 2021

Shift Orion is back with his brother Blake (aka Sister Mary HotTakes) resuming the terrible discussion on the unsettling, infuriating legacy of Nickelodeon and Dan Schneider.

Don't forget your tin foil hat, "ShitStorm© DeepWeb™" muck boots, and stay hydrated on your Haterade because it's HOT IN HELL.

("ShitStorm© DeepWeb™" is a fauxbrand and not a real rabbit hole protective gear and apparel company. For now.)

© All rights reserved.

# EXHIBIT 18

[Respondent at length publicly spreading a false, baseless theory that Hailey-McMurray is connected Dan Schneider and John Vacarro. As Schneider is a trending topic for producing sexually inappropriate content with and for children -- this is a baseless claim that presents Petitioner as a safety threat -- when he has NO CONTACT whatsoever with Schneider.]





# EXHIBIT 19

[Nikolas's YouTube channel producing sensationalized, non-factual content that incites fear with threatening false narratives on a FOR-PROFIT platform.]





# EXHIBIT 20





| Texted March 2024. | Texted January 2023: |
| --- | --- |
| Jairo Tamico responds to Hailey-McMurray - showing him Nikolas's published conspiracy theory content about him. | Hailey-McMurray receives text from "Lapi" Maurice Hubbard the day after Nikolas declared to her large audience that she and her daughter's safety is at risk with a "stalker" on the loose. |

# EXHIBIT 21a

[EXHIBIT 21a & 21b

Messages received by Hailey McMurray on 4/4/24 containing screenshots of public discourse by "Eat Predators" members discuss Nikolas and her pattern of spreading false conspiracy theories against multiple people.





# EXHIBIT 21b





# EXHIBIT 22a

Annecy Kinney, one of Respondent longtime fans, volunteer-employee and  witness against Hailey-McMurray in the 4/12/23 hearing publicly denounces Nikolas and "Eat Predators." Hailey-McMurray was told by someone close to the matter that Annecy Kinney is no longer in contact with  Nikolas and is attempting to distance from any association with Nikolas.]







# EXHIBIT 22b

[Exchanges with a "Eat Predators" Book Club member and Hailey-McMurray on Kinney announcing departure from the EP "community" via an Instagram story in Feb. 2022.

Kinney was a recruit of Alexa Nikolas to pen a witness statement misrepresenting petitioner before the April 2023 Nikolas v. Hailey-McMurray restraining order.



# EXHIBIT 23a

[Respondent Nikolas incorporated Eat Predators Inc as a stock corporation on 4/3/23.]




**STATE OF CALIFORNIA**
Office of the Secretary of State
**ARTICLES OF INCORPORATION**
**CA GENERAL STOCK CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

File No.: 5623905
Date Filed: 4/3/2023

For Office Use Only

**-FILED-**

5623905

B1648-0041 04/03/2023 3:28 PM Received by California Secretary of State

**Corporation Name**
Corporation Name — EAT PREDATORS, INC

**Initial Street Address of Principal Office of Corporation**
Principal Address — ALTADENA, CA 91001

**Initial Mailing Address of Corporation**
Mailing Address

**Attention**

**Agent for Service of Process**
California Registered Corporate Agent (1505) — PARACORP INCORPORATED
Registered Corporate 1505 Agent

**Shares**
The total number of shares the corporation is authorized to issue is: 100,000
Does the corporation have more than one class or series of shares? No

**Purpose Statement**
The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**
☒ By checking this box, I acknowledge that I am electronically signing this document as the incorporator of the Corporation and that all information is true and correct.

*ALEXA NIKOLAS*
Incorporator Signature

04/03/2023
Date

# EXHIBIT 23b

[Furthing filings by Respondent Nikolas re: Eat Predators Inc, a stock corporation on 5/3/23.]

 

BA20230733789



**STATE OF CALIFORNIA**
Office of the Secretary of State
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20230733789
Date Filed: 5/3/2023

**Entity Details**

| | |
|---|---|
| Corporation Name | EAT PREDATORS, INC |
| Entity No. | 5623905 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

Principal Address

ALTADENA, CA 91001

**Mailing Address of Corporation**

Mailing Address

ALTADENA, CA 91001

Attention

**Street Address of California Office of Corporation**

Street Address of California Office    None

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| ▣ ALEXA NIKOLAS | ALTADENA, CA 91001 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| ▣ ALEXA NIKOLAS | ALTADENA, CA 91001 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | PARACORP INCORPORATED Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | ENTERTAINMENT |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B1725-7621  05/03/2023  4:47 PM  Received by California Secretary of State

# EXHIBIT 23c

[More filings by Respondent Nikolas re: Eat Predators Inc, a stock corporation on 8/23/23.]

 

BA20231323069



**STATE OF CALIFORNIA**
Office of the Secretary of State
**STATEMENT OF INFORMATION**
**CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20231323069
Date Filed: 8/23/2023

B2055-8144 08/23/2023 31:33 PM Received by California Secretary of State

| Entity Details | |
| --- | --- |
| Corporation Name | EAT PREDATORS, INC |
| Entity No. | 5623905 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**
Principal Address

ALTADENA, CA 91001

**Mailing Address of Corporation**
Mailing Address

ALTADENA, CA 91001

Attention

**Street Address of California Office of Corporation**
Street Address of California Office            None

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ➕ ALEXA NIKOLAS | ALTADENA, CA 91001 | Chief Executive Officer, Chief Financial Officer, Secretary |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| ➕ ALEXA NIKOLAS | ALTADENA, CA 91001 |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**
California Registered Corporate Agent (1505)            PARACORP INCORPORATED
Registered Corporate 1505 Agent

**Type of Business**
Type of Business            ENTERTAINMENT

**Email Notifications**
Opt-in Email Notifications            Yes, I opt-in to receive entity notifications via email.

**Labor Judgment**
No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

# EXHIBIT 23d

[Sworn April 2023 testimony of Jaden Young filed by Rudy Pacheco for Respondent Nikolas in her petition to restrain Hailey-McMurray.]



All items in EXHIBIT 20 are sourced on California Secretary of State linked at https://bizfileonline.sos.ca.gov/search/business and in Respondent's previous filing with this court (case number 23STRO01674)

# EXHIBIT 24a

[Emails of Hailey-McMurray's work for Nikolas as Nikolas's publicist between Hailey-McMurray (referred to by  his professionally used legal middle name "Shift" and the producers of recently released HBO & ID docu-series  featuring Respondent Nikolas,
"Quiet On The Set," Emma Schwartz and Mary Robertson, and producer of Vulnerable with Christy Romano, Elizabeth Windham]

On Tue, Oct 25, 2022 at 9:22 PM Emma Schwartz ·                    wrote:

Shift:

I understand you are now working with Alexa Nikolas, who asked me to reach out. I'm a producer with the documentary production company Maxine, where our team has been working with Alexa on our documentary project looking at Nickelodeon and the world of Dan Schneider. She's been incredibly helpful and we're very much looking forward to continuing as we move forward and ultimately start filming.

I'd love to find time to briefly touch base with you about our project and update you on where we are as well as discuss a few items of business we'd appreciate your help with.

Those items are:

1) Exclusivity agreement. We've sent Alexa a basic exclusivity agreement for her participation. She's mentioned that there's some language she needs fixed and would love your help/guidance in getting lawyers' eyes on it to do so. We in no way want to preclude her advocacy work, etc. Happy to discuss all this further as I'm sure we can figure it out. I'm attaching the copy we'd originally sent Alexa.

2) Alexa's mom. One part of the story we're looking to develop is talking to several child actor / parent pairs and we've been aiming to but not yet set up a call with Alexa's mom. Would love your help in facilitating that at your earliest convenience.

Thank you in advance for your help and I would love it if you had a few minutes today or later this week to chat. Please let me know when is good for you.

Best,
Emma

# EXHIBIT 24b

[Hailey-McMurray negotiated edits to copy and episode release for an "Vulnerable with Christy Romano" with respondent Nikolas.]

**Elizabeth** ▮▮▮▮▮▮▮▮▮                                    10/25/2022 11:08 AM

Re: Vulnerable edit requests

To Shift Orion Hailey-McMurray                    Copy
alexanikolas

---

Hi Shift and Alexa,

Thanks for sending these over. We've made the changes you asked for. As a reminder, we will release this episode on November 1, 2022, at 9 am PT.

I hope you have a lovely day.

Best,
Elizabeth

On Mon, Oct 24, 2022 at 10:05 PM Shift Orion Hailey-McMurray                    wrote:

> Hi Elizabeth,

Let me know if you have any requested edits. I will pass along the framing of "demonstrations" rather than "protests" with the PR team.

Thanks,
Elizabeth

On Wed, Oct 26, 2022 at 2:01 PM Elizabeth ▮▮▮▮▮▮▮▮                    wrote:

> Hi Shift,

> Below is the copy of the episode description. I used the words organizing, support, holding people accountable, etc. not protesting.

> *Content Warning* In this episode, Alexa Nikolas and I discuss the abuse she experienced on the set of *Zoey 101* and in her first marriage. Alexa is a survivor who is now organizing and supporting other abuse survivors through holding corporations and institutions accountable. It may be triggering, and we encourage

# EXHIBIT 24c

[Respondent Nikolas has repeated a false claim that Hailey-McMurray did not work for her despite being INCLUDED ON ALL emails to jointly brief us before and after meetings.]

Hi Shift,

Below is the copy of the episode description. I used the words organizing, support, holding people accountable, etc. not protesting.

*Content Warning* In this episode, Alexa Nikolas and I discuss the abuse she experienced on the set of Zoey 101 and in her first marriage. Alexa is a survivor who is now organizing and supporting other abuse survivors through holding corporations and institutions accountable. It may be triggering, and we encourage you all to take care of yourself.

Today my guest is filmmaker, actress, and activist Alexa Nikolas. You may remember Alexa from Zoey 101, The Walking Dead, Revelations, and currently, her work with Eat Predators.

In this episode, Alexa details the abusive and problematic culture she experienced on the set of Zoey 101, helmed by Dan Schneider and Nickelodeon. From wardrobe fittings to bullying from co-stars to meetings without guardians to pictures of...*you'll just have to find out*. Alexa shares why she left the show and holds Nickelodeon accountable for the abuse she experienced.

Alexa and Christy reflect on how not having control over one's body due to being a child actors grooms you to be open and vulnerable to other abuses. Christy and Alexa are working to protect and prevent others from experiencing abuse. In 2022, Alexa founded Eat Predators, a survivor-led movement organizing to hold the music industry for enabling and protecting abusers.

If possible, we would love for that messaging to be conveyed to any publications that will be participating in promo. Again, thank you so much for this lovely collaboration.

May we comprise peace and prosperity,
Shift

On 10/25/2022 11:07 AM PDT Elizabeth _____                                    wrote:

Hi Shift and Alexa,

Thanks for sending these over. We've made the changes you asked for. As a reminder, we will release this episode on November 1, 2022, at 9 am PT.

I hope you have a lovely day.

Best,
Elizabeth

On Mon, Oct 24, 2022 at 10:05 PM Shift Orion Hailey-McMurray                    wrote:

Hi Elizabeth,

Thanks for connecting with me today. No rush to read through this tonight, I just want you to have

# EXHIBIT 24d

[Respondent Nikolas has misrepresented Hailey-McMurray to overshadow his professional skill set to the public with a false narrative that he is dangerous when he was simply willing to take Alexa Nikolas at her word and provide his best possible work for her in good faith believing Nikolas was telling the truth.]

Thanks for connecting with me today. No rush to read through this tonight, I just want you to have access to it ASAP. I've spoken with Alexa and our edit requests are as follows:

- Per speculation of SAG/union co-signing NDAs with kids. We are concerned putting the concept out could cause damaging influence. No kids should be signing conduct NDAs, and having union co-signs could cause problems for victims in extreme cases.
-- Please cut 11:17-12:00

- Per laughter and awkward segue to Dan. I was a little jarred by the phrase "We'll start gently", given the nature of the following content. Upon listening after we spoke, I could hear the edit you mentioned connecting the gap. I am fairly sure our previous edit request and this one will smooth out the segue to talking about Nickelodeon.
-- Please cut 12:02-12:21

- Disney has many survivors that I am concerned will be psychologically harmed by comparing them to Nick. Especially after such a fantastic, beautiful, iconic conversation about advocacy and proactive support for survivors of abuse. The end was building up powerfully but then I was suddenly very unsettled by the Nickelodeon vs Disney moment, for anyone who was not protected while working for Disney (for any reason) and also for the survivors of Nickelodeon who suffered in complex manners in pursuit of their acting careers. The ending will be much more supportive to a broad audience with survivors if this is cut. Also, the phrasing "the inmates are running the asylum", while fair, astute, and accurate, won't play well to a broad audience and will distract people who are sensitive to ableist language by accidentally conflating predatory behavior with people managing mental health conditions. The latter is less of an issue but will offer the cleanest cut.
-- Please cut 01:00:33-01:02:56

Feel free to reach out to me anytime if you need us for anything! Thank you so much!

Shift Orion

# EXHIBIT 25







"Eat Predators" member and other public discourse on deceptive, ethical concerns about Nickolas's conduct that align with Hailey-McMurray's earlier voiced concerns.

Hailey-McMurray's past remarks were made before Nickolas effectively silenced him by obtaining a restraining order under false pretenses that is under appeal.

| CH-130 | Civil Harassment Restraining Order After Hearing |
|---|---|

*Person in* ① *must complete items* ①, ②, *and* ③ *only.*

**① Protected Person**

a. Your Full Name: <u>Alexa Helen Nikolas</u>

   Your Lawyer *(if you have one for this case)*
   Name: _____ State Bar No.: _____
   Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information.*
   *If you do not have a lawyer and want to keep your home address*
   *private, you may give a different mailing address instead. You do not*
   *have to give telephone, fax, or email.)*
   Address: <u>1736 Griffith Park Blvd Unit #1/8</u>
   City: <u>Los Angeles</u>    State: <u>CA</u>   Zip: <u>90026</u>
   Telephone: <u>818-486-9778</u>    Fax: _____
   Email Address: <u>alexanikolas11@gmail.com</u>

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

**APR 12 2023**

David W. Slayton, Executive Officer/Clerk of Court
By: S. Watson, Deputy

*Fill in court name and street address:*

**Superior Court of California, County of**
LOS ANGELES SUPERIOR COURT
111 NORTH HILL STREET
LOS ANGELES, CA 90012

*Court fills in case number when form is filed.*

**Case Number:**
23STRO001674

**② Restrained Person**
*(Give all the information you know. Information with a star (\*) is required*
*to add this order to the California police database. If age is unknown,*
*give an estimate.)*

| | | |
|---|---|---|
| *Full Name: Mannee Hailey-McMurray | *Age: 37 | Date of Birth: 5/17/1985 |
| *Race: MixeBlack/White   Height: ~5'4" Weight: 150 | Hair Color: Black | Eye Color: Brown |

\*Gender: ☒ M   ☐ F   ☐ Nonbinary  Home Address: _____
City: _____  State: _____  Zip: _____
Relationship to Protected Person: _____

**③ ☒ Additional Protected Persons**

In addition to the person named in ①, the following family or household members of that person are protected by
the orders indicated below:

| Full Name | Gender | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Michael Chiprut Gray | M | 29 | ☒ Yes ☐ No | Husband |
| Nova Tima Vespertine | F | 2 | ☒ Yes ☐ No | Daughter |
| | | | ☐ Yes ☐ No | |
| | | | ☐ Yes ☐ No | |

☐ *Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—*
*Additional Protected Persons" as a title. You may use form MC-025, Attachment.*

**④ Expiration Date**
*This Order, except for any award of lawyer's fees, expires at* (TWO (years)

Time: _____  ☐ a.m.  ☐ p.m. ☒ midnight on *(date):* APRIL 12, 2025

If no expiration date is written here, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2023, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

**Civil Harassment Restraining Order After Hearing
(CLETS-CHO)**
(Civil Harassment Prevention)

CH-130, Page 1 of 6 →

Case Number:

**(5) Hearing**

a. There was a hearing on *(date):* 4/12/23 at *(time):* 8:30 A in Dept.: 25 Room: _____
   *(Name of judicial officer):* _____ DONNINI _____ made the orders at the hearing.

b. These people were at the hearing:
   (1) ☒ The person in ①. (3) ☒ The lawyer for the person in ① *(name):* RUDY PACHECO ESQ
   (2) ☒ The person in ②. (4) ☐ The lawyer for the person in ② *(name):* _____
   ☐ Additional persons present are listed at the end of this Order on Attachment 5.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____.

### To the Person in ②

**The court has granted the orders checked below. If you do not obey these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.**

**(6) ☒ Personal Conduct Orders**

a. You must **not** do the following things to the person named in ①
   ☒ and to the other protected persons listed in ③:
   (1) ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.
   (2) ☒ Contact the person, either directly or indirectly, in **any** way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by email, by text message, by fax, or by other electronic means.
   (3) ☒ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has found good cause not to make this order.
   (4) ☒ Other *(specify):*
      ☐ Other personal conduct orders are attached at the end of this Order on Attachment 6a(4).
      No posting on any social media of persons in 1 or 3.

b. Peaceful written contact through a lawyer or process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

**(7) ☒ Stay-Away Orders**

a. You must stay at least 100 yards away from *(check all that apply):*
   (1) ☒ The person in ①.
   (2) ☒ Each person in ③.
   (3) ☒ The home of the person in ①.
   (4) ☒ The job or workplace of the person in ①.
   (5) ☐ The school of the person in ①.
   (6) ☐ The school of the children of the person in ①.
   (7) ☐ The place of child care of the children of the person in ①.
   (8) ☒ The vehicle of the person in ①.
   (9) ☐ Other *(specify):* _____

b. This stay-away order does not prevent you from going to or from your home or place of employment.

### This is a Court Order.

**Civil Harassment Restraining Order After Hearing (CLETS-CHO)**
**(Civil Harassment Prevention)**

**Case Number:**

**8    No Firearms (Guns), Firearm Parts, or Ammunition**

a.  You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get any prohibited items listed below in b.

b.  **Prohibited items are:**

(1)  Firearms (guns);

(2)  Firearm parts, meaning receivers and frames, or any item that may be used as or easily turned into a receiver or frame (see Penal Code section 16531); and

(3)  Ammunition.

c.  If you have not already done so, you must:

- Within 24 hours of being served with this Order, sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts in your custody or control or that you possess or own.

- File a receipt with the court within 48 hours of receiving this Order that proves that your firearms (guns) and firearm parts have been turned in, sold, or stored. (You may use *Receipt for Firearms and Firearm Parts* (form CH-800) for the receipt.)

d. ☐  The court has received information that you own or possess a firearm (gun), firearm parts, or ammunition.

e. ☐  The court has made the necessary findings and applies the firearm relinquishment exemption under Code of Civil Procedure section 527.9(f). Under California law, the person in **②** is not required to relinquish this firearm *(specify make, model, and serial number of firearm(s)):* _____

_____

The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the person in **②** may be subject to federal prosecution for possessing or controlling a firearm.

**9  ☐  Lawyer's Fees and Costs**

The person in ____ must pay to the person in ____ the following amounts for

☐ lawyer's fees        ☐ costs:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

☐  Additional items and amounts are attached at the end of this Order on Attachment 9.

**10  ☐  Possession and Protection of Animals**

a. ☐  The person in **①** is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household. *(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

b. ☐  The person in **②** must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

**This is a Court Order.**

Case Number: _____

**(11)** ☐ **Other Orders** *(specify):*

_____

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 11.

**To the Person in ❶:**

**(12)** **Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐ The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒ The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐ By the close of business on the date that this Order is made, the person in ❶ or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

Name of Law Enforcement Agency _____     Address *(City, State, Zip)* _____

_____     _____

☐ Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

**(13)** **Service of Order on Restrained Person**

a. ☒ The person in ❷ personally attended the hearing. No other proof of service is needed.

b. ☐ The person in ❷ did not attend the hearing.

(1) ☐ Proof of service of form CH-110, *Temporary Restraining Order,* was presented to the court. The judge's orders in this form are the same as in form CH-110 except for the expiration date. The person in ❷ must be served with this Order. Service may be by mail.

(2) ☐ The judge's orders in this form are different from the temporary restraining orders in form CH-110. Someone—but not anyone in ❶ or ❸—must personally serve a copy of this Order on the person in ❷.

**(14)** ☐ **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because:

a. ☐ The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐ The person in ❶ is entitled to a fee waiver.

**(15)** Number of pages attached to this Order, if any: _____

Date: __4/12/23__

_JOE DONNINI_
_TEMPORARY JUDGE_

_____
*Judicial Officer*

**This is a Court Order.**



Case Number: 

## Conflicting Orders—Priorities for Enforcement

**If more than one restraining order has been issued protecting the protected person from the restrained person, the orders must be enforced in the following priority** (see Pen. Code, § 136.2 and Fam. Code, §§ 6383(h)(2), 6405(b)):

1. *Emergency Protective Order (EPO):* If one of the orders is an *Emergency Protective Order* (form EPO-001), provisions (e.g., stay-away order) that are more restrictive than in the other restraining/protective orders must be enforced. Provisions of another order that do not conflict with the EPO must be enforced.

2. *No-Contact Order:* If a restraining/protective order includes a no-contact order, the no-contact order must be enforced. Item 6a(2) is an example of a no-contact order.

3. *Criminal Protective Order (CPO):* If none of the orders include an EPO or a no-contact order, the most recent CPO must be enforced. (Fam. Code, §§ 6383(h)(2) and 6405(b).) Additionally, a CPO issued in a criminal case involving charges of domestic violence, Penal Code sections 261, 261.5, or former 262, or charges requiring sex offender registration must be enforced over any civil court order. (Pen. Code, § 136.2(e)(2).) All provisions in the civil court order that do not conflict with the CPO must be enforced.

4. *Civil Restraining Orders:* If there is more than one civil restraining order (e.g., domestic violence, juvenile, elder abuse, civil harassment), then the order that was issued last must be enforced. Provisions that do not conflict with the most recent civil restraining order must be enforced.

*(Clerk's Certificate Seal)*

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

I certify that this *Civil Harassment Restraining Order After Hearing* is a true and correct copy of the original on file in the court.

Date: **APR 1 2 2023**     Clerk, by _____, Deputy

S. Watson

**This is a Court Order.**

**Civil Harassment Restraining Order After Hearing (CLETS-CHO)**
**(Civil Harassment Prevention)**

Case Number: _____

## Warning and Notice to the Restrained Person in ❷:

### You Cannot Have Firearms (Guns), Firearm Parts, or Ammunition

Unless item 8e is checked, you cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get any prohibited items listed in item 8b on page 3 while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any firearms (guns) and firearm parts that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

### Start Date and End Date of Orders

This Order *starts* on the date next to the judge's signature on page 4 and *ends* on the expiration date in item ④ on page 1.

### Arrest Required If Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed it, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

### Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

* The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
* The restrained person was at the restraining order hearing or was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the order and then enforce it.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

## This is a Court Order.

