# EXHIBIT F



EAT PREDATORS <eatpredators@gmail.com>

# Questions for NBC News Article about Alexa Nikolas/Eat Predators
8 messages

**Tenbarge, Kathryn (NBCUniversal)** <Kat.Tenbarge@nbcuni.com>  Tue, Apr 16, 2024 at 12:34 PM
To: "eatpredators@gmail.com" <eatpredators@gmail.com>

Hello!

This is Kat Tenbarge with NBC News in New York City. I've been trying to get in contact with Alexa about this over the past couple weeks, and I'd be happy to discuss more over a call. Our deadline for a response is **Wednesday, April 17 at 5 PM EST.** We can discuss if more time is needed to respond.

In late March, a former member of Eat Predators reached out to me. They shared some concerning information about the group, and I started to research and speak to people who were formerly involved. Now, NBC is working on an article about our findings.

Since the explosive premiere of "Quiet on Set," I've been reporting on the fallout from the docuseries. I worked on this article about Drake Bell. One of the first things I noticed was that Alexa had pivoted away from supporting Bell's anonymous victim in his 2021 Ohio case, unlisting her YouTube video about it, and began supporting Bell after "Quiet on Set" debuted with its focus on him.

I have since spoken to five former members of Eat Predators, reviewed dozens of hours of Alexa's YouTube content, read and watched news coverage of Eat Predators, reviewed thousands of social media posts, and reviewed legal documentation in connection with Alexa's restraining order against a former EP member, as well as his recently filed request for a civil harassment restraining order against Alexa.

My questions for Alexa are below. I can accept written responses to these questions and/or a written statement, or we can discuss the questions during an on-the-record phone call. Each question pertains to something that we plan to include in the story.

1. What are Alexa's credentials and professional experience regarding victim advocacy? Has she ever worked for or been involved in any other advocacy groups besides Eat Predators? Does she have any training, such as from the National Organization for Victim Advocacy?
2. Alexa stated in a livestream/YouTube video on April 15 that she took down her video about Drake Bell's 2021 case because of an error in a New York Times piece that she cited. Does she stand behind the overarching points made in the video, like her support of the victim's impact statement?
3. Alexa said she recently obtained sealed documents from the 2021 case, including submitted evidence and witness transcriptions. Did Bell or someone in connection with Bell provide Alexa

with these documents?
4. In February 2023, Alexa told Rolling Stone she planned to refile her sexual abuse and grooming suit against Milosh. What is the status of that case? Was it refiled?
5. Based on information from three sources with direct knowledge and claims made in legal documentation, is it correct that attorneys, including former California Senator Joe Dunn, encouraged Alexa and other survivors in the entertainment industry to form an advocacy group? Is it correct that Dunn held an unofficial advisory role, encouraging the group to establish an organizational structure and legally reviewing Eat Predators materials?
6. Based on information from three sources with direct knowledge, is it correct that Alexa initially assumed a highly-visible ambassador role within Eat Predators as the member with the largest pre-existing social media following?
7. How would Alexa respond to the characterization that she is crafting a "revisionist history" of the origins of Eat Predators?
8. Based on information from five sources with direct knowledge and public social media posts, is it fair to say that Alexa has driven internal and external conflicts regarding Eat Predators, including personal attacks against other members and efforts to turn the rest of the group against specific members?
9. Why has Alexa used the Eat Predators YouTube channel to attack former members of the group? What purpose does this serve within victim advocacy?
10. Did Alexa and/or an Eat Predators YouTube moderator delete comments on Eat Predators livestreams and/or live chats containing information disputing the claims of former members stealing money from survivors?
11. Why did Alexa establish Eat Predators as a for-profit entertainment company with Alexa serving in every executive position?
12. How was the money from Eat Predators Patreon subscriptions used before Eat Predators was filed as a for-profit entertainment company?
13. How was the money from Patreon used after the filing?
14. Have all Eat Predators Patreon members received the free merchandise associated with certain subscription tiers? This question is based on information from one source as well as a public comment on social media asking about undelivered stickers.
15. Did Alexa offer to pay an Eat Predators Discord moderator California minimum wage? How does Eat Predators track hours of work performed? This is based on information from two sources and a screenshot of Alexa offering to pay California minimum wage.
16. How does Alexa respond to a former Discord moderator saying they were paid less than California minimum wage for the hours they worked, despite an agreement?
17. What is Alexa's response to the petition for a civil harassment restraining order filed against her on April 10?
18. How does Alexa respond to the claim that she obtained a restraining order against a former Eat Predators member on false or incomplete pretenses, based on claims within the April 10 filing and information from four sources?

Thank you,
Kat


—

Kat Tenbarge

Tech and Culture Reporter

Cell: 513-221-9775 (text first)

Gmail - Questions for NBC News Article about Alexa Nikolas/Eat Predators                                                              1/26/25, 3:29 PM



---

**EAT PREDATORS** <eatpredators@gmail.com>  Thu, Apr 18, 2024 at 6:45 AM
To: "Tenbarge, Kathryn (NBCUniversal)" <Kat.Tenbarge@nbcuni.com>

Hello Kat,

Please confirm you have received access to the Google Drive containing my response, exhibits, evidence folders, and THE STATE OF OHIO vs. JARED BELL Cleveland Police Files. Good luck.

Power to Survivors!

Alexa Nikolas

[Quoted text hidden]

---

**EAT PREDATORS** <eatpredators@gmail.com>  Thu, Apr 18, 2024 at 6:41 PM
To: abrettler@berkbrettler.com

███████████████████

[Quoted text hidden]

---

**Tenbarge, Kathryn (NBCUniversal)** <Kat.Tenbarge@nbcuni.com>  Fri, Apr 19, 2024 at 2:24 PM
To: EAT PREDATORS <eatpredators@gmail.com>

Hi Alexa — confirming we received these documents.

[Quoted text hidden]

---

**EAT PREDATORS** <eatpredators@gmail.com>  Fri, Apr 19, 2024 at 2:25 PM
To: Andrew Brettler <abrettler@berkbrettler.com>

███████████████████████████████████

---------- Forwarded message ---------
From: **Tenbarge, Kathryn (NBCUniversal)** <Kat.Tenbarge@nbcuni.com>
[Quoted text hidden]
[Quoted text hidden]

---

**Andrew Brettler** <abrettler@berkbrettler.com>  Fri, Apr 19, 2024 at 2:56 PM
To: EAT PREDATORS <eatpredators@gmail.com>

███████████████████████████████████

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726

On Apr 19, 2024, at 2:26 PM, EAT PREDATORS <eatpredators@gmail.com> wrote:

> [Quoted text hidden]
> [Quoted text hidden]
>
> [Quoted text hidden]
> [Quoted text hidden]
>
>> [Quoted text hidden]
>> [Quoted text hidden]
>> <image001.jpg>



**image001.jpg**
78K

---

**EAT PREDATORS** <eatpredators@gmail.com>  Fri, Apr 19, 2024 at 2:57 PM
To: Andrew Brettler <abrettler@berkbrettler.com>

[Quoted text hidden]

---

**EAT PREDATORS** <eatpredators@gmail.com>  Thu, Apr 25, 2024 at 10:39 PM
To: jrovirosadelatorre@gmail.com

---------- Forwarded message ---------
From: **Tenbarge, Kathryn (NBCUniversal)** <Kat.Tenbarge@nbcuni.com>
[Quoted text hidden]
[Quoted text hidden]