# EXHIBIT G



BLAIR BERK
ANDREW B. BRETTLER*

*ADMITTED IN CA, NY AND NJ

JAKE A. CAMARA
REGINA PETER
TOM JONES△

△ADMITTED IN CA, ENGLAND
AND WALES

## LEGAL CORRESPONDENCE

April 19, 2024

**VIA EMAIL**:
adam.lazier@nbcuni.com

Adam M. Lazier, Esq.
Senior Vice President, Legal Affairs
NBCUniversal
30 Rockefeller Plaza, Building 620-523
New York, New York 10112-0015

    Re:    **Alexa Nikolas; Eat Predators / NBC News; Kathryn Tenbarge**

Dear Adam:

    Our firm is litigation counsel to Alexa Nikolas and Eat Predators, Inc. We are writing regarding the false and defamatory proposed story that Kathryn Tenbarge is preparing for NBC News about Ms. Nikolas and the organization she founded (the "Proposed Story"). All future correspondence concerning this matter should be directed to my attention.

    On April 18, 2024, Ms. Nikolas provided Ms. Tenbarge with a lengthy compendium of exhibits and other documents that refute each of the unsupported and defamatory allegations set forth in the April 16 comment request email that Ms. Tenbarge sent her. We expect that Ms. Tenbarge, her editors, and NBC's Legal Department will carefully review those materials and refrain from publishing the Proposed Story. Should NBC nevertheless continue its reckless and biased reporting, the company and all those responsible for preparing and publishing the Proposed Story will be exposed to substantial liability.

Adam M. Lazier, Esq.
Re: Nikolas / NBC News
April 19, 2024
Page 2

    This letter does not constitute a complete recitation of the facts and/or claims that our client may have against NBCU and its employees.

    All rights and remedies are reserved.

Sincerely,

ANDREW B. BRETTLER

cc:    Ms. Alexa Nikolas
       Ms. Rebecca Blumenstein
       Mr. Benjamin Goggin