# EXHIBIT H

Exhibit E.1 **NBC News, Kat Tenbarge, Adam McIntyre & Public Events Post 4/12/2023** Nikolas v Hailey-McMurray 23STRO01674

---

**Seeking Comment for NBC News Article about Eat Predators/Alexa Nikolas**
1 message

Tenbarge, Kathryn (NBCUniversal) <Kat.Tenbarge@nbcuni.com>   Thu, Apr 25, 2024 at 11:00 AM
To: "connect@goodmorningmayberry.com" <connect@goodmorningmayberry.com>

Hello!

My name is Kat Tenbarge and I'm a reporter with NBC News in New York City. For the past month, I have been speaking to former members of the group Eat Predators about their concerns with Alexa Nikolas' leadership of the group.

Through my research, I discovered that the individual Nikolas refers to as her stalker, Mannee Shift Hailey-McMurray, recently filed a petition to obtain a civil harassment restraining order against Nikolas, asserting that Nikolas' petition was filed on false and/or incomplete pretenses. I asked Nikolas about this in a request for comment, and she denied that her RO was obtained on false pretenses, attaching over 150 documents and media files in association with her claims.

I am not planning to make this a central point in our article, because the article relies on interviews with five people that are largely unrelated to the stalking claims, restraining order, and counter-petition. However, in response to the other individuals' claims, Nikolas states that they and NBC News are contributing to the alleged stalking and "platforming" of Hailey-McMurray, so now I have an obligation to acknowledge this in the article. As of right now, I am not planning on naming Hailey-McMurray in the article.

The points Nikolas asserts that I am seeking comment on are as follows:
- Nikolas says that Hailey-McMurray harassed her and other members of Eat Predators.
- Nikolas says that Hailey-McMurray is her stalker.
- Per screenshots of text conversations with Hailey-McMurray that Nikolas shared with me and Hailey-McMurray included in his petition, Hailey-McMurray briefly worked to coordinate media appearances for Nikolas.
- Nikolas obtained a restraining order against Hailey-McMurray in April 2023.
- Hailey-McMurray filed for a civil harassment restraining order against Nikolas in April 2024.
- Hailey-McMurray's order was not immediately granted, and a hearing on the matter is scheduled for early May.

Please let me know if Hailey-McMurray has any comment on these claims for potential inclusion in our article.

We do not have an exact deadline for when this piece is expected to run, but comment can be accepted at any time. The piece will not run today, so I can guarantee any comment sent back today will be considered for inclusion upon publication.

Thank you,
Kat

—
Kat Tenbarge
Tech and Culture Reporter