# EXHIBIT I

Hey Kat!

Thanks for reaching out. This is Shift (aka Mannee Shift Hailey-McMurray) reaching out personally. I'm considering comment based on your focus points and am going to run your ask past my team before I jump in too deep.

I have some initial thoughts but I was dealing with a plumbing emergency for a catsitting client yesterday and I'm in crunch time for 7 straight 12+ hour filming days on 2 productions that I'm in high-demand roles for beginning tomorrow. One had a key role drop out yesterday so I'm picking up unexpected tasks.

I'm also prepping for court.

I'm wondering if you're aware that over a year prior to Eat Predators dropping into my radar I published several episodes on my show with guests who requested to use my platform for their concern topics about predatory producers, managers, agents, and public figures. My guests and I have always discussed "parasociety" and impact of attention (or lack thereof) on the people who get and give it. None of my guests or I ever mentioned Nikolas or her work because it wasn't notable. I'd never noticed Nikolas before meeting Eat Predators founder Amanda Peters.

[Include episode titles, dates, data with Larry Lyons and Blake Looney with topics and featured names]

I've worked in production and entertainment on and off since I was a kid. I toured nationally with a religious youth production for years as a performer, choreographer, and teacher. Currently, I'm producing a great sci-fi short with an amazing team, and on crew for a feature sci-fi and a miniseries in partnership with a major medical NPO. Two of those productions recruited me. I'm on staff as a Senior Copywriter and Creative Strategist working with amazing clients. I'm screenwriting and consulting on story development. I manage people all the time and have for many years. I follow well and improve teams I'm in. I'm busy and proud of myself.

I'm not the ghoulish strawman I've been conveyed to be by Nikolas and her supporters. I'm hoping there's a chance I can be looked upon with an unbiased lens that doesn't birth me into villainhood the moment Alexa's claims about me began. I can't tell you how disorienting it is to have to straddle the worlds of "I'm a skilled and likeable creative professional that has built a name for myself despite all odds" and "people hate and fear me because I'm a

boogeyman to them and there's just nothing I can say or do about it because the narrative is too dark of a shadow for anyone to see me in..."

I'm a good, talented, attentive person. Nikolas has mischaracterized me to evade accountability. I'm not "her" anything and I've never "stalked" anyone. Alexa's claims about me began days after I published an episode with Caeli Higgins and Kay Brown that walked through the founding of Eat Predators and publicly requested accountability from Nikolas. I've never even been hostile with her. She snapped when I expressed concerns about her behavior.

[Include episode with date and timestamps of accountability calls]

Also relevant, is that the claims Nikolas made in December were made days after I posted a behind-the-scenes post per request from producers of a film I'd just worked on that shot at Los Angeles Center Studios. Notably, I discovered Mad Men, Nikolas's last credit from 2013, was also shot there. Since I'd had no contact with her and was not thinking about her other than random fear that I might encounter her or her husband, I assume that she was triggered by the knowledge that I was living/working in LA again and that I was having professional success in the industry she failed in.

Can I get you an actual comment by May 7? Do you want to chat or just have me send something? I'm flexible but will have no time for a call until after May 5. Please let me know what's best for you.

Best to you,
Shift
415-598-8380 (text to call)