# EXHIBIT J

Hi Kat,
Thanks again for speaking with me.

This is more than I planned to send you but as I was going through my list, I realized I wanted to offer you a "cheat sheet" with "receipts" of things that led me to EP. I put in some links for things I don't think you or your editors have seen. I don't know if it's helpful but figured I'd offer it to balance out the emotional propaganda that's been generated about me. There 10 links but it's not 115 pages and a 700+ file matrix 😅

Also, I mentioned I'm experienced in many fields so this is a summary of who I really am beyond Alexa's web of lies trapping me in her narrow false narrative shadow.

Relevant to my interactions with this situation:
- Birthwork & Childcare where I've attended births and provided perinatal advocacy, support, and services for parents, siblings, and loved ones, including crisis support during NICU postpartum aftercare. I've also provided exemplary childcare and parent-child communication consulting (think "Supernanny") for decades. During the last birth I attended, I wore my 19 month old godkid (whose birth I also attended) on my back while supporting the birth of my most recent godbaby. Their mom briefly talks about that here if you'd like to get a sense of how people who don't have it out for me and who've known me for years speak of me: 24:03-26:20
  https://youtu.be/4PT6D3l6ZBQ?si=SgguypHrWPWeuMkO
- I was working as a high value pet and home care provider until someone (likely Nila Salinas) used Alexa's claim that I "officially violated the restraining order" to sabotage my job and coerce the platform I worked for, Rover, to pull my 5/5-star rated profile and refuse my clients from hiring or recommending me. Rover was so crazed on the matter that they lied to at least one of my clients about what happened. The damage from this income loss is over $12k this year.
- Production & Performance for almost 30 years.
  - Currently, I'm working as a PA (generalist, grip, and gaffer) on a feature length sci-fi action film called Cyber Fighters. I suspect the promo I was asked to post about filming at Los Angeles Center Studios in mid Dec triggered Alexa to post the claim "her stalker is back harassing and stalking" and may have led to self-escalate into the "Guess Who" series. I'm also a producer on a Roe v Wade turnover inspired sci-fi short called A Matter Of Poultry about *an average white dude who gets pregnant by an alien just after landing his dream job. When he learns recent legislative changes impact his autonomy, he has flashbacks to the time he tried to convince his teenage girlfriend not to have an abortion*. We wrapped filming on 4/28 and post-production has been amazing. Additionally, I work with clients to develop their stories and prep them for funding and production. I'm courting more cool productions and clients. Economic development and social narrative equity are important to me.
  - I've been in podcast production since 2020. My promotion of Kay Brown and Caeli Higgins' appearance on my show, Good Morning Mayberry, preceded Alexa

and her associates, including Sloan and Melanie Veronica, public smearing of me as a "stalker" and the witch hunt against me about the photo Alexa took of me and Nova. The show has done some reporting on Nickelodeon and other pop culture issues, but it's ultimately a conversationalist Mr. Rogers meets James Baldwin topical show that aims to offer tools for coping and healing along with discussion. Overall, it highlights and challenges parasocial dependency, Bernaysian programs, and other ingrained passive and active social engineering concepts. Season 4 is pending release as soon as I get my life and the production sorted out.

- As a kid, I toured nationally with a group (approx 1998-2001) that trained me to handle equipment, load in/out, perform regimented acts, and be a liaison for the organization. I also taught acting and choreography to other kids. It was a nondenominational fundamentalist evangelical irony cult using live entertainment as ministry and targeting homeschool families but we were also very serious (mostly extraordinarily skilled) performers. For context, one of us, Anna Wise, grew up to be the "Bitch Don't Kill My Vibe" vocalist and toured for years with Kendrick Lamar.
- I've studied and worked in storytelling and entertainment, in front of and behind the screen, onstage and backstage, as a producer and consumer. In 2000-01, I took film production courses and helped produce a weird little award winning short film with a talented crew through Marin Community College, I Am Who Am.
- I started getting serious about running my own production company in 2020 but it's been a metaverse in the making since 2008 or so. I have colossal plans and want to do right by my teams and audiences. The website is being redone but has a landing page with a short description of the business vibe and plan: AMASStudio.com
- I'm a songwriter and just started a band a few weeks ago called SoundScapeGoat. The band doesn't have anything recorded but I have a solo demo from 2021 I figured I'd offer as counterweight to some of the emotional propaganda being heaved on my character. If you do listen, I think you'll find the songs Come Find Me, LFTW, and How To Live especially interesting juxtapose to this situation: https://www.reverbnation.com/luciferousshift

My point with all this is that I'm proud of my work, excited about my goals, and blessed to have built a new community that respects my contributions. I'm not well-known but I'm well-loved and I love my projects and trajectory. Especially after all I've already pushed through, being caught in this web and forced into silence and legal battles has been distracting and depressing but I'm still on track to build pathways to success. I have no reason or time to be who Alexa and her associates want people to believe I am.

General blurb on "survivor" stuff:
For all intents and purposes, I am a "survivor" of family, religious, and sexual abuse, however, as I've publicly disclosed on my show and social media and discussed with the EP Discord community (in depth with Alexa and Michael Gray), I mainly disidentify with the term "survivor"

and prefer the term "phoenix" to describe my experience. I struggle with the idea that the nature of my trauma has changed me so much that I go through "phoenixings" to persist through them. My body may have survived, but I always have to grieve a lot of my hopes for myself and re-learn who I am as I heal. It's all just wordplay but I think it matters considering the weaponization of "survivorhood" or whatever. I've done work on this both for my own healing and in partnership with professionals with the intention of creating responsible media for public consumption. I'm somewhat recently estranged from my family, as of late 2019. Alexa led EP "members" to weaponize all my personal information against me.

My history with sociopolitical demonstrations/groups:
I've always spoken up for underdogs and challenged my communities to solidify and align with their ethical projections even if it puts me at risk of their ire. Then one day, I stumbled out of the Marin County bubble I'd lived in all my life to Occupy Oakland in 2011.



(2011) 14th & Broadway outside Oscar Grant Plaza - Me, pacing with peace hands between cops and (out of frame) protesters.



(2011) Port of Oakland - General Strike & Port March in solidarity with UIW, Longshoremen, Black Panthers, and other local initiatives. Me (facing camera) and Blake Looney (back to camera) who I met at Occupy Marin and who eventually convinced me to platform predatory producers and provided the content for the 2-part Good Morning Mayberry episode about Jimmy Savile, Brian Peck, John K., Dan Schnieder, and their creep show in March 2021. (NOTE that Alexa is never mentioned in our episodes because she was not notable.)

In other episodes, Blake covered Fauci's negative influence in the AIDS epidemic, current events, and our history in movements. They're long so I don't expect you to listen to them, but you can at least see that they exist with timestamps. They're just relevant in my perspective:
Part 1 - https://youtu.be/5cPJzT5Jnpw?si=3DTi22B1epFC_BMI
Part 2 - https://youtu.be/WwAXCd-dr3Q?si=Cjmcp_rfp_29b9SF

Blake pushed me to cover this content after I released episodes about institutional abuse and commercialized oppression with literature expert Dr. Larry Lyons:
https://queer.newark.rutgers.edu/interviews/larry-lyons
https://m.imdb.com/name/nm14368813/?ref_=ext_shr_lnk
All Good Morning Mayberry episodes are on all podcasts platforms with timestamps for verification of my prior work covering a range of topics focusing on pop culture and industrial predation. They can be found by searching "Good Morning Mayberry [guest name" wherever podcasts are heard.

During the wee hours of the 2nd cup raid of Occupy Oakland, I "officiated" a mock wedding to defuse tension when police were threatening to escalate and the group was not ready to leave. There were approximately 60-80 cops positioned to kettle and tear gas us prior to the improv bit.

This video doesn't show it but, when we broke, the cops were all laughing. They were as sleep deprived as we were. They quickly called off the advancement and most of us, including all the cops, went home as downtown Oakland woke for the business day. It was goofy. We meant well. Short video: https://youtu.be/zOTyCmZ-cvM?si=IX5c_m0Bc_tXHNB6

My recently developed business plans merged with my historic experience with "failed," co-opted, and successful movements and community-led programs (including but not limited to Occupy and Hands Up Don't Shoot-to-BLM) drove me to offer myself to EP and also be keen on red flags as the momentum grew.

One thing I think I forgot to mention that's important was how much the Slack was used for EP business and how Alexa deleting it when she banned me from the Discord was basically shredding files and bombing the office of labor done by all of us on behalf of EP. She did this in one of her first panic moves when she became intent on smearing me into obscurity in late November 2022. I think we got here based on Alexa (and those she takes counsel from) doubling down exponentially on her initial angle claiming to be "scared" as a disclaimer to justify suddenly deleting the Slack and shunning me.

I feel like that's enough context on me for you and anyone else it may concern.

More about Alexa/EP related data:

If you haven't already, I think you should see the case filings for Milosh v Alexa's lawyers. The verbiage in the filing is interesting even though the case was dismissed:
https://www.scribd.com/document/591060516/Milosh-v-Gibbs

If you didn't see the Medium articles that were posted about EP and Alexa's history of false claims and alleged malicious behavior, I downloaded PDFs before they were pulled down. I'm not sure but I (and some others involved) suspect Nila Salinas wrote these:
https://drive.google.com/drive/folders/12v6zBkJEMxKGIZ3oBPdj8Uj07JPyX_zG

Again, thank you so much for your patience and diligence. I'm also grateful to your editors for their cautious precision and to NBC for making the time and resources available to ensure the information is thoroughly handled with care. Regardless of whether you're able to mention me, I trust the story will be clear and help people protect themselves against scam influencers. I look forward to seeing more of your socially healing impact.


May we comprise peace and prosperity,
Shift Orion
415-686-6765