# EXHIBIT K

 **Kat Tenbarge**  All my sources are survivors who went to Alexa for help and support and were betrayed by her sadly

 **Michael Gray** 🔧  When you discovered what was in the publicly available police documents, you should have reconsidered your perspective and reported on it, but because it didn't align with your previous narrative

 **Shield-Maiden**  Okay I want to support Alexa as much as I can but do not allow Homophobia in this chat mods…

 **weeddemon97**  The mods while the homophobia is in chat: 💬💬💬💬

 **Michael Gray** 🔧  What call Kat?

 **Kat Tenbarge**  You told me stuff that turned out to not be true…

 **Kat Tenbarge**  The article as many people have said did not come out because Alexa wasn't viewed as a well known enough person

 **PokeJoltz**  What Just another Rachel said

 **Cam Ellsworth**  Brother, this is so extra

 **Medusone**  girl she's asking for your professional background. that's basic biographical info she would want for ANY article

**Gothicasmr**  thing

 **Kat Tenbarge**  I fought hard to put it out fwiw

 **Jahqwelin** 

 **mellowseya**  Some of y'all are really showing your true character acting so immature about a very serious situation. If you want your words to be taken seriously, bullying and making light of things isn't it.

 **Kat Tenbarge**  Absolutely ridiculous they shouldn't even have those SEALED documents

 R **Ricky Mendez**  Adam that's not what's going on lmao

 **Bubblegum Byte** 🔧💧  Adam said a lot on his video that is just incorrect btw. And kat literally told me my perspective checked out w her research. PROBABLY WHY THE NBC ARTICLE NEVER CAME OUT….

 **Kat Tenbarge**  If Alexa and her husband even understood what the docs are but they don't they think they're public

 **weeddemon97**  Why wasn't the weirdo Charlie that just victim blamed adam banned

 **Michael Gray** 🔧  Because they will soon…

 **Kat Tenbarge**  Yes drakes lawyer hired a PI to interview random women and one of them made antisemitic comments in these sealed docs

 **SentaiRangerDonny - #SaveThePowerRangers** ⚡ @Alexa Nikolas (2/3) Also, rest in peace, James Earl Jones. I loved him as Darth Vader in "Star *Wars*" and as the voice of Mufsa in "The Lion King."

 **tailaaa**  the mods bullying and deleteing comments 'bullying' is crazy

 **Kat Tenbarge**  And Alexa sent me these SEALED DOCS

 **MariahP**   Just so we can get to the bottom of this?

 **Kat Tenbarge**   I told my editors everything I was doing and they gave me permission to defend myself btw

 **Michael Gray** 🔧   They are public files, this is just out of control Kat

 **Marquis_00**   I support you!!!!! this is why these sexual predators get away with it now. People can't stick together and stop it.

 **malcocerlucas**   Adam isn't a journalist though

 **Kat Tenbarge**   I called the court like Alexa told me to do and they told me the truth! Anyone can look for themselves

 **Kat Tenbarge**   There's evidence all over twitter

 **Kat Tenbarge**   Maybe you got them from drake bell?

 **Alexandra Nikolas** 🔧   Kat u r trying to cover your ass

 **Ysavela Corral**   But he still abused people too!!!

 **Kat Tenbarge**   It's defamation to say the sealed court docs are sealed? Good luck with that

 **Just Another Rachel**   Redactions take out PPI but that doesn't mean it's appropriate to circulate info abt a victim's legal case. Ppl went apeshit when ppl on social media requested sidebars from the Heard/Depp trial

 **Kat Tenbarge**   I asked in my questions where Alexa got the sealed docs and she has still never answered

 **Kat Tenbarge**   The public documents don't match up with the document Alexa tweeted a few hours ago

 **Adam McIntyre** ✓   no peachy i am here to hear her side? isnt that what u want?

 **axti.exe**   rylkee yeah fr

 **Hyper&Fixated**   adam I'm out here taking screen cappies because this is unbelievable

 **Kat Tenbarge**   She tweeted a sealed doc not part of the public docs

 **Lyss Dyl**   @rylee lmaooo

 **Kat Tenbarge**   They don't even know the difference between sealed and public documents I fear

 **Michael Gray** 🔧   You are just a bad journalist. Don't even know how to request all the documents

 **Hyper&Fixated**  you're no better making a video defending drake not his victims

 **axti.exe**  he contiuned the cycle of abuse

 **Kat Tenbarge**  Receipts of the docs being sealed posted by MULTIPLE people

 **Kat Tenbarge**  The court clerk of cuyahoga said she didn't know how Alexa got those documents

 **Kat Tenbarge**  The receipts are what Alexa posted herself tonight

 **B summers**  I feel like there a but coming

 **malcocerlucas**  Yasss Adam Ty

 **moody morgan**  Adams a drama channel why are you holding him to standards that SHOUKD NOT AND DO NOT APPLY TO HIS CHANNEL! Yall are gross af over here

 **Psychic Dashton The Vampire Slayer**  Kat show receipts and lets ge ta refund

 **Kat Tenbarge**  She posted a sealed doc from the drake bell court case and that could be considered a misdemeanor in Ohio

 **peachystreams**  Adam, I value your commentary for the most part BECAUSE of your journalistic perspective and knowledge, thats what i mean by professional, but youre right the way you handle yourself on socials isntit

 **Kat Tenbarge**  I feel so horrible for drakes victim Alexa is putting her sealed info on twitter

 **Amelia Hardy**  Alexa: he's a mean girl

 **tailaaa**  W adam

 **reysfilms**  this is just bizarre

 **Kat Tenbarge**  Alexa you're going to LEAK the victim's sealed documents??

 **Medusone**  you genuinely just don't think it's a big deal for you to do this

 **weeddemon97**  Y do people get serious documents for YouTube videos

 **Kat Tenbarge**  If the documents aren't sealed then prove it