# EXHIBIT M

**Adam Lazier**
Senior Vice President, Legal
NBCUniversal News Group

NBCUniversal Media, LLC          +1 212 664 5334 Tel
30 Rockefeller Plaza             adam.lazier@nbcuni.com
Room 650-523
New York, NY 10112

**NBCUniversal**

October 21, 2024

<u>**VIA EMAIL ONLY**</u>

Andrew Brettler
Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
abrettler@berkbrettler.com

**Re: Alexa Nikolas and Eat Predators, Inc.**

Dear Mr. Brettler:

I write in response to your September 17 letter to NBC News on behalf of Alexa Nikolas and Eat Predators, Inc.

Your letter complains about posts by Ms. Tenbarge in a YouTube livestream chat and on X, and asserts that "Ms. Tenbarge, her editors, and *NBC News* [are each] responsible, jointly and severally" for damage caused by those posts. The *respondeat superior* doctrine is inapplicable here; Ms. Tenbarge's posts were not on NBC News' platforms and were not by or on behalf of NBC News.

We also note that, more broadly, your client Ms. Nikolas has misrepresented Ms. Tenbarge's effort to give her and Eat Predators an opportunity to comment before possible publication of a news story related to them. Getting comment is good journalism, not an attempt to "spread[] misinformation" or an indication that NBC News sought to defame your clients.

This letter is not intended as a complete statement of NBC News' position, and NBC News reserves all rights and defenses.

Very truly yours,

**ADAM LAZIER**

NBCUniversal:7815390v1