# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ALEXA NIKOLAS )<br>*Plaintiff* )<br>v. )<br>KATHRYN ELIZABETH TENBARGE )<br>*Defendant* ) | Case No. 1:25-cv-05005 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alexa Nikolas.

Date: 09/08/2025

/s/ Jonah A. Grossbardt
*Attorney's signature*

Jonah Grossbardt JG5854
*Printed name and bar number*
16133 Ventura Blvd. Ste. 645
Encino, CA 91436

*Address*

jonah@freundlichlaw.com
*E-mail address*

(310) 275-5350
*Telephone number*

(310) 275-5351
*FAX number*