**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXA NIKOLAS,<br><br>                           Plaintiff,<br><br>-against-<br><br>KATHRYN ELIZABETH TENBARGE,<br><br>                           Defendant. | Case No. 1:25-cv-05005-PKC-CHK<br><br>**PLAINTIFF ALEXA NIKOLAS'**<br>**RESPONSE TO THE COURT'S**<br>**SEPTEMBER 15, 2025 ORDER**<br>**TO SHOW CAUSE** |

<u>**RESPONSE TO SEPTEMBER 15, 2025 ORDER TO SHOW CAUSE**</u>

Plaintiff Alexa Nikolas ("Alexa"), by and through her undersigned counsel, responds to this Court's September 15, 2025 Order to Show Cause (the "OSC"). The OSC directs Alexa to "show cause, on or before September 22, 2025, why her complaint should not be dismissed for lack of subject matter jurisdiction[.]" The OSC notes that Alexa's complaint "alleges that she is a resident of California and that Defendant is a resident of New York." Citing ECF. No. 1, ¶ 7. The OSC states that Alexa has not sufficiently alleged diversity jurisdiction because "a statement of residency is insufficient to establish diversity jurisdiction." *Citing Van Buskirk v. United Grp. Of Cos., Inc.,* 935 F.3d 49, 54 (2d Cir. 2019).

In *Van Buskrik*, the Second Circuit held that an "individual's citizenship, within the meaning of the diversity statute, is determined by his domicile" – *i.e.*, "the place where a person has his true fixed home and principal establishment, and to which, whenever he is absent, he has the intention of returning." 935 F.3d at 53.

Alexa is domiciled in California. Her true fixed home has been California for the past 27 years – having moved there when she was six years old. The duration of Alexa's residency in California demonstrates that, whenever absent, she returns to California.

Defendant Kat Tenbarge ("Tenbarge") is domiciled in New York. In Tenbarge's LinkedIn page, she identifies her domicile as "Brooklyn, New York, United States." *See* Exhibit A (PDF Printout of Tenbarge's LinkedIn page). Tenbarge holds herself out as being domiciled in New York because, since 2019, Tenbarge's employers have been media entities headquartered in New York. From June 2019 until December 2021, Tenbarge served in various roles at *Insider, Inc.* – which Tenbarge's LinkedIn page states located in "New York, New York, United States" and the "Greater New York City Area." *Id.* From January 2022 through February 2025 as "Tech and Culture Reporter" for NBC News – which is located in New York City, New York. *Id.* Additionally, websites promoting Tenbarge's services state she is located in New York. *See* Exhibit B (PDF Printout of Tenbarge's RocketReach page identifying her domicile as New York); Exhibit C (PDF Printout of Tenbarge's Muck Rack page identifying her location as New York).

A background report on Tenbarge confirms her statement that she resides in Brooklyn, New York. Specifically, Tenbarge's fixed home is on Montrose Avenue in Williamsburg, Brooklyn, New York.[1] *See* Exhibit D (PDF Printout of Redacted Tenbarge Background Report). According to the background report, Tenbarge has resided at this address since she moved from Ohio to New York in 2019. *Id.* Additionally, in Tenbarge's social media posts on Bluesky, she extolled the virtues of the New York City subway and referred to Ohio as the place she "grew up" and worked "as a teen and young adult." *See* Exhibit E (PDF Printout of Tenbarge's Bluesky posts from July 2025). This further emphasizes that Tenbarge views New York as her fixed home.

---

[1] Alexa is refraining from providing Tenbarge's exact street address and has redacted the street number from the background report.

Therefore, this Court does have subject matter jurisdiction has diversity jurisdiction because: (1) Alexa is domiciled in California; (2) Tenbarge is domiciled in New York; and (3) the amount in controversy is over $75,000.

Dated: September 19, 2025

FREUNDLICH LAW, APC

BY: _/s/ Jonah A. Grossbardt_
Kenneth D. Freundlich
Jonah Grossbardt
16133 Ventura Blvd. Ste. 645
Encino, CA 91436

Rom Bar-Nissim (*pro hac vice application forthcoming)*
HEAH BAR-NISSIM LLP
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067

Attorneys for Plaintiff ALEXA NIKOLAS