# EXHIBIT A





Thank you so much Wendy! It's such an honor to be featured in…

Shared by Kat Tenbarge

## Experience



**Independent Journalist**
Spitfire News
Feb 2025 - Present · 8 months

I report on topics like technology, pop culture, and politics, with a focus on the intersection of internet culture, misogyny, and violence.



**Tech & Culture Reporter**
NBC News
Jan 2022 - Feb 2025 · 3 years 2 months



**Insider, Inc.**
2 years 7 months

- **Senior Digital Culture Reporter**
  Mar 2021 - Dec 2021 · 10 months
  New York, New York, United States

- **Digital Culture Reporter**
  Oct 2020 - Mar 2021 · 6 months

New York, New York, United States

### Junior Digital Culture Reporter

Dec 2019 - Oct 2020 · 11 months

New York, United States

I cover influencers, internet communities, and everything online.

### Breaking News Fellow

Jun 2019 - Dec 2019 · 7 months

Greater New York City Area

I cover breaking and general news, including on weekends, with a special focus on internet culture.



### The New Political

2 years 3 months

### Projects Editor

May 2018 - Jun 2019 · 1 year 2 months

Athens, Ohio

I oversee print production of magazines and special editions, as well as multimedia initiatives on the website.

### Editor In Chief

Apr 2017 - May 2018 · 1 year 2 months

I launched our first ever print product, a twice-yearly news magazine. I also spearheaded a rebranding and recruitment effort that doubled our staff size and saw an increase in site page views by 25 percent.



### Freelancer
The Athens News

Sep 2016 - Feb 2019 · 2 years 6 months

Athens, Ohio

I've pitched and been assigned news and feature stories for the twice-weekly print edition and special issues.

### Culture Intern
Inverse

Jun 2018 - Aug 2018 · 3 months

Greater New York City Area

I pitched, researched, and wrote 120 articles during my internship. I was assigned stories by editors and wrote explainers for topics across all five sections of the website.

### Entertainment Contributor
FanSided

Nov 2016 - Oct 2017 · 1 year

I wrote daily entertainment news briefs, recapped TV shows, and reviewed movies, music, and more.

### Statehouse News Bureau Fellow
Dispatch Media Group

Jan 2017 - Apr 2017 · 4 months

The Columbus Dispatch

I worked in the Public Affairs section to cover government and politics in Ohio's capital.

The New Political

11 months

- Campus Editor

  May 2016 - Dec 2016 · 8 months

  Athens, Ohio

- Presidential Coverage Editor

  Feb 2016 - May 2016 · 4 months

  Athens, Ohio

Editorial Intern

Cincinnati CityBeat

May 2016 - Aug 2016 · 4 months

Cincinnati, OH

Campus Writer

The New Political

Oct 2015 - Dec 2015 · 3 months

Athens, Ohio

# Education

## Ohio University

Bachelor of Science (B.S.), Bachelor of Arts (B.A.)  · Journalism and Environmental Studies

Activities and Societies: Society of Professional Journalists, The Vagina Monologues

# Courses

### Media Ethics
JOUR2980T

### Media Law
JOUR2970T

### Multiplatform Reporting
JOUR2311

### Podcasting & Audio Journalism
JOUR4901

# Languages

**English**

Native or bilingual proficiency

## View Kat's full profile

See who you know in common

Get introduced

Contact Kat directly

Sign in to view full profile



pages.alliedpa.com

**Allied Public Adjusters - 25 Yrs. 951% Higher Avg Claims - Allied Pa**



## Other similar profiles


**Brian Ries**
New York, NY

+ Connect


**Ashley Lutz**
Cincinnati, OH

+ Connect


**Sanah Faroke**
New York, NY

+ Connect


**Wendi C. Thomas**
Editor and publisher at MLK50: Justice Through Journalism
Memphis, TN

+ Connect


**Tristan Navera**
Senior Reporter at Bloomberg Law
Washington DC-Baltimore Area

+ Connect


**Edmund DeMarche**
Executive Editor
Los Angeles Metropolitan Area

+ Connect



Jessica Lee

New York City Metropolitan Area

+ Connect



Paige Leskin

Denver, CO

+ Connect



Peter Hamby

Los Angeles Metropolitan Area

+ Connect



Casey Sullivan

Recruiter at CMW Legal Search

New York, NY

+ Connect



## Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

View top content

## Add new skills with these courses

 Premiere Pro for Social Media Content — 1h 35m

 Launching Your Newsletter on Substack — 1h

 Maximizing Short Form Video Performance and Manychat Automations — 28m

See all courses

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language