# EXHIBIT B

(/splash)



(/person?link=https%3A//www.linkedin.com/in/kat10barge)

# Kat Tenbarge Email & Phone Number (Https://Rocketreach.Co/Kat-Tenbarge-Email_81037266)

Independent Journalist @ Spitfire News (/spitfire-news-profile_b697c3f4c973b3c1)

**View Kat's Email & Phone Number (It's Free)**

(/person?link=https%3A//www.linkedin.com/in/kat10barge)

5 free lookup(s).
No credit card required.

## Kat Tenbarge Emails (/Kat-Tenbarge-Email_81037266)

Found 2 emails

@spitfirenews.com (/person?link=https%3A//www.linkedin.com/in/kat10barge),
@gmail.com (/person?link=https%3A//www.linkedin.com/in/kat10barge)

## Kat Tenbarge Phone Numbers (/Kat-Tenbarge-Email_81037266)

Found 1 phone numbers

513221XXXX (/person?link=https%3A//www.linkedin.com/in/kat10barge)

View Kat's Email & Phone Number (It's Free)

(/person?link=https%3A//www.linkedin.com/in/kat10barge)

If you need more lookups,
subscriptions start at $34 USD/month.

## KAT TENBARGE LOCATION

New York, United States

## KAT TENBARGE WORK

2025 - now Independent Journalist @ Spitfire News (/spitfire-news-profile_b697c3f4c973b3c1)

2022 - 2025 Tech and Culture Reporter @ 1827 (/1827-profile_b5cede9ff42e0981)

2021 - 2021 Senior Digital Culture Reporter @ Insider, Inc. (/insider-inc-profile_b4568908fca0382e)

View Department (/insider-inc-marketing-department_b4568908fca0382e)

see more

## KAT TENBARGE EDUCATION

Ohio University

Bachelor of Science (B.S.), Bachelor of Arts (B.A.) (Journalism and Environmental Studies)

## KAT TENBARGE SKILLS

Journalism

Writing

Editing

see more

## KAT TENBARGE SUMMARY

Kat Tenbarge, based in New York, United States, is currently a Independent Journalist at Spitfire News. Kat Tenbarge brings experience from previous roles at NBC News, Insider, Inc. and Insider Inc.. Kat Tenbarge holds a Bachelor of Science (B.S.), Bachelor of Arts (B.A.) in Journalism and Environmental Studies @ Ohio University. With a robust skill set that includes Journalism, Writing, Editing, Blogging, Copy Editing and more. Kat Tenbarge has 2 emails and 1 mobile phone numbers on RocketReach.

---

## Looking for a different **Kat Tenbarge**?

Find contact details for **700 million** professionals.

## Search

Enter a name, keyword, or LinkedIn url...

## Top **Spitfire News** Employees



**Kat Tenbarge**

**Independent Journalist at Spitfire News**

**(/kat-tenbarge-email_81037266)**

New York, United States

View

**2** gmail.com, spitfirenews.com
**1** 513221XXXX

View Similar Profiles (/person?employer[]="Spitfire%20News")

# How It Works


People
Companies beta
Saved Searches
Refine By
Clear All
https://www.linkedin....
Hide
Name
LOCATION
Location
OCCUPATION
Job Title
Skills
Years of Experience
EMPLOYER
Company Name or Domain
Employee Count
Revenue
Industry
EDUCATION
Education
WEB
Contact Info
Social Link
https://www.linkedin.com/in/matthewl
Enter a keyword or LinkedIn url...
10 results found. Save this search
Name
Company
Contact Info
John Doe
Managing Director, Global Business Development
New York, New York, United States
Barone LLC.
john.doe@mygmail.com BEST PROFESSIONAL
john.doe@gmail.com BEST PROFESSIONAL
+6 more emails
Improve Results
Profiles like Matthew Little
Floyd Miles
Student Success Coordinator
Pulaski, TN, US
University of Chicago
Search:
The University of Tennessee Southern, personal em
, +more
Robert Fox
Product and Digital Lead
New York, New York, United States
Biffco Ltd.
Found 3 emails:
episodesix.com, virginia.edu, ey.com
Found phones: 1 available on +Phone plans

# Get a Free Account

Sign up for a free account. No credit card required. Up to 5 free lookups.


OCCUPATION
Job Title
Skills
Years of Experience
EMPLOYER
Company Name or Domain
Enter company name or domain...
Spiralyze
Include Past Employers
Employee Count
Revenue
Industry
EDUCATION
Education
Milan, Lombardy, Italy
Jerome Bell
Co-Founder
Acete LLC
Atlanta, Georgia, United States
Floyd Miles
Head of Global Business Development
Big KB Ltd.
United Arab Emirates

# Search the #1 Contact Database (https://rocketreach.co/resources/products/contact-database/)

Get contact details of over 700M profiles across 60M companies – all with industry-leading accuracy. Sales and Recruiter users, try out our Email Finder Extension (https://rocketreach.co/resources/products/email-finder-extension/).



## Ronald Richards

Chief Executive Officer - Managing Director @ Binford Ltd.

### Lookup Details

- ✔ Profile found
- ✔ Searched for emails on social sites and public data
- ✔ Found current employer
- ✔ Found employer email domain and formats
- ✔ Tested email candidates
- ✔ Found 4 professional email(s)
- ✔ Found 3 personal email(s)

lorem.ipsum@company.it BEST PROFESSIONAL

name.surname@company.it BEST PROFESSIONAL

+5 more emails

# Use our AI-Powered Email Finder (https://rocketreach.co/resources/email-finder/)

Find business and personal emails and mobile phone numbers with exclusive coverage across niche job titles, industries, and more for unparalleled targeting. Also available via our Contact Data API (https://rocketreach.co/resources/products/api/).

**Sign Up For Free (https://rocketreach.co/signup)**

Users Most Likely To Recommend SUMMER 2023

Leader SUMMER 2023

Best Usability SUMMER 2023

Best Relationship SUMMER 2023

2022

★★★★★ G2Crowd **Trusted**

★★★★★ **300K+** Plugin Users

47.6177115,-122.2034444 (https://goo.gl/maps/zTK22oR8oJM3TCvq6)

(/splash)

All Systems Operational: ● (https://status.rocketreach.co)

**PRODUCTS**
- Advanced Search (/advanced_search)
- Chrome Extension (/browser_extension)
- Edge Extension (/browser_extension)
- Bulk Lookups (/bulk_lookups)
- API (/api/splash)
- Integrations (/integrations)

**INFORMATION**
- Pricing (/pricing)
- Help (https://knowledge.rocketreach.co)
- Reviews (/reviews)
- User Agreement (/terms)
- Privacy Policy (/privacy)
- Cookie Policy (/cookies)
- Do Not Sell My Info (/claim-profile)

**TEAMS**
- Features (/teams)
- Start Team Trial (/teams-signup)
- Custom Plan (/teams/custom)
- Speak to Sales (/contact)

**COMPANY**
- About Us (/about_us)
- Careers (/jobs)
- Blog (https://rocketreach.co/resources/bl
- Contact Us (https://rocketreach.co/resour

(https://www.facebook.com/RocketReach.co) © 2025 RocketReach [illegible]