# EXHIBIT C

# MUCK RACK

For PR Teams ▾    For Journalists    Resources ▾    Company ▾    Log In    Request Demo



# Kat Tenbarge

🏢 Writer, **Spitfire News**
📍 New York
≡ Arts and Entertainment, Politics, Technology

**As seen in:** Spitfire News, Apple Podcasts, The New York Times, The New York Times en Español, Yahoo Entertainment, Yahoo Life, Business Insider, Business Insider Singapore, MSN (US), MSN Australia, MSN Canada and more

Independent journalist covering internet culture, politics, and media in Spitfire News.

## Actions

🔗 Share this page

## Is this you?

As a journalist, you can create a free Muck Rack account to customize your profile, list your contact preferences, and upload a portfolio of your best work.

**Claim your profile**

## Articles

### バージンだけの恋愛番組が映し出す、Z世代が"セックスしない理由"

11 days ago | By Kat Tenbarge | Wired Japan ✓

「わたしがまだ初体験していないって、誰も信じてくれない」。新作恋愛リアリティ番組『初めてはアナタ？（Are You My First?）』の初回放送で、何度も繰り返された言葉だ。司

## Get in touch with Kat

Contact Kat, search articles and posts on X, monitor coverage, and track replies from one place.

**Learn more about Muck Rack**

---

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners.

Do Not Sell My Personal Information

Accept Cookies





# MUCK RACK

For PR Teams ▾  For Journalists  Resources ▾  Company ▾   Log In   Request Demo

| FOR PR TEAMS | FOR JOURNALISTS | RESOURCES | COMPANY |
|---|---|---|---|
| PR Software | Journalist Solutions | Case Studies | About |
| Media Database | Trends | Webinars | Press |
| Media Monitoring | Job Board | Guides and eBooks | Careers |
| Social Listening | Validation Criteria | Research | |
| Pitching | State of Journalism | Muck Rack Daily | |
| PR Reporting | Claim your Profile | Rankings | |
| AI Solutions | | Blog | |
| Pricing | | | |

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners.

