# EXHIBIT E

9/16/25, 2:01 PM                                Case 1:25-cv-05005-PKC-CHK        Document 6-5       Filed 09/19/25       Page 2 of 6 PageID #:
Post by @kattenbarge.bsky.social — Bluesky
200

← Post


**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo
Every time I see conservative fearmongering about how dangerous the NYC subway is, I feel the need to defend it. I grew up in Ohio. It's cars that are dangerous. It's car accidents that are terrifyingly common. I'm not being dramatic when I say the subway is one of the best parts of my life now.

💬 128    🔁 645    ♡ 3.9K


**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo
Does the subway need to be more accessible? YES! Does the subway need more investment? YES! Does the city need to take the money they spend to have cops playing on their phone in the station (and shooting random people) and put it toward infrastructure YES YES YES

💬 5    🔁 40    ♡ 788


**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo
But let me go back to why I love the subway. I can drive and I've driven a lot. I hate it. It gives me so much anxiety. That anxiety IMO is warranted because car accidents are so common and can of course kill and injure you. I've been in car accidents and so have most people I know who rely on them

💬 6    🔁 22    ♡ 577


**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo
There's also the obvious environmental and financial cost of having a car and having everyone in an area in cars. I grew up never riding any public transportation ever. Now I don't want to live anywhere that doesn't have it. It's so much safer and more convenient and affordable than having a car

💬 2    🔁 23    ♡ 500


Bluesky                                                                                                      Create account    Sign in

@kattenbarge.bsky.social

Growing up in Ohio and working in service jobs as a teen and young adult, I encountered so much drunk driving and driving on drugs. No one should ever do that, point blank. No excuses. But it happens all the time. In NYC it's not even a question because everyone around me takes the subway

July 8, 2025 at 8:13 AM

10 reposts   6 quotes   452 likes

💬 12        🔁 16        ♡ 452

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo
Now on subway crime and harassment and assault. It does happen on the subway. I've been hit by an unwell person on the subway. I don't want to speak to anyone else's experience but I'm fine. I was much more fine than that person. I was also surrounded by people so I wasn't scared, just surprised

💬 1        🔁 10        ♡ 323

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo
A much scarier experience I had was while driving as a teenager. A car got really aggressive with me and drove on the highway shoulder next to me and I was absolutely terrified. That was much more dangerous and scary and there was really nothing anyone could have done in that moment to help me

💬 3        🔁 10        ♡ 354

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo
I've also seen men expose themselves on the subway and that sucks but I've seen it on the street in multiple cities too and it just sucks everywhere. It's not the subway's fault. I will always feel safer in the

 Bluesky                                                                                                   Sign in

9/16/25, 2:01 PM                    Case 1:25-cv-05005-PKC-CHK    Document 6-5    Filed 09/19/25    Page 4 of 6 PageID #:
Post by @kattenbarge.bsky.social — Bluesky
202



**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2mo

Finally, subways in general are just a miracle (to me) of engineering. I've ridden them around the world and loved them all. I'd love to see the U.S. respect and improve its public transportation infrastructure the way countries like Japan do. But I will ride the NYC subway today and love it. Fin

💬 12            ↻ 15              ♡ 418



**Aidan McArdle** @gingerculchie.bsky.social · 2mo

We don't even have a metro in our country (supposedly it'll be built by 2035). Americans who chat shite about the US subways don't know how good they have it.

💬 2             ↻                 ♡ 31



**&c.** @semmiotic.bsky.social · 2mo

The light rail in Dublin seemed quite nice, though!

💬 1             ↻                 ♡ 1



**Aidan McArdle** @gingerculchie.bsky.social · 2mo

Oh yeah Luas is quite decent. Probably one of the few good things about the Celtic Tiger!

💬               ↻                 ♡ 1



**Cletus Van Damme** @juggstorecowboy.bsky.social · 2mo

I grew up in tx, and moving to Toronto it's like, wow no one gets wrecked and drives here. it was actually an eye opener. that's also the reason I can't shit on Uber/Lyft that much, it's the only thing I've ever seen that reduces DD rates back home

💬               ↻                 ♡ 3



**Captain Dis Aeternitas!** @disnothus.bsky.social · 2mo

We love OVIs so much in Ohio we made party plates


Bluesky                                                                                                         Sign in



**William F. Tulloch** @cptdoomdc.bsky.social · 2mo

I was in London hanging out with a friend who worked for Google over there. He invited me to the company's Friday Happy Hour - all gratis - and I asked about liability concerns re: employees drinking. My friend responded "it costs £50 to drive to this neighborhood; everyone here is taking the Tube."

♡ 1



**Peter Louwe** @peterlouwe.bsky.social · 2mo
I don't like driving drunk, but when I have to...

♡ 1

**Big Worker** @bigworker.bsky.social · 2mo
Yeah I don't understand how people in non-NYC parts of America go out drinking

**N8 þə Gr8** @nclud.bsky.social · 2mo
Nothing quite screams our priorities at me like required "off-street parking minimums for a bar"



Sign in

Case 1:25-cv-05005-PKC-CHK   Document 6-5   Filed 09/19/25   Page 6 of 6 PageID #: 204



Sign in