UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXA NIKOLAS,<br><br>                             Plaintiff,<br><br>-against-<br><br>KATHRYN ELIZABETH  TENBARGE,<br><br>                             Defendant. | Case No. 1:25-cv-05005-PKC-CHK |

**<u>DECLARATION OF ROM BAR-NISSIM IN SUPPORT OF EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS AND FOR PERMISSION TO SERVE BY ALTERNATE MEANS</u>**

                        Kenneth D. Freundlich
                        Jonah A. Grossbardt
                        FREUNDLICH LAW, APC
                        16133 Ventura Blvd. Ste. 645
                        Encino, CA 91436
                        (310) 275-5350 (T)
                        (310) 275-5351 (F)

                        -and-

                        Rom Bar-Nissim (*pro hac vice*)
                        HEAH BAR-NISSIM LLP
                        1801 Century Park East, Ste. 2400
                        Los Angeles, CA 90067
                        (310) 432-2836

                        *Attorneys for Plaintiff Alexa Nikolas*

## DECLARATION OF ROM BAR-NISSIM

I, Rom Bar-Nissim, do hereby state and declare as follows:

1.  I am an attorney at law, duly licensed to practice law in the State of California and admitted *pro hac vice* in the Eastern District of New York for the above-referenced action. I am a partner at the law firm Heah Bar-Nissim LLP and attorney of record for Plaintiff Alexa Nikolas ("Nikolas" or "Plaintiff") in the above-referenced action. I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto. I make this declaration in support of Nikolas' Ex Parte Motion for Extension of Time to Complete Service of Process and for Permission to Serve by Alternative Means (the "Motion").

2.  Prior to commencing this action, I employed numerous methods to identify the address of Defendant Kathryn Elizabeth Tenbarge ("Tenbarge" or Defendant"). My preliminary search involved a Google search. From my Google search, I found Tenbarge's LinkedIn page, which identified Brooklyn, New York as her location. I could not, however, find a specific address. I also investigated the address of her publication, Spitfire News, but did not find a specific address for the publication. I also conducted a search for "Spitfire" as a business entity on the New York Secretary of State's website, but the search was unsuccessful. A true and correct printout of Tenbarge's LinkedIn page is attached hereto and incorporated herein as **Exhibit A**. A true and correct printout of the "About" page of Spitfire News is attached hereto and incorporated herein as **Exhibit B.**

3.  After my preliminary search, I retained Blue Systems Investigations, Inc. ("BSI") to conduct a background check on Tenbarge to find her address. BSI identified numerous addresses in Kings County, New York (including 196 Montrose Ave. and 547 Knickerbocker

Ave.) and Hamilton County, Ohio (namely 7715 Stonehenge Dr.). At the time, BSI believed that Tenbarge returned to live with her parents in Hamilton County. A true and correct printout of the report provided by BSI is attached hereto and incorporated herein as **Exhibit C.**

4. I also conducted a background search of Tenbarge using the background check tool BeenVerified. According to BeenVerified, Tenbarge was currently residing at 196 Montrose Ave. Brooklyn, NY 11206. A true and correct printout of the BeenVerified report is attached hereto and incorporated herein as **Exhibit D.**

5. On October 4, 2025, co-counsel and I requested that ASAP Legal ("ASAP") attempt to serve Tenbarge at 196 Montrose Ave, Brooklyn, NY 11206 (the "First Montrose Address"). ASAP attempted service but responded by stating that the Montrose Address was an invalid address. ASAP further reported that there was an address at 194 Montrose Ave. (the "Second Montrose Address"). On October 9, 2025, ASAP attempted to serve Tenbarge at Second Montrose Address and was unsuccessful. On October 13, 2025, ASAP attempted to serve Tenbarge again at the Second Montrose Address and was told by a gentleman in the building that he had never heard of anyone with that name living in the buildings. A true and correct copy of ASAP's declaration of due diligence documenting the various attempts to serve Tenbarge is attached hereto and incorporated herein as **Exhibit E**.

6. Due to these developments, co-counsel and I requested that ASAP conduct a Skip Trace of Tenbarge. According to the Skip Trace, Tenbarge's most current address was 547 Knickerbocker Ave, Apt. 1 Brooklyn, NY 11221 (the "Knickerbocker Address"). Nikolas attempted to serve Tenbarge multiple times at the Knickerbocker Address. Nikolas even engaged ASAP to perform a stakeout of the Knickerbocker Address and provided ASAP with a picture of Tenbarge. ASAP spent 12 hours looking for Tenbarge at the Knickerbocker Address, but was

unsuccessful in finding her. *See* Ex. E.

      7.      Co-counsel and I decided to attempt to serve Tenbarge at her parent's address in Ohio. On November 1, 2025, the process server attempted to serve her at 7715 Stonehenge Dr. Montgomery, OH 45242. The process server was unsuccessful at serving Tenbarge at that address. ASAP was told that the Tenbarge's no longer live there, and they did not know their current address. *See* Ex. E.

      8.      Tenbarge is an online figure who posts on her Spitfire News website and BlueSky account almost daily. At true and correct PDF printout of Tenbarge's BlueSky account is attached hereto and incorporated herein as **Exhibit F**. A true and correct PDF printout of Tenbarge's Instagram account is attached hereto and incorporated herein as **Exhibit G.**

      9.      I was unable to confirm an active email address for Tenbarge, but I was able to identify Tenbarge's email address on her Spitfire News webpage where she states "If you're trying to reach me with tips, feedback, or anything else, the best way to contact me is kat.tenbarge@proton.me." *See* Ex. B. She also admits to being an independent journalist and she does her reporting on her own online publication, Spitfire News. *Id.*

      10.      Tenbarge also admits that she is active and uses both Bluesky and Instagram. Tenbarge's Bluesky and Instagram accounts appear to be active and her posts focus on Brooklyn and New York City which is consistent with the publicly listed addresses where Plaintiff already attempted service. *See* Exs. F-G. A true and correct copy of Tenbarge's February 5, 2025 article on Spitfire News is attached hereto and incorporated herein as **Exhibit H.**

      11.      Tenbarge also has a LinkedIn account that appears active and states she lives in Brooklyn, NY. *See* Ex. A. Further, Tenbarge admits that she is working with the beehiiv Media Collective. *See* Ex. H. Tenbarge states that she is a member of the beehiiv Media Collective. *Id.*

Tenbarge's website is hosted by beehiiv. Ex. A. According to the New York Secretary of State's website, Beehiiv, Inc. lists its address as 228 Park Avenue #2329976. A true and correct printout of the New York Secretary of State's website information for Beehiiv, Inc. is attached hereto and incorporated herein as **Exhibit I**.

I declare under penalty of perjury that the contents of this declaration are true and correct. Executed this 24th day of November 2025 in Los Angeles, California.

_____

Rom Bar-Nissim