# EXHIBIT A



9/16/25, 7:40 AM
Kat Tenbarge - Independent journalist at Spitfire News | LinkedIn
Case 1:25-cv-05005-PKC-CHK    Document 10-3    Filed 11/24/25    Page 3 of 11 PageID #: 232



Thank you so much Wendy! It's such an honor to be featured in…

Shared by Kat Tenbarge

## Experience



**Independent Journalist**
Spitfire News
Feb 2025 - Present · 8 months

I report on topics like technology, pop culture, and politics, with a focus on the intersection of internet culture, misogyny, and violence.



**Tech & Culture Reporter**
NBC News
Jan 2022 - Feb 2025 · 3 years 2 months



**Insider, Inc.**
2 years 7 months

- **Senior Digital Culture Reporter**
  Mar 2021 - Dec 2021 · 10 months
  New York, New York, United States

- **Digital Culture Reporter**
  Oct 2020 - Mar 2021 · 6 months

Case 1:25-cv-05005-PKC-CHK    Document 10-3    Filed 11/24/25    Page 4 of 11 PageID #: 233

New York, New York, United States

### Junior Digital Culture Reporter

Dec 2019 - Oct 2020 · 11 months

New York, United States

I cover influencers, internet communities, and everything online.

### Breaking News Fellow

Jun 2019 - Dec 2019 · 7 months

Greater New York City Area

I cover breaking and general news, including on weekends, with a special focus on internet culture.



### The New Political

2 years 3 months

### Projects Editor

May 2018 - Jun 2019 · 1 year 2 months

Athens, Ohio

I oversee print production of magazines and special editions, as well as multimedia initiatives on the website.

### Editor In Chief

Apr 2017 - May 2018 · 1 year 2 months

I launched our first ever print product, a twice-yearly news magazine. I also spearheaded a rebranding and recruitment effort that doubled our staff size and saw an increase in site page views by 25 percent.

9/16/25, 7:40 AM
Case 1:25-cv-05005-PKC-CHK   Document 10-3   Filed 11/24/25   Page 5 of 11 PageID #: 234
Kat Tenbarge - Independent journalist at Spitfire News | LinkedIn



**Freelancer**

The Athens News

Sep 2016 - Feb 2019 · 2 years 6 months

Athens, Ohio

I've pitched and been assigned news and feature stories for the twice-weekly print edition and special issues.

**Culture Intern**

Inverse

Jun 2018 - Aug 2018 · 3 months

Greater New York City Area

I pitched, researched, and wrote 120 articles during my internship. I was assigned stories by editors and wrote explainers for topics across all five sections of the website.

**Entertainment Contributor**

FanSided

Nov 2016 - Oct 2017 · 1 year

I wrote daily entertainment news briefs, recapped TV shows, and reviewed movies, music, and more.

**Statehouse News Bureau Fellow**

Dispatch Media Group

Jan 2017 - Apr 2017 · 4 months

The Columbus Dispatch

I worked in the Public Affairs section to cover government and politics in Ohio's capital.

The New Political

11 months

- **Campus Editor**

  May 2016 - Dec 2016 · 8 months

  Athens, Ohio

- **Presidential Coverage Editor**

  Feb 2016 - May 2016 · 4 months

  Athens, Ohio

### Editorial Intern

Cincinnati CityBeat

May 2016 - Aug 2016 · 4 months

Cincinnati, OH

### Campus Writer

The New Political

Oct 2015 - Dec 2015 · 3 months

Athens, Ohio

## Education

### Ohio University

Bachelor of Science (B.S.), Bachelor of Arts (B.A.)  · Journalism and Environmental Studies

Activities and Societies: Society of Professional Journalists, The Vagina Monologues

## Courses

### Media Ethics
JOUR2980T

### Media Law
JOUR2970T

### Multiplatform Reporting
JOUR2311

### Podcasting & Audio Journalism
JOUR4901

## Languages

English
Native or bilingual proficiency

View Kat's full profile

See who you know in common

Get introduced

Contact Kat directly

Sign in to view full profile



pages.alliedpa.com

Allied Public Adjusters - 25 Yrs. 951% Higher Avg Claims - Allied Pa

Case 1:25-cv-05005-PKC-CHK    Document 10-3    Filed 11/24/25    Page 9 of 11 PageID #: 238

## Other similar profiles


**Brian Ries**
New York, NY

+ Connect


**Ashley Lutz**
Cincinnati, OH

+ Connect


**Sanah Faroke**
New York, NY

+ Connect


**Wendi C. Thomas**
Editor and publisher at MLK50: Justice Through Journalism
Memphis, TN

+ Connect


**Tristan Navera**
Senior Reporter at Bloomberg Law
Washington DC-Baltimore Area

+ Connect


**Edmund DeMarche**
Executive Editor
Los Angeles Metropolitan Area

◦+ Connect

 Jessica Lee
New York City Metropolitan Area

◦+ Connect

 Paige Leskin
Denver, CO

◦+ Connect

 Peter Hamby
Los Angeles Metropolitan Area

◦+ Connect

 Casey Sullivan
Recruiter at CMW Legal Search
New York, NY

◦+ Connect

---

## Explore top content on LinkedIn

Find curated posts and insights for relevant topics all in one place.

**View top content**

# Add new skills with these courses

 Premiere Pro for Social Media Content

 Launching Your Newsletter on Substack

 Maximizing Short Form Video Performance and Manychat Automations

See all courses

© 2025

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Cookie Policy | Your California Privacy Choices |
| Brand Policy | Copyright Policy |
| Community Guidelines | Guest Controls |
| | Language |