# EXHIBIT B



About



Login    Subscribe

Spitfire News  >  Pages  >  About

Hello! My name is Kat Tenbarge and I'm an award-winning independent journalist.

I write *Spitfire News,* a newsletter about internet culture, politics, and media. A lot of my reporting has to do with gender, violence, and pop culture. I have broken major stories containing sexual assault and harassment allegations against influencers and celebrities. I cover AI and the growing impact of nonconsensual sexually-explicit deepfakes, as well as social media smear campaigns against abuse victims.

Before I started *Spitfire News*, I worked at NBC News as a tech and culture reporter. Before that, I was a senior digital culture reporter at Business Insider. Most people know me from my posts. I'm most active on Bluesky (you can also follow *Spitfire News* on there), and I don't really use Twitter anymore. You can also follow me on Instagram.

Please considering subscribing to *Spitfire News* to support my journalism. My most essential reporting is free, but for just $5 a month you get an extra story a week containing more of my personal observations and access to a members-only discussion board. My most generous readers, the founding members, are listed below.

If you're trying to reach me with tips, feedback, or anything else, the best way to contact me is **kat.tenbarge@proton.me**. You can also reply to emails.

## Founding Members

Hope and Steven
Anonymous
Larry and Karen Drake
Fifi

