# EXHIBIT C



Insured, Licensed and Bonded
Private Investigator
License No. 28286

This report prepared by NowPi.com Private Investigators

KATHRYN ELIZABETH TENBARGE, ▇ Years Old (Kings County, NY, Hamilton County, OH)   ▇ MONTROSE AVE APT 2B, BROOKLYN, NY 11206-2132 (KINGS COUNTY) (03/21/2021)

KATHRYN ELIZABETH TENBARGE (06/30/2015 to 06/27/2025)
KATHRYN TENBARGE (02/14/2013 to 07/02/2025)

**Cities**
Brooklyn, NY (01/21/2021 to 07/31/2023)
Cincinnati, OH (08/08/2016 to 06/10/2021)
Montgomery, OH (01/2015 to 10/01/2025)

**Counties**
Kings County, NY (01/21/2021 to 07/31/2023)
Hamilton County, OH (01/2015 to 10/01/2025)

SSN Issued: **OHIO 1997**

Gender: **Female**
Dates at Searched Location: **03/21/2021 to 03/21/2021**

**Address History (7 of 7)**
▇ STONEHENGE DR, MONTGOMERY, OH 45242-6205 (HAMILTON COUNTY) (01/2015 to 10/01/2025)
▇ KNICKERBOCKER AVE APT 1, BROOKLYN, NY 11221-8550 (KINGS COUNTY) (02/17/2023 to 02/17/2023)
▇ HUMBOLDT ST APT 2B, BROOKLYN, NY 11206-8095 (KINGS COUNTY) (06/11/2021 to 06/11/2021)
▇ JOHNSTON LN, CINCINNATI, OH 45242-4665 (HAMILTON COUNTY) (04/2021 to 06/10/2021)
▇ MONTROSE AVE APT 2B, BROOKLYN, NY 11206-2132 (KINGS COUNTY) (03/21/2021 to 03/21/2021)
▇ MONTROSE AVE, BROOKLYN, NY 11206-2132 (KINGS COUNTY) (01/21/2021 to 01/21/2021)
▇ STONEHENGE DR, CINCINNATI, OH 45242-6205 (HAMILTON COUNTY) (08/08/2016 to 08/08/2016)