# EXHIBIT D



# Kattenbarge

Generated on: 09/16/2025

---

**Please remember, you are restricted from using this information for:**

**Employment Screening:**

You may not use this information when evaluating a person for employment, reassignment, promotion, or retention

**Hiring of Household Workers:**

Including, but not limited to, nannies and domestic workers

**Tenant Screening**

Including, but not limited to, leasing a residential or commercial space

**Educational Qualification:**

Including, but not limited to, a person's qualifications for an educational program or scholarship

**Credit or Insurance:**

Accessing the risk of existing credit obligations of an individual and/or determining eligibility for issuing credit or insurance

**Business Transactions Initiated by an Individual Customer:**

Reviewing a personal customer account to determine whether the person continues to meet the terms of the account

Using this information in these ways violates both our Terms & Conditions and the law, and can lead to possible criminal penalties. We take this very seriously, and reserve the right to terminate user accounts and/or report violators to law enforcement as appropriate.

**Disclaimer:** The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results. BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified, Inc. does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act. **You may not use** our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" and our Terms & Conditions.

Copyright © 2025 BeenVerified, Inc. LLC. All Rights Reserved.

## Table of Contents

Table of Contents — 2

Kat Tenbarge — 3

# Kat Tenbarge

Brooklyn, NY / Age N/A

## Personal Overview

| | |
|---|---|
| **Name:** | Kat Tenbarge |
| **Age:** | N/A |
| **Born on:** | ▬ |
| **Address:** | ▬ Montrose Ave Brooklyn, NY 11206 |
| **Aliases:** | Kathryn Elizabeth Tenbarge |
| | Kat Tenbarge |

## Contact Info

**3** Contact Info Found

| # | Possible Phone Numbers | Phone Type |
|---|---|---|
| 1 | ▬-9775 | Mobile |
| 2 | ▬7519 | Mobile |
| 3 | ▬-8662 | |

## Possible Address History

**4** Possible Addresses Found

| # | Address | Address Type | Last Seen Date |
|---|---|---|---|
| 1 | ▬ Montrose Ave Brooklyn, NY 11206 | | N/A |
| 2 | ▬ Stonehenge Dr Montgomery, OH 45242 | | N/A |
| 3 | ▬ Johnston Ln Cincinnati, OH 45242 | | N/A |
| 4 | Athens, OH 45701 | Work | N/A |

## Possible Jobs

**17** Jobs Found

| # | Company | Title | Industry | Started on | Ended on |
|---|---|---|---|---|---|
| 1 | Spitfire News | Independent Journalist | N/A | 02/01/2025 | N/A |
| 2 | NBC News | N/A | N/A | 01/01/2022 | 02/01/2025 |
| 3 | Insider, Inc. | Digital Culture Reporter | N/A | 10/01/2020 | 03/01/2021 |
| 4 | Insider, Inc. | Senior Digital Culture Reporter | N/A | 10/01/2020 | 12/01/2021 |
| 5 | Insider Inc. | Junior Digital Culture Reporter | N/A | 12/01/2019 | 10/01/2020 |
| 6 | Insider Inc. | Breaking News Fellow | N/A | 06/01/2019 | 12/01/2019 |
| 7 | Inverse | Culture Intern | N/A | 06/01/2018 | 08/01/2018 |

| | | | | | |
|---|---|---|---|---|---|
| 8 | The New Political | Projects Editor | N/A | 05/01/2018 | 06/01/2019 |
| 9 | The New Political | Editor In Chief | N/A | 04/01/2017 | 05/01/2018 |
| 10 | Dispatch Media Group | Statehouse News Bureau Fellow | N/A | 01/01/2017 | 04/01/2017 |
| 11 | FanSided | N/A | N/A | 11/01/2016 | 10/01/2017 |
| 12 | The Athens News | Freelancer | N/A | 09/01/2016 | 02/01/2019 |
| 13 | Cincinnati CityBeat | Editorial Intern | N/A | 05/01/2016 | 08/01/2016 |
| 14 | The New Political | Campus Editor | N/A | 05/01/2016 | 12/01/2016 |
| 15 | The New Political | Presidential Coverage Editor | N/A | 02/01/2016 | 05/01/2016 |
| 16 | The New Political | Campus Writer | N/A | 10/01/2015 | 12/01/2015 |
| 17 | the dispatch printing | N/A | N/A | N/A | N/A |

## Possible Education

**1** Schools Found

| # | School | Degree | Dates Attended |
|---|---|---|---|
| 1 | Ohio University | N/A | 01/01/2015 to 12/31/2020 |

## Possible Photos

**1** Possible Photos Found

**Please log into your BeenVerified, Inc. account to view photos for this report.**

---

**Disclaimer:** The information contained in any report and on our website is not necessarily 100% accurate, complete or up to date, nor a substitute for your own due diligence, especially concerning such sensitive items as criminal history, relatives, mortgages and liens. Our data comes from a wide variety of sources, but some municipalities and jurisdictions are slow to report and digitize their data, so we cannot guarantee or warrant full accuracy of ALL search results. BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified, Inc. does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the [Fair Credit Reporting Act](#). **You may not use** our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our ["Do's & Don'ts"](#) and our [Terms & Conditions](#).

Copyright © 2025 BeenVerified, Inc. LLC. All Rights Reserved.