# EXHIBIT E

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Kenneth D Freundlich,Esq                                SBN: Bar No.:119866<br>FREUNDLICH LAW<br>16133 Ventura Blvd Suite 645  Encino, CA 91436 | | FOR COURT USE ONLY |
| TELEPHONE NO.: (818) 377-3790 | FAX NO.: | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*:  Plaintiff | Client File #: Nikolas v. Tenbarge | |

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF NEW YORK
STREET ADDRESS: 100 Federal Plaza
MAILING ADDRESS:
CITY AND ZIP CODE: Central Islip, NY 11722
BRANCH NAME:

PLAINTIFF/PETITIONER: **ALEXA NIKOLAS**
DEFENDANT/RESPONDENT: **KATHRYN ELIZABETH TENBARGE**

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>1:25-cv-05005-PKC-CHK |
|---|---|

I received the within assignment for filing and/or service on October 1, 2025 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:  **KATHRYN ELIZABETH TENBARGE**

Documents: **summons; complaint; CIVIL COVER SHEET; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; PROPOSED DISCOVERY PLAN/SCHEDULING ORDER**

As enumerated below:

**10/4/2025 -- 1:35 AM**        196 Montrose Ave
                              Brooklyn, NY 11206

I visited Montrose Avenue, but I couldn't locate a building marked 196 Montrose Ave. However, when I searched the address online, it appears to correspond to the building next to 194 Montrose Ave. Interestingly, that same building is labeled as 173 Humboldt Street, as shown in the attached photos.

**10/9/2025 -- 6:35 PM**        194 Montrose Ave
                              Brooklyn, NY 112062108

I attempted to ring multiple apartment bells but received no response. The building does not have a directory, only apartment numbers. I will make a follow-up attempt at a later time.

**10/13/2025 -- 7:53 AM**       194 Montrose Ave
                              Brooklyn, NY 112062108

Rang a couples of bells no answer there no directory just apartment number on the bell.

**10/13/2025 -- 7:53 AM**       194 Montrose Ave
                              Brooklyn, NY 112062108

Rang multiple bells at 194 Montrose Ave.No answer at any unit; no directory available—only apartment numbers listed on the bells.Proceeded to the adjacent building and attempted service at 7:55 AM. Again, rang several bells with no response.Spoke to a gentleman exiting the building. He stated he was not familiar with anyone by the name provided and had never heard of them living in the building.

**Continued on Next Page**

County: **New York**
Registration No.: **2067104**
ASAP LEGAL **ASAP LEGAL**
**7 Time Square**
**New York, NY 10036**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 10/14/2025.

Signature: _____
                        **Steven Torres**

**DECLARATION OF DILIGENCE**

Order#: LA32091402/otpFormat

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| Kenneth D Freundlich, Esq    SBN: Bar No.119806 <br> FREUNDLICH LAW <br> 16133 Ventura Blvd Suite 645  Encino, CA 91436 | | |
| TELEPHONE NO.: (818) 377-3790 | FAX NO.: | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): Plaintiff | Client File #: Nikolas v. Tenbarge | |

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF NEW YORK
STREET ADDRESS: 100 Federal Plaza
MAILING ADDRESS:
CITY AND ZIP CODE: Central Islip, NY 11722
BRANCH NAME:

PLAINTIFF/PETITIONER: ALEXA NIKOLAS
DEFENDANT/RESPONDENT: KATHRYN ELIZABETH TENBARGE

| DECLARATION OF DILIGENCE | CASE NUMBER: <br> 1:25-cv-05005-PKC-CHK |
|---|---|

I received the within assignment for filing and/or service on October 1, 2025 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: KATHRYN ELIZABETH TENBARGE

Documents: summons; complaint; CIVIL COVER SHEET; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

As enumerated below:

**Continued from Previous Page**

10/13/2025 -- 7:55 AM           196 Montrose Ave
                                Brooklyn, NY 11206

Rang a couple off door bells but no answer. I spoke to a gentleman that was coming out from the building he stated he never heard anyone by that name in this building. Please let me know how to proceed.

County: New York
Registration No.: 2067104
ASAP LEGAL
7 Time Square
New York, NY 10036

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 10/14/2025.

Signature: _____
                    Steven Torres

**DECLARATION OF DILIGENCE**

Order#: LA32091402/otpFormat

| | |
|---|---|
| From: | laprocess@asaplegal.com |
| To: | Jonah Grossbardt |
| Subject: | New Diligence |
| Date: | Monday, October 6, 2025 10:28:21 AM |



| | |
|---|---|
| Workorder:: | LA32091402 |
| Reference Number: | Nikolas v. Tenbarge |
| Case Number: | 1:25-cv-05005-PKC-CHK |
| Case Title: | ALEXA NIKOLAS vs KATHRYN ELIZABETH TENBARGE |
| Job Type: | 032 - STANDARD PROCESS ( 48 to 72 HRS ) - Standard |
| Ordered By: | Jonah Grossbardt - (818) 377-3790 |
| Ordered On: | 10/1/2025 |
| Servee: | KATHRYN ELIZABETH TENBARGE |
| Documents: | summons; complaint; CIVIL COVER SHEET; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; PROPOSED DISCOVERY PLAN/SCHEDULING ORDER; |
| | Date: 10/4/2025<br>Time: 1:35 AM<br>Address Attempted: 196 Montrose Ave, , Brooklyn, NY 11206<br>I visited Montrose Avenue, but I couldn't locate a building marked 196 Montrose Ave. However, when I searched the address online, it appears to correspond to the building next to |

194 Montrose Ave. Interestingly, that same building is labeled as 173 Humboldt Street, as shown in the attached photos.





Thank you for trusting ASAP Legal!

*Please do not reply to this email. It was generated automatically.*

CLIENT PORTAL



# INVESTIGATIONS DIVISION

Phone (855) 744-3570 | Facsimile (855) 744-3571

investigations@asaplegal.com

October 15, 2025

Jonah Grossbardt
Freundlich Law
16133 Ventura Blvd, Ste. 645
Encino, CA 91436
jonah@freundlichlaw.com

**RE:**   Kathryn Tenbarge
          Control No: LA32091402A

Dear Mr. Grossbardt,

As requested, we initiated and completed a locate investigation on the above referenced subject.

**The results of our investigation are as follows:**

## Skip Trace Investigation

Each and every skip trace investigation is handled by our team of investigators who contribute a wide range of specialties including:

- ✓ Address Summary Search
- ✓ Phone Records Search
- ✓ Social Media Search
- ✓ Real Property Search
- ✓ Driver's License Search
- ✓ Utilities Search

- ✓ Professional License Search
- ✓ Criminal / Civil Record Search
- ✓ Employer Search
- ✓ Neighbors & Relatives Search
- ✓ Pre-Text Phone Calls / Ruses
- ✓ Liens / Judgements Search

RE: Kathryn Tenbarge
October 15, 2025
Page 2 of 2

## **Current Identification and Residential Information**

**Kathryn Tenbarge** is identified by her date of birth of ▮▮▮▮▮▮▮ and truncated social security number of ▮▮▮▮▮xxxx.

**Our investigation revealed and confirmed the subject currently resides at 547 Knickerbocker Ave, Apt. 1, Brooklyn, NY 11221.**

The subject's mobile telephone number is listed as ▮▮▮▮▮▮▮▮.

## **Recommendations**

Our recommendations are to conduct a twelve-hour stakeout at **547 Knickerbocker Ave, Apt. 1, Brooklyn, NY 11221** during the weekday/weekend in order to serve the above-mentioned individual.

Please be sure to reference Investigation Control Number LA32091402A on your service of process work request.

This completes our work on this matter at present. It is a pleasure to be of service to you. Should you have any questions, please do not hesitate to contact our office.


Very Truly Yours,

ASAP Legal, LLC

*The accuracy of the data submitted by the requestor will directly determine the accuracy of the results obtained. While the information furnished is from reliable sources, his accuracy is not guaranteed. Use of available data may be affected by the Fair Credit Reporting Act ("FCRA"), the Fair Debt Collection Practices Act, the Gramm-Leach-Bliley Act, or Federal and State privacy laws. This report was prepared by ASAP Legal, LLC, including its agents, employees and investigators, at the request of the client to whom it is addressed. The client agrees by accepting this report that reports and information received from ASAP Legal, LLC, including its agents, employees and investigators, are strictly confidential, and are intended solely for the client's sole private, exclusive use. Any other use, communication, publication or reproduction of this report, or any portion of his contents, without the written consent of ASAP Legal, LLC, including its agents, employees and investigators, is strictly forbidden. By ordering and accepting delivery of this report, the client agrees to indemnify ASAP Legal, LLC, including its agents, employees and investigators, against any damages or claims resulting from any such unauthorized use. This report is not a recommendation, endorsement or approval of any kind, with respect to any specific transaction, decision or evaluation, and should not be relied on as such under any circumstances. All information contained herein is confidential and proprietary, the property of the investigation company providing this report.*

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Kenneth D Freundlich, Esq<br>FREUNDLICH LAW<br>16133 Ventura Blvd Suite 645  Encino, CA 91436 | SBN: Bar No.119806 | FOR COURT USE ONLY |
| TELEPHONE NO.: (818) 377-3790 | FAX NO.: | |
| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | Client File # Nikolas v. Tenbarge | |

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF NEW YORK
STREET ADDRESS: 100 Federal Plaza
MAILING ADDRESS:
CITY AND ZIP CODE: Central Islip, NY 11722
BRANCH NAME:

PLAINTIFF/PETITIONER: ALEXA NIKOLAS
DEFENDANT/RESPONDENT: KATHRYN ELIZABETH TENBARGE

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>1:25-cv-05005-PKC-CHK |
|---|---|

I received the within assignment for filing and/or service on October 15, 2025 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: KATHRYN ELIZABETH TENBARGE

Documents: summons; complaint; CIVIL COVER SHEET; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

As enumerated below:

**10/16/2025 -- 4:00 PM**        547 Knickerbocker Ave, Apt. 1
                                 Brooklyn, NY 11221

Upon arrival, we noted the location is a secured residential location with ground-level storefronts. There was no activity upon arrival. We monitored the location until 8:00pm with no sight of anyone matching the subject's provided photo. As there was no entry, we rang the unit at this time with no response. We broke away at this time.

**10/17/2025 -- 6:00 AM**        547 Knickerbocker Ave, Apt. 1
                                 Brooklyn, NY 11221

Upon return, we noted no changes on site. We monitored the location until 10:00am with no sight of anyone matching the subject's photo. We rang the unit at this time with no response. We broke away at this time.

**10/18/2025 -- 9:00 AM**        547 Knickerbocker Ave, Apt. 1
                                 Brooklyn, NY 11221

Upon return, we noted no changes on site. We monitored the location until 1:00pm with no sight of anyone matching the subject's photo. We rang the unit at this time with no response. We broke away at this time.

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 11/24/2025.

Signature: _____
Rodwynn Wiltshire

DECLARATION OF DILIGENCE                                    Order#: LA32091402B/otpFormat

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Kenneth D Freundlich, Esq  SBN: Bar No.119806 <br> FREUNDLICH LAW <br> 16133 Ventura Blvd Suite 645  Encino, CA 91436 <br> TELEPHONE NO.: (818) 377-3790   FAX NO.: <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiff   Client File # Nikolas v. Tenbarge | | |

UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF NEW YORK
STREET ADDRESS: 100 Federal Plaza
MAILING ADDRESS:
CITY AND ZIP CODE: Central Islip, NY 11722
BRANCH NAME:

PLAINTIFF/PETITIONER: **ALEXA NIKOLAS**
DEFENDANT/RESPONDENT: **KATHRYN ELIZABETH TENBARGE**

| DECLARATION OF DILIGENCE | CASE NUMBER: 1:25-cv-05005-PKC-CHK |
|---|---|

I received the within assignment for filing and/or service on October 28, 2025 and that after due and diligent effort I have not been able to serve said person. I attempted service on this servee on the following dates and times:

Servee: KATHRYN ELIZABETH TENBARGE

Documents: Summons in a Civil Action; Complaint; PLAINTIFF ALEXA NIKOLAS' COMPLAINT FOR DEFAMATION JURY DEMAND

As enumerated below:

11/1/2025 -- 2:20 PM    7715 Stonehenge Dr
                       Montgomery, OH 452426205
Attempted service at 7715 Stonehenge Dr, Montgomery, OH 45242. Subject does not reside Current resident said the Tenbarge's previously resided here.

County:
Registration No.:
ASAP LEGAL
1609 James M Wood Blvd
Los Angeles, CA 90015

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 11/19/2025.

Signature: *Aaron Grimes*
Aaron Grimes

DECLARATION OF DILIGENCE    Order#: LA32093150/otpFormat

Doc ID: 27d422b094fcc000c0636174cafffc8bec9025f0