# EXHIBIT F

Case 1:25-cv-05005-PKC-CHK    Document 10-3    Filed 11/24/25    Page 2 of 34 PageID #: 262







**+ Follow** ···



# Kat Tenbarge 
@kattenbarge.bsky.social

**164.3K** followers   **1.8K** following   **5.5K** posts

Independent journalist covering internet culture, politics, and media @spitfirenews.com. Buy me a coffee: ko-fi.com/kattenbarge

| Posts | Media | Videos |
|---|---|---|

📌 Pinned



**Kat Tenbarge** ✔ @kattenbarge.bsky.social · 9mo

Almost two weeks ago, I found out I was one of 40 people getting laid off from NBC News.

Those who know me know I've wanted to go independent for a long time. Later this month, I'm launching @spitfirenews.com. We need journalism that is louder than ever.
spitfirenews.com/p/an-introdu...



Spitfire News



**Create account**   Sign in

💬 501        🔁 3.4K        ♡ 17K                    🔖  ⬆  •••

🔁 Reposted by Kat Tenbarge



**Will Bunch** ✔ @willbunch.bsky.social · 6h

A depraved and decadent Trump WH dinner for MBS was a stunning low for an American ruling class that's stopped pretending to carry a moral compass

It was really a celebration of death - of democracy, of an overheating planet, and ultimately themselves. My new column www.inquirer.com/opinion/ceos...



**The night America's doomed ruling class gorged on lamb, blood, and oil**
For America's deeply corrupt billionaires, time heals all wounds — even from a murderous Saudi prince's bone saw.

🌐 www.inquirer.com

💬 50        🔁 716        ♡ 1.6K                    🔖  ⬆  •••



**Kat Tenbarge** ✔ @kattenbarge.bsky.social · 1d

Ryan Lizza is doing with his Substack what YouTubers have already perfected: taking serious allegations they're personally involved with and turning them into melodrama to deflect from any of their own culpability and wrongdoing and monetize the shit out of it. Not journalism plus it's embarrassing

💬 28        🔁 173        ♡ 1.4K                    🔖  ⬆  •••

🔁 Reposted by Kat Tenbarge



**Sarah Weinman** ✔ @sarahweinman.com · 1d

This is a wonderful time to support journalists who do the work, don't fuck sources, and actually have moral clarity.

 Bluesky                                           Sign in

11/23/25, 4:58 PM    Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 4 of 34 PageID
Kat Tenbarge (@kattenbarge.bsky.social) — Bluesky
#: 264

i promise i don't mean to high horse this but if you're thinking about giving lizza ten bucks there are a lot of good independent journalists whose work you could subscribe to for a month instead

💬 9          ↻ 386          ♡ 2.2K          🔖  ⬆️  •••

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2d
Trump talking to Zohran is giving huge my grandfather talking to me about my career energy

💬 5          ↻ 31          ♡ 470          🔖  ⬆️  •••

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 2d
Every day there are more emails. It will never stop

💬 19          ↻ 36          ♡ 376          🔖  ⬆️  •••

↻ Reposted by Kat Tenbarge

 **Aftermath** ✓ @aftermath.site · 3d
On today's stream, we're joined by @kattenbarge.bsky.social and Steven Asarch to talk about why Mr Beast's new theme park in Saudi Arabia looks so bad. Also, age verification in Roblox and the looming specter of even more online surveillance. We go live at 4 PM ET

twitch.tv/aftermathdot...



💬 3          ↻ 13          ♡ 68          🔖  ⬆️  •••

↻ Reposted by Kat Tenbarge

 **ProPublica** ✓ @propublica.org · 4d
NEW: ProPublica has found multiple cases of women with underlying health conditions who

 Bluesky                                              Sign in

Case 1:25-cv-05005-PKC-CHK        Document 1-8        Filed 11/24/25        Page 5 of 34 PageID #: 265

Tierra Walker, a 37-year-old mother, was told by doctors there was no emergency before preeclampsia killed her.



**"Ticking Time Bomb": A Pregnant Mother Kept Getting Sicker. She Died After She Couldn't Get an Abortion in Texas.**

Walker is one of several women ProPublica found with underlying health conditions who died when they couldn't access abortions.

 www.propublica.org

 64        🔁 1.2K        ♡ 2.1K                    🔖    

---

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 4d

This could also be about journalism. The idea of fighting back against the smears was rarely taken seriously, capitulation was widely accepted and treated as both inevitable and right

> 🅡 **Roopika Risam** @roopikarisam.bsky.social · 4d
> Few things bug me more than higher ed leaders saying that we lost our mission and lost the trust of the public, when we have actually been the target of a decades-long smear campaign by the right wing that worked. The moment we're losing our mission is right now, in capitulation.

💬 9              🔁 78              ♡ 440                    🔖    ⋯

---

🔁 Reposted by Kat Tenbarge

 **Roopika Risam** @roopikarisam.bsky.social · 4d

Few things bug me more than higher ed leaders saying that we lost our mission and lost the trust of the public, when we have actually been the target of a decades-long smear campaign by the right wing that worked. The moment we're losing our mission is right now, in capitulation.

---

 **Bluesky**                                        Sign in

Case 1:25-cv-05005-PKC-CHK        Document 10-8        Filed 11/24/25        Page 6 of 34 PageID #: 266



**Eliot Higgins** ✓ @eliothiggins.bsky.social · 4d
↳ Replied to Eliot Higgins

We're watching a shift where AI simulates the cohesion and reinforcement that used to require an entire online community. A single person can now build a complete parallel reality with nothing more than a prompt window. Which seems bad.

💬 24          🔁 532          ♡ 2.1K                                    🔖  ⬆  ⋯

---

🔁 Reposted by Kat Tenbarge



**Jason Koebler** ✓ @jasonkoebler.bsky.social · 4d

This is one of the worst, most horrifying exposures we have ever seen. It is hard to overstate how bad the things that people are using tools like for are, and it's insane to pretend like these tools are anything other than nonconsensual porn machines

[www.404media.co/ai-porn-secr...](https://www.404media.co/ai-porn-secr)



**Massive Leak Shows Erotic Chatbot Users Turned Women's Yearbook Pictures Into AI Porn**

Chatbot roleplay and image generator platform SecretDesires.ai left cloud storage containers of nearly two million of images and videos exposed, including photos and full names of women from ...

Ⓒ www.404media.co

💬 44          🔁 770          ♡ 1.9K                                    🔖  ⬆  ⋯

---

🔁 Reposted by Kat Tenbarge



**Jake Grumbach** @jakemgrumbach.bsky.social · 5d
↳ Replied to Jake Grumbach

Various group-philosophical pessimisms will have you believing that universalism is impossible, not worth striving for. That if you don't oppress, you will inevitably be a victim. I

 **Bluesky**                                                      Sign in



**Kat Tenbarge** ✔ @kattenbarge.bsky.social · 5d

My friend @asarch.bsky.social and I are soft launching our livestream about theme parks and internet culture with MrBeast's controversial new venture in Saudi Arabia—you can watch it live now! www.youtube.com/live/G_nzPlf...





💬 2          🔁 10          ♡ 84                    🔖  ⬆️  •••

🔁 Reposted by Kat Tenbarge



**Karen Attiah** ✔ @karenattiah.bsky.social · 5d

I will never forget having to edit Jamal's final, posthumous piece for the Washington Post, after he was murdered.

He was calling for free expression in the Arab world. You can read it here :

www.washingtonpost.com/opinions/glo...



                                                    Sign in

11/23/25, 4:5... PM
Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 8 of 34 PageID
#: 268
Kat Tenbarge (@kattenbarge.bsky.social) · Bluesky

**Opinion | Jamal Khashoggi: What the Arab world needs most is free expression**
The Arab world needs a modern version of the old transnational media so citizens can be informed about global events.

◎ www.washingtonpost.com

💬 306          ⇄ 9.5K          ♡ 24K                    🔖  ⬆  •••

---

⇄ Reposted by Kat Tenbarge

 **Adam Serwer** @adamserwer.bsky.social · 5d
The fact that no one in the room stood up for her says a lot about how we got here
bsky.app/profile/pale...

 **Matt Novak** ✓ @paleofuture.bsky.social · 5d
"Quiet! Quiet, Piggy."

💬 388          ⇄ 2.4K          ♡ 9.7K                   🔖  ⬆  •••

---

⇄ Reposted by Kat Tenbarge

 **public health guy** 🦫 @publichealthguy1.bsky.social · 5d

---

🦋 **Bluesky**                                                      Sign in

11/23/25, 4:54 PM    Case 1:25-cv-05005-PKC-CHK    Document 1-8    Filed 11/24/25    Page 9 of 34 PageID
#: 269
Kat Tenbarge (@kattenbarge.bsky.social) — Bluesky



Ha! That was a trick question,
as we should all be on Bluesky.

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 5d    ALT

⟲ 86    🔖 ↑ ···

My friends: Twitter is down. YouTube is down. Slack is down. Even Grindr is down
Me: You know what's not down...

**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 5d
💬 35    ⟲ 60    ♡ 655    🔖 ↑ ···



My friends: Twitter is down. YouTube is down. Slack is down. Even Grindr is down
Me: You know what's not down...

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 5d

So if Olivia is 32 now, broke up with Lizza last year, was together with him for a decade, and
then was living with you for 4+ years before that, how old was she when you moved her out
of her (presumably parents') house in the suburbs to live with you?

> 🔴 **Keith Olbermann** ✓ @olbermann.bsky.social · 5d
>
> Btw about this from Lizza's reply: Olivia and I lived together for 4+ years (4 b'days, 4
> Xmases, 4 anniversaries). That's like $1250 of jewelry per celebration. And her
> apartment was a writing studio. And I made an f-ton then. What was I supposed to do?
> Get her a lot of Gift Certificates from Kmart?

 **Bluesky**                                                    Sign in

> paid for her to attend college, outfitted her in
> Tom Ford and Hervé Léger dresses and some
> $15,000 worth of Cartier jewelry. Later, he



**Kat Tenbarge** ✅ @kattenbarge.bsky.social · 5d
Pretty sinister undercurrent to this story about how a much older, very wealthy man in journalism lured a teenager into the profession through extremely inappropriate power dynamics

💬 25        🔁 465        ♡ 3.2K                        🔖  ⬆  •••



**Kat Tenbarge** ✅ @kattenbarge.bsky.social · 5d
Hey Keith, how old was Olivia when you started your relationship? Just wondering!

┌──────────────────────────────────────────────────────────┐
│ 🧑 **Keith Olbermann** ✅    @olbermann.bsky.social · 5d   │
│ Ryan Lizza appears to be accusing Olivia Nuzzi of an affair with Mark Sanford when she │
│ was covering HIM in 2020? 🧑 https://www.telos.news/p/part-1-how-i-found-out │
└──────────────────────────────────────────────────────────┘

💬 9          🔁 17          ♡ 274                          🔖  ⬆  •••



**Kat Tenbarge** ✅ @kattenbarge.bsky.social · 5d
The way both Ryan Lizza and Olivia Nuzzi are now selling their personal lives like melodramas while also both still supposedly being serious political journalists makes me deeply uncomfortable

💬 47        🔁 227        ♡ 2.1K                          🔖  ⬆  •••

View full thread



**Kat Tenbarge** ✅ @kattenbarge.bsky.social · 5d
The Ryan Lizza Substack or whatever may make other people happy but not I. I'm mainly deeply disturbed and do not like any of this whatsoever

💬 5          🔁 11          ♡ 226                          🔖  ⬆  •••



**Kat Tenbarge** ✅ @kattenbarge.bsky.social · 5d
Also I love the way Ryan characterizes sexual misconduct allegations against him in his little piece. Just kidding I did not love it at all www.nytimes.com/2017/12/11/b...



 **Bluesky**                                                    Sign in

Case 1:25-cv-05005-PKC-CHK        Document 10-8      Filed 11/24/25      Page 11 of 34 PageID #: 271

**Ryan Lizza Fired by The New Yorker Over Sexual Misconduct Allegation (Published 2017)**

 www.nytimes.com

💬 4             ↻ 42             ♡ 289             🔖  ⬆️  •••

---

↻ Reposted by Kat Tenbarge

 **Jessica Luther** @jessicawluther · 6d

To Kat's point, I have always said that the easiest thing to do in the face of reports of gendered violence is nothing. People desperately want to do nothing. And pushing them to do literally anything is seen as an attack.

>  **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 6d
>
> It has always been so obvious that the backlash to MeToo isn't about whether the abuse is happening but whether people are allowed to want it to stop

💬 4             ↻ 82             ♡ 434             🔖  ⬆️  •••

---

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 6d

It has always been so obvious that the backlash to MeToo isn't about whether the abuse is happening but whether people are allowed to want it to stop

💬 78            ↻ 1.7K            ♡ 9K             🔖  ⬆️  •••

⋮

[View full thread](#)

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 6d

That's (part of) why so much energy is invested in who is allowed to be called a victim, what crimes are allowed to be called crimes. Well unless the child is below the age of 15 it doesn't even matter, and we won't believe the ones under 15 exist. We know it's happening but stop being mad about it

💬 2             ↻ 50             ♡ 692             🔖  ⬆️  •••

**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 6d

Rape and abuse and pedophilia and all these things are bad in the abstract but we're not allowed to say who's doing it and we're not allowed to say who was victimized by it. We can't come up with ways to stop it from happening, either

💬 10            ↻ 101            ♡ 797             🔖  ⬆️  •••

---

 **Bluesky**                                                              Sign in

over there is completely inauthentic rage bait—and non-verified users engaging with it are basically suckers

💬 9          🔁 31          ♡ 250                                              🔖  ⬆️  •••

---

🔁 Reposted by Kat Tenbarge

**Jennifer Joy Freyd** @jjfreyd.bsky.social · 11d
With the House returning, Adelita Grijalva will have to be sworn in, potentially resulting in the release the Epstein files.

In this essay, @mjcasper.bsky.social and I explain why this matters a lot:

"Replace betrayal with courage: Release all of the Epstein Files"

thehill.com/opinion/whit...

> **https://thehill.com/opinion/white-house/5503575-epstein-files-release-survivors/**
>
> ⊕ thehill.com

💬 2          🔁 8          ♡ 28                                              🔖  ⬆️  •••

---

**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 6d
The comparison isn't perfect but I kind of think Olivia Nuzzi is to journalism what Jake Paul is to boxing. Influencer culture usurping institutions and turning outrage and negative engagement into maximum clicks and therefore value, plus it flatters elite interests

💬 33          🔁 117          ♡ 992                                              🔖  ⬆️  •••

---

🔁 Reposted by Kat Tenbarge

**Courtney Milan** @courtneymilan.com · 6d
This thread. I think it's incredibly important to remember that the TERF fragility/rabidity started to take off right around the height of me too, and the main message they had was "men are inherently violent."

They targeted trans WOMEN, while at the same time excusing actual violence from cis men.

> 🐵 **She Guevara** @sheg7.bsky.social · 6d
> MeToo was intentionally co-opted by the type of 'feminist' that berates and abuses people for not conforming to gender, while insisting that a uterus makes a woman...
>
> 1/2

💬 4          🔁 216          ♡ 800                                              🔖  ⬆️  •••

---

**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 7d
Despite being on this Earth for 28 years it still feels like a huge betrayal every time the sun sets at 5 pm. How can they keep getting away with this

---

🦋 **Bluesky**                                                              Sign in



Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 13 of 34 PageID #: 273

⇄ Reposted by Kat Tenbarge

 **Michael** @fleerultra.bsky.social · 8d

not to beat a dead horse but they do this not out of some belief about maximizing electoral returns but out of an aversion to rhetorically committing themselves to doing something about epstein/corruption/ICE/whatever other issue they're avoiding, should they win power back

 **Brian Beutler** @brianbeutler.bsky.social · 9d

The usual suspects are telling Dems that Epstein won't win elections, get back to "affordability" and I think my head might explode. www.offmessage.net/p/force-a-re...



**Force A Referendum On The Epstein Coverup**
It divides Republicans much more than "affordability" or any other economic issue.

🌐 www.offmessage.net

💬 17          ⇄ 146          ♡ 793                                    🔖  ⬆  ⋯

 **Kat Tenbarge** ✔ @kattenbarge.bsky.social · 9d

"The government is allowed to post real death threats on social media but you're not allowed to post sarcastic death threats on social media" is actually a pretty apt distillation of power and violence

💬 44          ⇄ 1.6K          ♡ 5.7K                                  🔖  ⬆  ⋯

 **Kat Tenbarge** ✔ @kattenbarge.bsky.social · 9d

And FWIW, this is not strictly a Bluesky problem. It is a content moderation problem and content moderation problems are also people problems. I wish there was an easier solution to this

💬 3          ⇄ 40          ♡ 477                                       🔖  ⬆  ⋯

 Bluesky                                                              Sign in

11/23/25, 4:53 PM
Kat Tenbarge (@kattenbarge.bsky.social) — Bluesky
Case 1:25-cv-05005-PKC-CHK       Document 10-8       Filed 11/24/25       Page 14 of 34 PageID #: 274

People employ absurd, grotesque victim-blaming logic that even they don't really believe as part of a global gaslighting effort to make victims blame themselves first and foremost and not even seek accountability or expose these crimes in the first place. And it works like a charm

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 9d

People do this instinctually because of the success of the effort and they often don't even consciously know or understand that they're a part of the effort. Victims become part of the effort, too

💬 3          ⇄ 9          ♡ 99

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 11d

The idea that sexual abuse is part of "private" life instead of a public crisis has done incalculable damage. Anti-rape activists have to fight to even make it possible to expose sexual abuse as a wrongdoing in public without being silenced and undermined. That fight is far from won

💬 22          ⇄ 834          ♡ 3.5K

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 11d

Every high-profile case illustrates this, especially the longer it plays out

💬          ⇄ 29          ♡ 381

⇄ Reposted by Kat Tenbarge

 **Peter Sagal** @petersagal.bsky.social · 11d

As I sometimes like to mention, s the only reason you know who Jeffrey Epstein is (that is, if you weren't one of his friends/clients/beneficiaries) is because Ms Brown, below, broke the story of his sweetheart deal to get out of the 2008 trafficking charges.



🦋 **Julie K. Brown** @jkbjournalist.bsky.social · 11d

BREAKING: (Gift) New Epstein emails reveal that Epstein claimed he had kompromat on President Trump. www.miamiherald.com/news/politic...



Sign in

11/23/25, 4:53 PM    Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 15 of 34 PageID
Kat Tenbarge (@kattenbarge.bsky.social) — Bluesky
#: 275

### New Epstein emails claim Trump 'spent hours' with victim

Democrats on the House Oversight say the emails provide evidence of a cover-up by the White House

ⓘ www.miamiherald.com

💬 46          🔁 676          ♡ 2.3K                    🔖  ⬆  •••

---

🔁 Reposted by Kat Tenbarge

 **Jason Koebler** ✔ @jasonkoebler.bsky.social · 11d

The most horrifying AI slop of ICE raids you can possibly imagine is wildly viral on Facebook, collectively totaling tens of millions of views from a single account. First spotted by @chadloder.bsky.social

www.404media.co/ai-generated...



### AI-Generated Videos of ICE Raids Are Wildly Viral on Facebook

An account is spamming horrific, dehumanizing videos of immigration enforcement because the Facebook algorithm is rewarding them for it.

ⓘ www.404media.co

💬 35          🔁 672          ♡ 1.3K                    🔖  ⬆  •••

---

🔁 Reposted by Kat Tenbarge

 **Lydia Polgreen** ✔ @polgreen.bsky.social · 11d

Freud abandoned the seduction theory because it was simply too hard to confront the reality that childhood sexual abuse was endemic in Vienna society. Thinking about that today amid the flood of Epstein emails, and the silence among the MAGA child sex abuse conspiracy theorists

 Bluesky                                          Sign in

Case 1:25-cv-05005-PKC-CHK          Document 10-8          Filed 11/24/25          Page 16 of 34 PageID #: 276

🔁 Reposted by Kat Tenbarge



**Gillian Branstetter** @gbbranstetter.bsky.social · 11d

My takeaway from every new Epstein revelation is that some powerful people victimized many powerless young women, many more knew, some actively enabled it--and we're still being told that MeToo and accountability for sexual violence have gone too far

💬 459          🔁 7.1K          ♡ 25K                              🔖   ⬆️   •••

---

🔁 Reposted by Kat Tenbarge



**Julie K. Brown** @jkbjournalist.bsky.social · 11d

BREAKING: (Gift) New Epstein emails reveal that Epstein claimed he had kompromat on President Trump. www.miamiherald.com/news/politic...

**New Epstein emails claim Trump 'spent hours' with victim**
Democrats on the House Oversight say the emails provide evidence of a cover-up by the White House

© www.miamiherald.com

💬 152          🔁 1.9K          ♡ 4.5K                              🔖   ⬆️   •••

---

🔁 Reposted by Kat Tenbarge



**Christa (she/her)** @wordrascal.bsky.social · 12d

Can't help thinking of the communities that sprang up from young ppl sharing their experiences being autistic, ADHD, AuDHD as well as with mental health & yes, abuse (all interconnected). Limiting online speech = preventing these communities from forming = isolating young ppl = enabling abuse.

>  **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 12d

 **Bluesky**                                                                    Sign in

Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 17 of 34 PageID #: 277

It's disturbing and discomforting to examine but there are several anti-phone and anti-social media initiatives  weaponizing murders and suicides of teens, leveraging grieving parents, and exaggerating or inventing causation to try and limit speech online and restrict teen freedoms

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 12d

It's disturbing and discomforting to examine but there are several anti-phone and anti-social media initiatives  weaponizing murders and suicides of teens, leveraging grieving parents, and exaggerating or inventing causation to try and limit speech online and restrict teen freedoms

💬 14          ⇄ 231          ♡ 1K                                    🔖  ⬆  •••

---

⇄ Reposted by Kat Tenbarge

 **Sarah Weinman** ✓ @sarahweinman.com · 12d

Today is the publication day for WITHOUT CONSENT, a book I am so proud to share with the world, and that the New York Times Book Review says "is years — decades — overdue."

Read more, and order in your preferred format from your favorite retailer here: www.sarahweinman.com/book/without...

 Bluesky

Sign in

💬 51        🔁 424        ❤️ 1.3K                                    🔖  ⬆️  •••

🔁 Reposted by Kat Tenbarge



**Puff the Magic Hater** @mskellymhayes.bsky.social · 12d
Yo, @support.bsky.team, bring back @sarahkendzior.bsky.social.

💬 48        🔁 459        ❤️ 966                                    🔖  ⬆️  •••

**Kat Tenbarge** ☑️ @kattenbarge.bsky.social · 13d
Last week's election and last night's betrayal prove that the Democratic base has rightfully
moved to the left of its establishment politicians and their status quo. Voters won't accept it
anymore, so the party either follows them or fails. Me for @spitfirenews.com
spitfirenews.com/p/establishm...

**Establishment Democrats have already lost**
On healthcare affordability, Zohran Mamdani, and radical change—now.

ⓢ spitfirenews.com

💬 13        🔁 112        ❤️ 630                                    🔖  ⬆️  •••

**Kat Tenbarge** ☑️ @kattenbarge.bsky.social · 13d
For this story I spoke to leftist organizers in Oregon, the kind of place where national pundits
act like Zohran Mamdani's platform could never be successful. These local activists face the
same rhetoric designed to smear them that Mamdani does, but they all represent a larger,
unstoppable shift.

💬 2        🔁 4        ❤️ 93                                        🔖  ⬆️  •••

 Bluesky                                                    Sign in

Case 1:25-cv-05005-PKC-CHK        Document 10-8        Filed 11/24/25        Page 19 of 34 PageID
#: 279

Kyle Kingsbury is not a journalist. He is not an op-ed writer.

He is a computer safety researcher.

And he has written one of the most compelling, comprehensive accounts of the ongoing hell in Chicago that you could possibly imagine.

In under 1600 words.

aphyr.com/posts/397-i-...

---

## I Want You to Understand Chicago

Politics Chicago
2025-11-08

I want you to understand what it is like to live in Chicago during this time.

Every day my phone buzzes. It is a neighborhood group: four people were kidnapped at the corner drugstore. A friend a mile away sends a Slack message: she was at the scene when masked men assaulted and abducted two people on the street. A plumber working on my pipes is distraught, and I find out that two of his employees were kidnapped that morning. A week later it happens again.

An email arrives. Agents with guns have chased a teacher into the school where she works. They did not have a warrant. They dragged her away, ignoring her and her colleagues' pleas to show proof of her documentation. That evening I stand a few feet from the parents of Rayito de Sol and listen to them describe, with anguish, how one Ms. Diana was to their children. What it is like to have strangers with guns traumatize your kids. For a teacher to hide a three-year-old child for fear they might be killed. How their relatives will no longer leave the house. I hear the pain and fury in their voices, and I wonder who will be next.

Understand what it is to pray in Chicago. On September 19th, Reverend David Black, lead pastor at First Presbyterian Church of Chicago, was praying outside the ICE detention center in Broadview when a DHS agent shot him in the head with pepper balls. Pepper balls are never supposed to be fired at the head because they can seriously injure, or even kill. "We could hear them laughing as they were shooting us from the roof," Black recalled. He is not the only member of the clergy ICE has assaulted. Methodist pastor Hannah Kardon was violently arrested on October 17th, and Baptist pastor Michael Woolf was shot with pepper balls on November 1st.

Understand what it is to sleep in Chicago. On the night of September 30th, federal agents rappelled from a Black Hawk helicopter to execute a raid on an apartment building on the South Shore. Roughly three hundred agents deployed flashbangs, busted down doors, and took people indiscriminately. US citizens, including women and children, were grabbed from their beds, marched outside without even a chance to dress, zip-tied, and loaded into vans. Residents returned to find their windows and doors broken and their belongings stolen.

ALT

---

 116        6K        10K                                  ⋯

🔁 Reposted by Kat Tenbarge

 **Jennifer Joy Freyd** @jjfreyd.bsky.social · 16d
In this 9-minute presentation I touch on betrayal trauma, betrayal blindness, institutional betrayal, DARVO, institutional courage, and what the theories and research findings suggests for responding to our current situation.

www.youtube.com/watch?v=CFTb...

---

 **Bluesky**                                                                    Sign in



- An institution's commitment to protect and care for those who depend on the institution.
- A commitment to seek the truth and engage in moral action, despite unpleasantness, risk, and short-term cost.

So what did it do about all this?

**Jennifer Freyd 2025 - Institutional Betrayal and the Path to Courage**
YouTube video by jjfreyd
Ⓒ www.youtube.com

💬 3          🔁 27          ♡ 69

🔁 Reposted by Kat Tenbarge

 **jessie** 👺 **@jessiejessup.bsky.social** · 13d

I'm single. No kids, no claims, no pre-existing conditions. The cataclysmic leap from paying $50 a month to $1,228.28 a month is a level of devastation the depth of which I'm struggling to articulate. I wasn't going to be able to afford when I thought it was going up to $350 a month. And now... 😵

>  👺 **jessie** 👺 **@jessiejessup.bsky.social** · 14d
>
> I thought my new health insurance premium was going to be $350 per month until I got this letter informing me that it would be $1,228.28 PER MONTH.  I CURRENTLY PAY $50. Is my math mathing? Is that.... a 2,356.42% increase?
>
> 2256.42%????
>
> TWO THOUSAND TWO HUNDRED FIFTY SIX POINT FORTY TWO PERCENT 🥵

 **Bluesky**                                                          Sign in



**Why am I getting this letter?**

Your health coverage is still being offered in 2026, but some details may have changed. Read this le... want to keep this plan or choose another one. Also make sure to update your information Marketplace.

**What's changing in 2026**

Your new premium

- Starting in January, your new monthly premium will be $1228.21. This does not inclu... received for 2025.

If you're currently getting financial help with the cost of your health coverage, your fi... in 2026. Update your Exchange application by December 15, 2025 to find out how muc... year. Get details in "What you need to do" below.

💬 32    🔁 661    ♡ 1.5K

🔁 Reposted by Kat Tenbarge

**Patrick Monahan** @pattymo.com · 13d
They caved in March so they could get a better deal now. They're caving now so they can get a better deal in some indeterminate future. The better deal is always just beyond their reach, but continuing to cave will get them there. And if you don't agree with that, you don't understand Politics,

💬 208    🔁 2.5K    ♡ 11K    🔖  ↑  ⋯

**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 13d
Senators on the brink of retirement who lived full, wealthy lives and never feared the loss of their own healthcare voting for their constituents to die from their inability to afford the same is treasonous

💬 367    🔁 6.7K    ♡ 22K    🔖  ↑  ⋯

**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 13d
A young woman on TikTok recently posted a video speaking about how she will die without the insulin she will no longer be able to afford. How she won't be able to stockpile it forever. How heavy it was to consider that as a young person full of dreams and potential. My heart breaks for her.

💬 23    🔁 186    ♡ 1.1K    🔖  ↑  ⋯

🔁 Reposted by Kat Tenbarge

**Greg Sargent** ✓ @gregsargent.bsky.social · 13d
This is really good to see: Miki Sherrill just put out a statement sharply criticizing the Senate Dems' pending cave in the government shutdown, ripping it as "malpractice" and a betrayal of the people who are "counting on us to fight for them." Sherrill knows what drove her victory. Wake up, Dems.



🦋 Bluesky                                                            Sign in

Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 22 of 34 PageID #: 282

**TRENTON** — Governor-elect Mikie Sherrill released the following statement slamming the Senate's proposed shutdown deal:

"I ran for office to deliver for New Jerseyans, even in the face of Washington leadership that keeps failing people. And last week we won with a broad coalition after laying out a plan that takes bold action on costs, despite political pressure and people saying it couldn't be done. Voters made it clear: the American people want leadership with a backbone. And at a critical moment when they need leaders to stay strong under pressure, the Senate is on the brink of caving on a bill that the American people can't afford.

"Make no mistake, if this deal passes, it will lead to New Jerseyans paying far more for their healthcare, when they are already paying more and more for everything. Making this deal is malpractice — we have more than 9 million people in New Jersey who are counting on us to fight for them, and instead Washington is putting them in harm's way. Not on my watch."

💬 266          ⟲ 6.2K          ♡ 33K                    🔖  ↑  …



**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 14d

A cautionary tale in being a woman who appeals to a conservative audience: While MAGA has co-opted Sydney Sweeney as their new star, her latest film debuted in the top ten worst box office openings and the same MAGA crowd brutally attacked her appearance in 2024 while she was training for the role

💬 16          ⟲ 103          ♡ 785                    🔖  ↑  …



**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 14d

They only love her when she conforms to their exact body type preferences, have no problem harassing and demeaning her otherwise, and won't support her actual work. Because MAGA doesn't go to women-led movies

💬 3          ⟲ 17          ♡ 397                    🔖  ↑  …



**Kat Tenbarge** ✓ @kattenbarge.bsky.social · 14d

Incredibly bittersweet to be published in Teen Vogue this weekend after devastating layoffs, including my editor for this piece. It's about how beauty influencers have fallen into and become part of the alt-right pipeline targeting girls and women

www.teenvogue.com/story/womano...



                                                          Sign in

Case 1:25-cv-05005-PKC-CHK          Document 10-8          Filed 11/24/25          Page 23 of 34 PageID #: 283



**The 'Womanosphere' Is Coming for Teen Girls**
How beauty and wellness influencers are part of a misinformation ecosystem pushing traditional values on girls.

🌐 www.teenvogue.com

💬 27          🔁 494          ♡ 1.6K                    🔖  ⬆️  •••

 **Kat Tenbarge** ✔️ @kattenbarge.bsky.social · 14d
It was such a pleasure to work with @brittneymac15.bsky.social on this. Like a lot of women journalists, Teen Vogue was one of my first major bylines back when I was in college. The team has always paid close attention to influencers and internet culture even when other outlets didn't

💬 1          🔁 7          ♡ 130                    🔖  ⬆️  •••

 **Kat Tenbarge** ✔️ @kattenbarge.bsky.social · 14d
Pluribus is amazing. It's like a gay prestige inverse take on the good place

💬 10          🔁 19          ♡ 290                    🔖  ⬆️  •••

 🔁 Reposted by Kat Tenbarge

 **Emily C. Hughes** @emilyhughes.bsky.social · 15d
pre-writing a devastating obituary for your enemy is god-tier hating of a kind you don't often see anymore. renaissance haterism. beautiful stuff.

> 🖼️ **Brittany Trang** @brittanytrang.com · 15d
> A Sharon Begley byline, almost 5 years after her death.
>
> Upon hearing the news James Watson had died, a STAT reporter said in our Slack, "I wish I could read what Sharon would have written."
>
> Incredible news: Sharon in fact did pre-write a Watson obit. And it is masterful and excoriating.
>
> 🧪 🧬 ⚛️

 **Bluesky**                                                                    Sign in



**James Watson, dead at 97, was a scientific legend and a pariah among his peers**

James Watson, the co-discoverer of the structure of DNA who died Thursday at 97, was a scientific legend and a pariah among his peers.

© www.statnews.com

💬 13    🔁 4.4K    ♡ 14K

🔁 Reposted by Kat Tenbarge

**innes** @innes.bsky.social · 15d



ALT

💬 6    🔁 119    ♡ 890

**Kat Tenbarge** ✔ @kattenbarge.bsky.social · 15d

🦋 **Bluesky**        Sign in

Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 25 of 34 PageID #: 285

💬 20          🔁 94          ♡ 613                                🔖  ⬆  •••

![Kat Tenbarge avatar] **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 15d
I actually believe that everyone is capable of doing these things and handing over the idea of doing them via a chatbot is learned helplessness

💬 3          🔁 19          ♡ 245                                🔖  ⬆  •••

🔁 Reposted by Kat Tenbarge

![Jonny Kiehlmann avatar] **Jonny Kiehlmann** @kiehlmann.bsky.social · 15d
I keep wondering how many cases of IPV the perpetrator has spent months talking to ChatGPT being told they are right and their partner is in the wrong and terrible. (Excuses nothing, obviously)

It won't be a small number. What order of magnitude?

How many levels is chatGPT use leading to violence?

> ![Kat Tenbarge avatar] **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 16d
> Part of the reason I think there isn't as much pressure around stopping ChatGPT re: suicide/psychosis as compared to stuff like Panera Lemonade is because people are inclined to blame it on mental illness versus the tech, a kind of victim-blaming mentality that fits neatly into just world fallacy

💬 3          🔁 18          ♡ 108                                🔖  ⬆  •••

![Kat Tenbarge avatar] **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 16d
Part of the reason I think there isn't as much pressure around stopping ChatGPT re: suicide/psychosis as compared to stuff like Panera Lemonade is because people are inclined to blame it on mental illness versus the tech, a kind of victim-blaming mentality that fits neatly into just world fallacy

💬 23          🔁 560          ♡ 2.5K                             🔖  ⬆  •••

![Kat Tenbarge avatar] **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 16d
Put another way, I think people are more scared of drinking something that they think could kill anyone, versus experiencing a condition that they believe could never happen to them— even though it very well could

💬 4          🔁 69          ♡ 663                                🔖  ⬆  •••

![Kat Tenbarge avatar] **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 16d
This resonates with what the disability rights community talks about a lot, which is that people prefer to believe they'll never be disabled even though you are guaranteed it the longer you keep living

💬 3          🔁 83          ♡ 648                                🔖  ⬆  •••

🔁 Reposted by Kat Tenbarge

🦋 **Bluesky**                                                              Sign in

11/23/25, 4:57 PM    Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 26 of 34 PageID
Kat Tenbarge (@kattenbarge.bsky.social) · Bluesky
#: 286

Colin Carlson @colincarlson.bsky.social · 16d

OVER A MILLION USERS

DISCUSS SUICIDE WITH CHATGPT

EVERY *WEEK*

what the fuck are we DOING here

💬 10          🔁 1K          🤍 3.5K                              🔖  ⬆️  •••

Kat Tenbarge ✔️ @kattenbarge.bsky.social · 16d
Watching Guillermo's new Frankenstein and this really is reminiscent of AI lol

💬 18     🔁 4     🤍 164                                          🔖  ⬆️  •••

Kat Tenbarge ✔️ @kattenbarge.bsky.social · 16d
You guys I mean that the moral of the story Frankenstein is extremely relevant to AI

💬 7     🔁 1     🤍 229                                          🔖  ⬆️  •••

Kat Tenbarge ✔️ @kattenbarge.bsky.social · 16d
Being sick and drinking some hot miso soup is like briefly being one with god

💬 13     🔁 16     🤍 442                                        🔖  ⬆️  •••

Kat Tenbarge ✔️ @kattenbarge.bsky.social · 16d
OpenAI is well aware of how its products stoke manic, suicidal, psychotic, and other forms of
unhealthy behavior, but company leadership insists publicly that the problem with the tech is
that it isn't reaching *enough* people. Bulldozing the vulnerable is corporate strategy

💬 40     🔁 250     🤍 1.1K                                      🔖  ⬆️  •••

🔁 Reposted by Kat Tenbarge
Denny Carter ✔️ @dennycarter.bsky.social · 16d
↳ Replied to Denny Carter


**Bluesky**                                                                Sign in

11/23/25, 4:37 PM    Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 27 of 34 PageID
Kat Tenbarge (@kattenbarge.bsky.social) — Bluesky
#: 287

## In Desperation, a Dumpster

**Arianna Payton, 25, Granada, Colo.**

On Tuesday night, Arianna Payton sneaked into a Walmart parking lot and climbed into a dumpster.

"I grabbed as much as I could," she said. "I wasn't even looking to make sure that it was safe."

When she got home, she inspected everything. She retrieved a few bags of frozen vegetables, meal replacement shakes, cheese and fruit. She also found some loaves of moldy bread that she thought she could salvage.

 ⇄ Reposted by Kat Tenbarge

Atul Gawande @agawande.bsky.social · 17d

he ... ed "Rovina's Choice," about the deaths this man without conscience or accountability has caused — already 600,000, ⅔ of them children.

 

---



**Elon Musk** ✓ 🕱
@elonmusk

**Subscribe**

Western Civilization is doomed, unless the core weakness of suicidal empathy is recognized and actions are taken that are hard, but necessary for survival

> **Gad Saad** ✓ @GadSaad · Nov 5
>
> A civilization is built on a set of internalized values. Numerous civilizations have developed radically different visions of how to organize societies, and these have competed in process akin to Darwinian selection in establishing which civilizational ethos permits for maximal
>
> Show more

11:08 AM · Nov 5, 2025 · **28.3M** Views

---

 **Bluesky**

Sign in

💬 194          🔁 2.4K          ♡ 7.3K                    🔖 ⬆️ •••

🔁 Reposted by Kat Tenbarge



**Micah** @rincewind.run · 17d

making Jacob the stereotypical Bluesky user is the rudest and truest attack anyone has ever made on us



💬 28          🔁 666          ♡ 3.9K                    🔖 ⬆️ •••

🔁 Reposted by Kat Tenbarge



**Kylie Cheung** @kylietcheung.bsky.social · 17d

my new mayor getting sexual predators off the streets on day 1 i KNOW thats right



🦋 **Bluesky**                                                    Sign in

**Dave Portnoy threatens to pull Barstool from NYC over 'Communist' Zohran Mamdani's win: 'Hate the guy'**

Portnoy made the comments during a livestream on YouTube last week as it became clear that Mamdani would win the mayoral race.

🌐 nypost.com

💬          ⇄ 554          ♡ 4K                    🔖  ⬆️  •••

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 17d

I think it's only fair that we get a "Have men ruined society?" op-ed

💬 142          ⇄ 425          ♡ 2.9K                    🔖  ⬆️  •••

⇄ Reposted by Kat Tenbarge

 **Jason Koebler** ✓ @jasonkoebler.bsky.social · 17d
↳ Replied to Jason Koebler

Once you start thinking of AI as a war on humanity, on human thought, on human inquiry, on human labor, on nuance and critical thinking, it slots in pretty seamlessly with the right wing ideological project, oligarchical political projects, big tech's political projects, etc

> The future being pushed by both AI boosters and educational censors is one where access to information is tightly controlled. Children will not be allowed to read certain books or learn certain narratives. "Research" will be performed only through one of a select few artificial intelligence tools owned by AI giants which are uniformly aligned behind the Trump administration and which have gone to the ends of the earth to prevent their black box machines from spitting out "woke" answers lest they catch the ire of the administration. School boards and library boards, forced to comply with increasingly restrictive laws, funding cuts, and the threat of being defunded entirely, leap at the chance to be considered forward looking by embracing AI tools, or apply for grants from government groups like the Institute of Museum and Library Services (IMLS), which is increasingly giving out grants specifically to AI projects.

ALT

💬 24          ⇄ 964          ♡ 2.6K                    🔖  ⬆️  •••

⇄ Reposted by Kat Tenbarge

 **Jason Koebler** ✓ @jasonkoebler.bsky.social · 17d
The long-running ideological war on libraries, education, and government workers is not separate from AI boosterism. It is the same ideological war on human knowledge and

 **Bluesky**                                                      Sign in



**AI Is Supercharging the War on Libraries, Education, and Human Knowledge**

"Fascism and AI, whether or not they have the same goals, they sure are working to accelerate one another."

© www.404media.co

💬 29          ⇄ 738          ♡ 1.5K                    🔖  ↑  •••

⇄ Reposted by Kat Tenbarge

 **Alma Avalle** @goodbyealma.bsky.social · 17d

I'm one of the four fired employees. I was a writer & producer at Bon Appétit for nearly five years, during which  I helped organize our union and sat on our bargaining committee.

I am, to my knowledge, the only trans woman in our union and the only trans woman on editorial who doesn't work at Them

> 🦋 **max tani** @maxtani.bsky.social · 17d
> New: Conde Nast fired four employees who were among a group that confronted the company's head of human resources on Wednesday over the decision to fold Teen Vogue into Vogue/recent cuts. Employees who were fired included journalists from the New Yorker, Wired, and Bon Appétit.

💬 37          ⇄ 1.5K          ♡ 4.9K                    🔖  ↑  •••

⇄ Reposted by Kat Tenbarge

 **Jake Lahut** ✓ @jakelahut.writes.news · 17d
↳ Replied to Jake Lahut

But if you have some spare income, give what you can here or sign up for one of the paid

 **Bluesky**                                                      Sign in



### StraightFromThe Hut

A campaign and communications strategy newsletter, plus a home for Jake Lahut's freelance feature reportin...

**Subscribe**

**StraightFromThe Hut | Jake Lahut | Substack**

A campaign and communications strategy newsletter, plus a home for Jake Lahut's freelance feature reporting and other notebook items (no paywalls, but pay to support). Click to read StraightFromThe...

🌐 straightfromthehut.substack.com

💬 1          🔁 20          ♡ 72

---

🔁 Reposted by Kat Tenbarge

 **Condé Union** @condeunion.bsky.social · 17d

Breaking News: Late last night Conde Nast illegally fired 4 union organizers who asked company execs to explain the downsizing of Teen Vogue and continued layoffs. We've filed a grievance.

---

 **Bluesky**                                                      Sign in

11/23/25, 4:57 PM
Case 1:25-cv-05005-PKC-CHK    Document 10-8    Filed 11/24/25    Page 32 of 34 PageID #: 292
Kat Tenbarge (@kattenbarge.bsky.social) · Bluesky



For Immediate Release: Nov 6, 2025
Contact: Jen Sheehan, jen@nyguild.org, 610-573-0740

**Statement from The NewsGuild of New York and Condé United on illegal firing of four union officers who demanded answers about this week's layoffs at *Teen Vogue*, other brands**

Late Wednesday night, Condé Nast's VP of Labor Relations notified the Guild that the Company was immediately terminating four Condé United members for engaging in the protected concerted activity of gathering in their 1 World Trade Center office to demand answers on this week's abrupt layoffs at multiple brands included WIRED and the consolidation at *Teen Vogue*.

These egregious terminations are a flagrant breach of the Just Cause terms of our contract and an unprecedented violation of their federally protected rights as union members to participate in

💬 18                                                                      🔖 ⬆️ •••

⟲ Reposted by Kat Tenbarge

**jael holzman** @jael.bsky.social · 17d

my latest: i spent weeks investigating how frustrations about data centers were about to swallow american politics

...and then the 2025 election happened, proving the electoral impacts are already here.

read and share my deep dive on the bipartisan AI techlash shaping our elections before our eyes!



**The Data Center Backlash Is Swallowing American Politics**
Activists on both the left and the right are pushing back against rampant AI development.

🌐 heatmap.news

 **Bluesky**                                          Sign in

Case 1:25-cv-05005-PKC-CHK     Document 10-8     Filed 11/24/25     Page 33 of 34 PageID
#: 293

🔁 Reposted by Kat Tenbarge

 **Katherine Alejandra Cross** @quinnae.com · 17d
Once again, the "excesses" experienced were largely hallucinated through social media.
People in positions of power, addicted to Twitter, scrolling through stories and opinions that
they found confrontational--or reading conspiracies and horror stories from their fellow
travellers.

>  **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 17d
> When people talk about the excesses of MeToo, they have to lie, because the reality is
> that there was no massive social reckoning forcing people to believe survivors or hold
> perpetrators accountable. In fact, there has been a significant backsliding and new
> punishments in rejection of MeToo

💬 2          🔁 54          ♡ 228                              🔖   ⬆   •••

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 17d
When people talk about the excesses of MeToo, they have to lie, because the reality is that
there was no massive social reckoning forcing people to believe survivors or hold
perpetrators accountable. In fact, there has been a significant backsliding and new
punishments in rejection of MeToo

💬 148        🔁 1.7K         ♡ 8.2K                             🔖   ⬆   •••

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 17d
There always have to be specific cases—Aziz Ansari, Depp v. Heard—where the women
who came forward are just repeatedly slandered in service of the narrative that they lied and
they are examples of MeToo excess, even when they've only been harmed for coming
forward and egregiously so!

💬 15         🔁 113         ♡ 1.2K                             🔖   ⬆   •••

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 17d
It's never been mandatory to believe all women or victims. Every single person who came
forward throughout the history of MeToo, which started well before 2017, has faced new acts
of violence as retaliation from their abusers and the public for upsetting the status quo

💬 8          🔁 98          ♡ 954                              🔖   ⬆   •••

🔁 Reposted by Kat Tenbarge

 **Moira Donegan** @moiradonegan.bsky.social · 17d
Once again, we need to define what "feminism" is here. Not everything any woman ever
does—not even in the political realm, and not even concerning gender—is "feminism."
Opposing the rights of women as a class to equal status and dignity is in fact called
"antifeminism."

> 🌐 **Editing the Blue-Gray Lady** @nytdiff.bsky.social · 17d
> Change in Abstract

 **Bluesky**                                                Sign in

**And if so, can conservative feminism fix it?**

💬 15    🔁 1,200    ♡ 11K

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 17d

People who hate Zohran and everything he stands for: Now that Zohran has won, the most effective thing he can do is betray all of his principles

💬 32    🔁 311    ♡ 2.7K

🔁 Reposted by Kat Tenbarge

 **Ian Dunt** ✓ @iandunt.bsky.social · 17d

Vital piece of investigative reporting from Sky. They've uncovered the X algorithm which feeds users extremist right wing material from the moment they join the site. It is a far-right radicalisation engine, by design.

news.sky.com/story/the-x-...



**Elon Musk is boosting the British right - and this shows how**
Elon Musk is boosting the British right - and this shows how
🌐 news.sky.com

💬 240    🔁 4K    ♡ 6.3K

 **Kat Tenbarge** ✓ @kattenbarge.bsky.social · 18d

The rumors are true: scrolling through Zohran's transition website and seeing that his co-chairs so far are eminently qualified women of color is a great way to feel like better things are possible

💬 14    🔁 260    ♡ 2.1K

 **Bluesky**

Sign in