# EXHIBIT G

# Instagram

Log In    Sign Up



**kattenbarge**     Follow    Message    ...

**189** posts    **14.6K** followers    **1,425** following

**Kat Tenbarge**  she/her

 kattenbarge

Journalist
Independent journalist covering internet culture, politics, and media in Spitfire News. @survivorstoriesdeservebetter

🔗 spitfirenews.com/upgrade + 1

       

TDR   Tokyo   Kyoto   Hiroshima   NYC food   Disneyland   Iceland   WDW

    

  

11/23/25, 4:58 PM
Case 1:25-cv-05005-PKC-CHK    Document 10-9    Filed 11/24/25    Page 3 of 4 PageID #: 297
kat.tenbarge (@kattenbarge) • Instagram photos and videos

# Instagram

Log In  Sign Up









Case 1:25-cv-05005-PKC-CHK    Document 10-9    Filed 11/24/25    Page 4 of 4 PageID #: 298

# Instagram

Log In   Sign Up



