# EXHIBIT H

 About  Login Subscribe

Spitfire News  >  Posts  >  An Introduction

# An Introduction

Welcome to my next chapter.

 Kat Tenbarge
February 05, 2025

   

Almost two weeks ago, I found out I was one of 40 people getting laid off from NBC News.

The company conducted another round of layoffs without bargaining them with our union, which is fighting for a fair first contract. You can encourage NBC to fulfill its obligations to the law here.

I wish I could have left on my own terms, but I have the opportunity to do something I've always wanted: I'm going independent.

I'm preparing to launch a newsletter called *Spitfire News*. It will live on this website, which I started as a member of the beehiiv Media Collective. If you want to get the first edition of *Spitfire News* in your inbox later this month, you can subscribe for free with your email address.

Soon, I'll be able to write stories the way I couldn't at a mainstream, corporate newsroom. I'll continue to report on topics like technology, pop culture, and politics, with a focus on the intersection of internet culture, misogyny, and violence.

Today, more than half of U.S. adults say they consume news in the form of social media content. For the past seven years, I've written award-winning articles about some of the biggest internet figures and trending topics, reaching millions of people. I cover everything from news influencers and celebrity court cases to artificial intelligence and tech bro oligarchs.

  30 

I've investigated sexual violence allegations, tracked the rise of nonconsensual deepfakes, and documented online harassment campaigns. My reporting has forced social media companies to take down abusive content and demonetize creators. People who abuse their power have faced consequences because of my journalism.

This work is more difficult and important than ever. Many people have tried to silence me. In *Spitfire News*, I'll be louder than ever.

I can write and speak more freely without having to comply with editorial decisions and restrictions I don't always agree with. I can use social media to reach the audience that needs my reporting the most. I can stand for my positions unapologetically.

In *Spitfire News*, my most essential reporting, writing, and interviews will be free to everyone. For those who want to get access to paywalled stories and discuss them in a private space with other readers, I'll also launch a paid tier for $5 a month. Those stories will include my personal insights about traditional and new media and behind-the-scenes details of my reporting.

With your support, I hope to make this my new full-time job and branch out into videos, podcasts, and more. Whether you can pay for a subscription or sign up for free, I appreciate you. Following, reading, and sharing my work is the greatest gift.

For those looking to get in contact with me, my new email is kat.tenbarge@proton.me. You can also find me on Bluesky, where my DMs are open.

I'll end this introduction to my next chapter with a poem I love. It's one that has strengthened my resolve in times that demand it.

## What I Would Tell Eve

### Maegan McAuliffe O'Leary

Eat the fucking apple.
They are going to blame you regardless.

You might as well go to the gallows with a full belly
knowing more than God.




## Keep reading



### Why they keep getting away with it

Jeffrey Epstein's birthday book is a perfect encapsulation of rape culture.

Kat Tenbarge /



### Why I Still Won't Use ChatGPT

This technology easily manipulates your perception of reality. Who is that useful for?

Kat Tenbarge /



### Olivia Nuzzi and the male power fantasy

In 'Jailbait' and now 'American Canto,' she tells gross men what they want to hear.

Kat Tenbarge /

View more →



Spitfire News

Feminist news and commentary from the desk of Kat Tenbarge.

Home        Account        About
Posts        Upgrade        About

Subscribe

© 2025 Spitfire News.        Privacy policy        Terms of use        Powered by beehiiv