# EXHIBIT I

An official website of New York State.
Here's how you know




# Department of State
## Division of Corporations

## Entity Information

**Return to Results**    **Return to Search**

### Entity Details

**ENTITY NAME:** BEEHIIV INC.
**DOS ID:** 6266455
**FOREIGN LEGAL NAME:** BEEHIIV INC.
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** BUSINESS CORPORATION - 1304 BUSINESS CORPORATION LAW - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 08/24/2021
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 08/24/2021
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:** 06/21/2021
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 08/31/2025
**JURISDICTION:** DELAWARE, UNITED STATES
**NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE CORPORATION
**Address:** 228 PARK AVENUE #29976, NEW YORK, NY, UNITED STATES, 10003

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

### Chief Executive Officer's Name and Address

**Name:** TYLER REID DENK
**Address:** 228 PARK AVENUE #29976, NEW YORK, NY, UNITED STATES, 10003

### Principal Executive Office Address

**Address:** 228 PARK AVENUE #29976, NEW YORK, NY, UNITED STATES, 10003

### Registered Agent Name and Address

| Name: |
|---|
| Address: |

| Entity Primary Location Name and Address |
|---|
| Name: |
| Address: |

| Farmcorpflag |
|---|
| **Is The Entity A Farm Corporation:** NO |

| Stock Information |
|---|
| **Share Value**          **Number Of Shares**          **Value Per Share** |



Agencies  App Directory  Counties  Events  Programs  Services