**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALEXA NIKOLAS, <br><br>                              Plaintiff, <br><br> -against- <br><br> KATHRYN ELIZABETH  TENBARGE, <br><br>                             Defendant. | Case No. 1:25-cv-05005-PKC-CHK |

**[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS VIA**

**CERTIFIED MAIL, EMAIL, AND SOCIAL MEDIA**

Upon the motion of Plaintiff Alexa Nikolas ("Nikolas" or "Plaintiff") for an Order authorizing alternative service of process on Kathryn Elizabeth Tenbarge ("Tenbarge" or "Defendant"), the Memorandum of Law, the Declaration of Rom Bar-Nissim and exhibits submitted therewith, and all prior pleadings and proceedings in this action, and good cause appearing, it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**, and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 4(e)(1) and CPLR § 308(5), service of the Summons and Complaint on Defendant Kathryn Elizabeth Tenbarge may be made by:

1.       Sending copies of the Summons, Complaint and this Order to 547 Knickerbocker Ave, Apt. 1 Brooklyn, NY 11221 and the address for beehiiv at 228 Park Avenue #2329976, New York, New York 10003 via certified mail, return receipt requested; and

2.       Sending copies of the Summons, Complaint and this Order to her via email at kat.tenbarge@proton.me; and

3.      Sending copies of the Summons, Complaint and this Order via direct message to Defendant's accounts at @kattenbarge.bsky.social on Bluesky, and linkedin.com/in/kat10barge on LinkedIn;

and it is further

**ORDERED** that Plaintiff shall effect service within 60 days of the date of this Order and shall file an affidavit of service, with supporting documentation (including copies of the email and screenshots of the social media messages) within 14 days after completing service; and it is further

**ORDERED** that such service shall constitute good and sufficient service of process on Defendant Kathryn Elizabeth Tenbarge in this action.


**SO ORDERED**

Dated:  November __, 2025
          Brooklyn, New York

_____
Hon. Pamela K. Chen
United States District Judge