UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ALEXA NIKOLAS,

                                       Plaintiffs,

      v.

25-CV-5005 (PKC) (CHK)

**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND**

KATHRYN ELIZABETH TENBARGE,

                                       Defendants.
------------------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for both parties in the above-entitled action, that the time Defendant Tenbarge has to respond, in any appropriate manner, to the summons and complaint in this matter is extended to Friday, January 30, 2026.

| | |
|---|---|
| By: */s/Rom Bar-Nissim* <br> Rom Bar-Nissim, Esq. <br> Heah Bar-Nissim LLP <br> *Attorneys for Plaintiffs* <br> 1801 Century Park E <br> #2400 Los Angeles CA 90067 <br> (310) 432-2836 <br> Rom@HeahBarNissim.com | By: */s/Aaron Gladstone* <br> Aaron Gladstone, Esq. <br> Eisner Dictor & Lamadrid, P.C. <br> *Attorneys for Defendant* <br> 39 Broadway Suite 1540 <br> New York, New York 10006 <br> 212-473-8700 <br> aaron@eisnerdictor.com |