# EXHIBIT A

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name - State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Kenneth D Freundlich,Esq | SBN: Bar No.119806<br>FREUNDLICH LAW<br>16133 Ventura Blvd Suite 645  Encino, CA 91436 | |
| TELEPHONE NO.: (818) 377-3790 | FAX NO. | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  Plaintiff: ALEXA NIKOLAS | |

**EASTERN DISTRICT OF NEW YORK**
STREET ADDRESS: 225 Cadman Plaza East
MAILING ADDRESS: 225 Cadman Plaza East
CITY AND ZIP CODE: Brooklyn, NY 11201

| PLAINTIFF: ALEXA NIKOLAS | CASE NUMBER: |
|---|---|
| DEFENDANT: KATHRYN ELIZABETH TENBARGE | 1:25-cv-05005-PKC-CHK |

| **PROOF OF SERVICE** | Hearing Date: | Day | Hearing Time: | Dept: | Ref. No. or File No.:<br>Nikolas v. Tenbarge |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**CIVIL COVER SHEET; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; PROPOSED DISCOVERY PLAN/SCHEDULING ORDER**

| PARTY SERVED: | **KATHRYN ELIZABETH TENBARGE** |
|---|---|
| PERSON SERVED: | **Service was effectuated by serving  - the documents via email kat.tenbarge@proton.me** |
| DATE & TIME OF DELIVERY: | **12/11/2025<br>5:33 PM** |
| ADDRESS, CITY, AND STATE: | **194 Montrose Ave<br>Brooklyn, NY 112062108** |

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **$ 25.00**
County:
Registration:
**ASAP Legal
1607 James M. Wood
Los Angeles, CA 90015
(213) 252-2000
Ref: Nikolas v. Tenbarge**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  **December 31, 2025**

Signature: _____
**Joanna Nuno**

**PROOF OF SERVICE**                                                    DefaultProof/LA32097825

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. (213) 617-8100 | FOR COURT USE ONLY |
|---|---|---|
| **Freundlich Law** <br> 16133 Ventura Blvd Suite 645 <br> Encino, CA 91436 | | |
| ATTORNEY FOR <br> (Name): Alexa Nikolas | Ref: No. or File No. | |
| Insert name of court and name of judicial branch court, if any: | | |
| SHORT TITLE CASE: | | |
| PROOF OF MAIL | | DEPT./DIV.: | CASE NUMBER: 1:25-cv-05005-PKC-CHK |

1. At the of mailing, I was at least 18 years of age and not a party to this action.

2. I mailed copies of the:

   SUMMONS IN A CIVIL ACTION; MEMORANDUM AND ORDER; COMPLAINT

3. Mail to:          Kathryn Elisabeth Tenbarge

4. Address:         547 Knickerbooker, Brooklyn, NY 11221

5. Date of Mailing: December 14, 2025

6. Place of Mailing: Los Angeles, CA



Mailed by:
Joanna Nuno
ASAP Legal, LLC
1607 James M. Wood Blvd.
Los Angeles, CA 90015
(213) 252-2000

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on:    December 14, 2025          Signature: _____

PROOF OF MAIL

[LA32-01 POM]





| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: (213) 617-8100 | FOR COURT USE ONLY |
|---|---|---|
| **Freundlich Law**<br>16133 Ventura Blvd Suite 645<br>Encino, CA 91436 | | |
| ATTORNEY FOR<br>(Name): Alexa Nikolas | Ref: No. or File No. | |
| Insert name of court and name of judicial branch court, if any: | | |
| SHORT TITLE CASE: | | |

| PROOF OF MAIL | | | DEPT./DIV.: | CASE NUMBER: 1:25-cv-05005-PKC-CHK |
|---|---|---|---|---|

1. At the of mailing, I was at least 18 years of age and not a party to this action.

2. I mailed copies of the:

   SUMMONS IN A CIVIL ACTION; MEMORANDUM AND ORDER; COMPLAINT

3. Mail to:            Kathryn Elisabeth Tenbarge

4. Address:            194 Montrose Ave, Brooklyn, NY 11206

5. Date of Mailing:    December 14, 2025

6. Place of Mailing:   Los Angeles, CA



Mailed by:
Joanna Nuno
ASAP Legal, LLC
1607 James M. Wood Blvd.
Los Angeles, CA 90015
(213) 252-2000

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on:    December 14, 2025        Signature: _____

PROOF OF MAIL

[LA32-01 POM]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Kathryn Elizabeth Tenbarge
194 Montrose Ave
Brooklyn, NY 11206

9590 9402 8635 3244 3827 76

2. Article Number (Transfer from service label)

9589 0710 5270 2464 8161 63

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

